# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>*Debtor*. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ,<br><br>*Defendants*. | Adversary Proceeding<br><br>Adv. Proc. No. 24-ap-50130 (KBO)<br><br>**Related Adv. Docket No. ___** |

**ORDER APPROVING JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE FOR FOREIGN MANAGEMENT DEFENDANTS' ANTICIPATED MOTION TO DISMISS**

Upon the certification of counsel (the "Certification of Counsel") and the *Joint Stipulation Regarding The Briefing Schedule for Foreign Management Defendants' Anticipated Motion to Dismiss* (the "Stipulation"),[1] by and between plaintiff Marc Abrams, in his capacity as Chapter 7

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Trustee of Lucky Bucks Holdings LLC and as assignee ("Plaintiff") and defendants James Boyden, Ryan Bouskill, Ryan C Bouskill Professional Corporation, 2786692 Ontario Inc., Manu Sekhri, Stephanie Lippa and Hassan Ijaz (collectively, the "Foreign Management Defendants," and together with the Plaintiff, the "Parties"), attached to this order (this "Order") as **Exhibit 1**; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>*Debtor*. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ,<br><br>*Defendants*. | Adversary Proceeding<br><br>Adv. Proc. No. 24-ap-50130 (KBO) |

**STIPULATION REGARDING**
**THE BRIEFING SCHEDULE FOR FOREIGN MANAGEMENT**
**DEFENDANTS' ANTICIPATED MOTION TO DISMISS**

WHEREAS, on September 13, 2024, plaintiff Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee ("Plaintiff"), filed the complaint ("Complaint") in the above-captioned adversary proceeding (the "Action");

WHEREAS, undersigned defense counsel represents defendants James Boyden, Ryan Bouskill, Ryan C Bouskill Professional Corporation, 2786692 Ontario Inc., Manu Sekhri, Stephanie Lippa and Hassan Ijaz (the "Foreign Management Defendants") in the Action;

WHEREAS, Plaintiff and the Foreign Management Defendants (the "Parties") have met and conferred and have agreed that good cause exists to extend the time for the Foreign Management Defendants to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that:

1. The Foreign Management Defendants acknowledge receipt of the Complaint and, to the extent they have not already been served, agree to waive service of process under Rule 7004 of the Federal Rules of Bankruptcy Procedure. The Foreign Management Defendants reserve all rights and defenses, except for any defenses related to insufficiency of service of process.

2. The Foreign Management Defendants shall move to dismiss, answer, or otherwise respond to the Complaint on or before Friday, January 17, 2025.

3. If the Foreign Management Defendants move to dismiss some or all of the claims in the Complaint (the "Motion"), the following schedule shall govern briefing of the Motion:

   a. The Foreign Management Defendants shall file an Opening Brief in support of the Motion on or before Friday, January 17, 2025;

   b. Plaintiff shall file a brief in opposition to the Motion on or before Tuesday, March 18, 2025; and

   c. The Foreign Management Defendants shall file a Reply Brief in support of the Motion on or before Thursday, April 17, 2025.

Dated: November 22, 2024
Wilmington, Delaware

/s/ *Richard W. Riley*
Richard W. Riley (No. 4052)
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 357-3286

-and-

Susheel Kirpalani
Andrew J. Rossman
Mario O. Gazzola
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee*

/s/ *M. Blake Cleary*
M. Blake Cleary (No. 3614)
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
Phone: (302) 984-6026
Email: bcleary@potteranderson.com

and

C. Luckey McDowell
Ian E. Roberts
Jacob Fields
Allen Overy Shearman Sterling US LLP
2601 Olive St 17th Floor
Dallas, TX 75201
Phone: (214) 271-5777
Email: luckey.mcdowell@aoshearman.com
ian.roberts@aoshearman.com
jacob.fields@aoshearman.com

and

Samuel Cooper
Allen Overy Shearman Sterling US LLP
800 Capitol Street, Suite 2200
Houston, Texas, 77002
Phone: (713) 354-4838
Email: samuel.cooper@aoshearman.com

*Attorneys for James Boyden, Ryan Bouskill, Ryan C Bouskill Professional Corporation, 2786692 Ontario Inc., Manu Sekhri, Stephanie Lippa and Hassan Ijaz*