**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | No. 23-10756 (KBO) |
| *Debtor*. | |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding |
| *Plaintiff*, | No. 24-50130 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| *Defendants*. | |

**REQUEST FOR ORAL ARGUMENT ON TRIVE DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Court"), the above-captioned

Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A

LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star

Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants") hereby request that

the Court permit oral argument on the *Trive Defendants' Motion to Dismiss Plaintiff's Amended*

*Complaint* [Adv. Docket No. 65].  The Trive Defendants respectfully submit that oral argument

may aid the decisional process.

Dated: July 7, 2025
      Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL
  & JONES LLP

By: */s/ Laura Davis Jones* ____
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

WILMER CUTLER PICKERING
  HALE AND DORR LLP

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani*

2

DE:4916-8888-7123.2 85008.00001