# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C. BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ<br><br>　　　　　Defendants. | Adv. Pro. No. 24-50130 (KBO)<br><br><br><br><br><br><br><br><br><br><br>**Re: D.I. 63, 64, 92, 99, 102** |

**DEFENDANT SHAFIK KASSAM'S**
**NOTICE OF COMPLETION OF BRIEFING**

**PLEASE TAKE NOTICE** that briefing is complete on the *Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss* [Adv. Pro. No. 63] ("Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection to the Motion to Dismiss.

| TAB | BRIEFING AND OTHER PAPERS | D.I. NO. |
|---|---|---|
| 1. | Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss | 63 |
| 2. | Brief in Support of Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss | 64 |
| 3. | Plaintiff's Memorandum of Law in Opposition to Shafik Kassam's Motion to Dismiss the Amended Complaint | 92 |
| 4. | Defendant Shafik Kassam's Joinder and Reply in Support of Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss | 99 |
| 5. | [Plaintiff's] Request for Oral Argument[1] | 102 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Karen B. Owens.

Dated: July 9, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Morgan L. Patterson (DE Bar No. 5388)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone  (302) 252-4320
Facsimile:  (302) 252-4330
Email: morgan.patterson@wbd-us.com
         marcy.smith@wbd-us.com

-and-

**GARLAND, SAMUEL, & LOEB. P.C.**
Amanda R. Clark Palmer
3151 Maple Drive
Atlanta, Georgia 30305
Telephone: (404) 262-2225
Facsimile:  (404) 365-5041
Email: aclark@gsllaw.com

*Counsel for Shafik Kassam*

---

[1] Defendant Mr. Kassam did not file a request for oral argument on the Motion to Dismiss, however, Mr. Kassam does not object to the Plaintiff's request.