# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | Case No. 23-10756 (KBO) |
| Debtor. | |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding<br><br>Adv. Proc. No. 24-50130 (KBO) |
| Plaintiff, | **Related Adv. Docket Nos. 57, 74, 75, 88, 98, 102, 103** |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ, | |
| Defendants. | |

## DEFENDANTS LUCKY BUCKS VENTURES, INC. AND ANIL DAMANI'S <u>NOTICE OF COMPLETION OF BRIEFING</u>

Pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendants Lucky Bucks Ventures, Inc. and Anil Damani, by and through their undersigned counsel, hereby provide notice that briefing has been completed on *Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss Plaintiff's First Amended Complaint* [Adv. Docket No. 74 and brief at No. 75].

PLEASE TAKE FURTHER NOTICE that copies of the following related documents have been delivered to Chambers on this date:

| Pleadings and Documents | Tab No. |
|---|---|
| First Amended Complaint [Adv. D.I. 57; filed 1/21/25] | 1 |
| Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss Plaintiff's First Amended Complaint [Adv. D.I. 74; filed 3/24/25] | 2 |
| Brief in Support of Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss Plaintiff's First Amended Complaint [Adv. D.I. 75; filed 3/24/25] | 3 |
| Plaintiff's Memorandum of Law in Opposition to Damani Defendants' Motion to Dismiss the Amended Complaint [Adv. D.I. 88; filed 6/2/25] | 4 |
| Reply Brief in Support of Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss Plaintiff's First Amended Complaint [Adv. D.I. 98; filed 7/2/25] | 5 |
| Request for Oral Argument Filed by Marc Abrams, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee [Adv. D.I. 102; filed 7/7/25] | 6 |
| Request for Oral Argument on Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss Plaintiff's First Amended Complaint [Adv. D.I. 103; filed 7/7/25] | 7 |

Dated:   July 9, 2025
        Wilmington, Delaware

BAYARD, P.A.

*/s/ Steven D. Adler*
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del Bar No. 6257)
600 N. King Street, Suite 400
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
ejohnson@bayardlaw.com
sadler@bayardlaw.com

-and-

CHILIVIS GRUBMAN
Lauren A. Warner (GA 425769)
Scott R. Grubman (GA 317011)
Brittany M. Cambre (GA 350793)
1834 Independence Square
Atlanta, Georgia 30338
Telephone: (404) 233 4171
Facsimile: (404) 261 2842
lwarner@cglawfirm.com
sgrubman@cglawfirm.com
bcambre@cglawfirm.com

*Counsel for Defendants Lucky Bucks Ventures, Inc. and Anil Damani*