# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>*Debtor*. | Chapter 7<br><br>No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>*Defendants*. | Adversary Proceeding<br><br>No. 24-50130 (KBO)<br><br><br><br>**Re: Adv. D.I. 65, 67, 69, 89, 95, 101, and 102** |

**TRIVE DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING REGARDING MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that briefing is complete on the *Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint* [Adv. D.I. 65] (the "Motion to Dismiss") filed by Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants")

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection with the Motion to Dismiss.

| TAB | Document | D.I. |
|---|---|---|
| 1. | Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 65 |
| 2. | Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [SEALED VERSION] | 67 |

| TAB | Document | D.I. |
|---|---|---|
| 3. | Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 69 |
| 4. | Plaintiff's Memorandum of Law in Opposition to the Trive Defendants' Motion to Dismiss the Amended Complaint | 89 |
| 5. | Reply Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 95 |
| 6. | Request for Oral Argument on Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 101 |
| 7. | [Plaintiff's] Request for Oral Argument | 102 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Karen B. Owens.

Dated: July 9, 2025
      Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL
  & JONES LLP

By: */s/ Laura Davis Jones*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

WILMER CUTLER PICKERING
  HALE AND DORR LLP

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street

DE:4933-2088-5588.1 85008.00001

New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani*

3