# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>*Debtor*. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ,<br><br>*Defendants*. | Adversary Proceeding<br><br><br><br>Adv. Proc. No. 24-50130 (KBO)<br><br><br><br><br><br>Ref. Docket No. 71 |

## NOTICE OF COMPLETION OF BRIEFING REGARDING MANAGEMENT DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Manu Sekhri, James Boyden, Ryan Bouskill, Ryan C. Bouskill Professional Corporation, Hassan Ijaz, 2786692 Ontario Inc., and Stephanie Lippa (collectively, the "Management Defendants"), by and through their undersigned counsel, hereby advise the Court that briefing on the *Management Defendants' Motion to Dismiss the First Amended Complaint* [D.I. 71] (the "Motion") is now complete.

12341504v.1

**PLEASE TAKE FURTHER NOTICE** that below is a list of pleadings concerning the Motion and corresponding docket numbers.

| Tab | Date Filed / Entered | Pleading | Adv. Docket No. |
|---|---|---|---|
| 1. | 1/21/25 | *First Amended Complaint* | 57 |
| 2. | 1/21/25 | *SEALED First Amended Complaint* | 58 |
| 3. | 1/24/25 | *Notice Regarding Sealed Amended Complaint Filed at Adversary Proceeding Docket No. 58* | 59 |
| 4. | 2/5/25 | *Order Approving Joint Stipulation Regarding Briefing Schedule for Defendants' Anticipated Motion to Dismiss Amended Complaint* | 61 |
| 5. | 3/24/25 | *Management Defendants' Motion to Dismiss the First Amended Complaint* | 71 |
| 6. | 3/24/25 | *Brief in Support of Management Defendants' Motion to Dismiss the First Amended Complaint* | 72 |
| 7. | 2/20/25 | *Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the First Amended Complaint* | 73 |
| 8. | 6/2/25 | *Plaintiff's Memorandum of Law in Opposition to the Management Defendants' Motion to Dismiss the Amended Complaint* | 91 |
| 9. | 7/2/25 | *Reply in Further Support of Management Defendants' Motion to Dismiss* | 97 |
| 10. | 7/7/25 | *Request for Oral Argument Regarding Management Defendants' Motion to Dismiss the First Amended Complaint* | 100 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7007-4 and the Court's Chambers Procedures, two physical binders, a hyperlinked copy of this Notice of Completion of Briefing, including a zip drive containing the papers identified above, will be sent to chambers.

| | |
|---|---|
| Dated: July 10, 2025<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ James R. Risener III*<br>M. Blake Cleary (No. 3614)<br>Jesse L. Noa (No. 5973)<br>James R. Risener III (No. 7334)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801-6108<br>Phone: (302) 984-6026<br>Email: bcleary@potteranderson.com<br>           jnoa@potteranderson.com<br>           jrisener@potteranderson.com<br><br>-and-<br><br>**ALLEN OVERY SHEARMAN STERLING US LLP**<br>C. Luckey McDowell (admitted *pro hac vice*)<br>Ian E. Roberts (admitted *pro hac vice*)<br>Jacob Fields (admitted *pro hac vice*)<br>2601 Olive St 17th Floor<br>Dallas, Texas 75201<br>Phone: (214) 271-5777<br>Email: luckey.mcdowell@aoshearman.com<br>           ian.roberts@aoshearman.com<br>           jacob.fields@aoshearman.com<br><br>-and-<br><br>Samuel Cooper (admitted *pro hac vice*)<br>800 Capitol Street, Suite 2200<br>Houston, Texas, 77002<br>Phone: (713) 354-4838<br>Email:   samuel.cooper@aoshearman.com<br><br>*Counsel for Manu Sekhri, James Boyden, Ryan Bouskill, Ryan C. Bouskill Professional Corporation, Hassan Ijaz, 2786692 Ontario Inc., and Stephanie Lippa* |

12341504v.1