# EXHIBIT 2

# WILMERHALE

February 27, 2025

**(Via Email)**
Susheel Kirpalani
Andrew J. Rossman
Mario O. Gazzola
QUINN EMMANUEL URQUHART
  &amp; SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Counsel to Marc Abrams, in his
Capacity as Chapter 7 Trustee for
Lucky Bucks Holdings LLC*

Abid Quereshi
Avi E. Luft
David F. Hill IV
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Part
Bank of America Tower
New York, NY 10036
aquereshi@akingump.com
aluft@akingump.com
dhill@akingump.com

*Counsel to LB NewHoldCo LLC and
Lucky Bucks, LLC*

Ross E. Firsenbaum

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

    Re:  *In re Lucky Bucks Holdings LLC*, No. 23-10756-KBO (Bankr. D. Del.)

Dear Counsel:

    I write regarding the *Subpoena for Rule 2004 Examination* dated March 7, 2024 (the "Subpoena"), issued by Marc Abrams in his capacity as chapter 7 trustee for Lucky Bucks Holdings LLC (the "Trustee") to Trive Capital Management LLC, Trive Capital Holdings LLC, Trive Capital Fund III GP LLC, Trive Capital Fund III-A GP LLC, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC (together, "Trive") in the above-referenced case.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

**WILMERHALE**

Susheel Kirpalani, *et al.*
February 27, 2025
Page 2

      Subject to and without waiving any of Trive's responses and objections to the Subpoena, which were served on April 2, 2023, Trive is producing documents bearing Bates numbers Trive_00195757—Trive_00197844. You will receive a separate email with a link to access the production. The production is encrypted. The password to access the production is in the cover email you just received.

      In accordance with the *Stipulation Pursuant to Local Bankruptcy Rule 2004-1(a)* between the Trustee and Trive [D.I. 53], this production contains documents that have been designated as "Confidential – Subject to Protective Order."

      This production is not intended to waive any applicable privileges or other legal protections pursuant to which Trive information may not be subject to production. If Trive produces any privileged or protected information, such disclosure is inadvertent. Trive reserves all rights. Likewise, this production is made pursuant to our January 22-23, 2025 email correspondence, in which you both agreed, on behalf of your respective clients, that the Trive Defendants could produce these documents to both of your firms.

      This production substantially completes the Trive Defendants' production of documents in response to the Subpoena.

      Please do not hesitate to contact me if you have any questions.

Best regards,

*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum


cc:    Laura Davis Jones
        Peter J. Keane
        Philip D. Anker
        Joel W. Millar