# EXHIBIT 5



# 12623-00001_ECA

## Search Terms Report

**Report Name:** 20250826_Search Terms (BC Partners)    **Searchable Set:** L0030_BC Partners



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 130,976 | 68,601 | 102,857 | 62,375 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ""@trivecapital.com" | 497 | 794 | 0 |
| "2786692 Ontario" | 37 | 111 | 0 |
| "27th Invest*" | 10 | 28 | 0 |
| "Abrams" OR "Trustee*" | 29,467 | 53,526 | 16,619 |
| "Anand" OR "Vaswani" | 254 | 869 | 89 |
| "Arc Gaming" | 126 | 199 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 340 | 728 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 548 | 1,368 | 6 |

| | | | |
|---|---|---|---|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 38,856 | 67,173 | 19,777 |
| "Charm*" | 508 | 1,820 | 172 |
| "Chisti" OR "Mohammed" | 298 | 944 | 143 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 1,914 | 3,603 | 106 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 964 | 2,620 | 30 |
| "Derrick" w/30 "Smith" | 30 | 202 | 0 |
| "Farm Team" | 129 | 465 | 6 |
| "Georgia Lotter*" OR "GLC" | 2,172 | 4,044 | 151 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 608 | 1,501 | 62 |
| "Imran" OR "Ali" | 1,527 | 5,585 | 477 |
| "Jackpot*" | 1,265 | 3,371 | 206 |
| "Jonathan" w/30 "Howard" | 54 | 341 | 16 |
| "LB" | 4,143 | 12,926 | 428 |
| "LBVI" | 33 | 104 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 1,367 | 3,547 | 35 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 8,172 | 13,338 | 1,500 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 1,058 | 2,157 | 111 |
| "Mohubil" OR "Motin" | 18 | 38 | 0 |
| "Project Lucky*" | 55 | 92 | 22 |
| "Sayani" OR "Al Amin" | 18 | 42 | 1 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 10,181 | 26,093 | 4,041 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 609 | 1,231 | 0 |
| "Shakeel" OR Haque | 46 | 170 | 6 |
| "Shravan" OR "Thadani" | 823 | 1,253 | 13 |
| "Southern Star" | 179 | 744 | 29 |
| "Trive" OR "TCM" OR "TCF" | 3,112 | 5,913 | 272 |
| ("Arnaldo" OR "Jonathan" OR "Linares") w/30 "Perez" | 426 | 865 | 115 |
| ("Connor" w/20 "Anderson") OR "Curley" | 161 | 436 | 7 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 437 | 732 | 15 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 75 | 110 | 0 |



# 12623-00001

## Search Terms Report

**Report Name:** 20250826_Search Terms (CION)    **Searchable Set:** L0027_CION



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 51,578 | 35,745 | 51,463 | 15,833 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "*@trivecapital.com" | 279 | 570 | 0 |
| "2786692 Ontario" | 67 | 158 | 0 |
| "27th Invest*" | 15 | 70 | 0 |
| "Abrams" OR "Trustee*" | 12,903 | 25,137 | 5,796 |
| "Anand" OR "Vaswani" | 886 | 1,886 | 103 |
| "Arc Gaming" | 109 | 203 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 316 | 639 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 474 | 998 | 9 |

| | | | |
|---|---|---|---|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 18,248 | 33,412 | 5,668 |
| "Charm*" | 832 | 2,918 | 149 |
| "Chisti" OR "Mohammed" | 142 | 571 | 20 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 1,226 | 2,034 | 50 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 1,524 | 2,683 | 139 |
| "Derrick" w/30 "Smith" | 25 | 76 | 0 |
| "Farm Team" | 6 | 43 | 0 |
| "Georgia Lotter*" OR "GLC" | 4,963 | 7,293 | 2,027 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 619 | 1,089 | 59 |
| "Imran" OR "Ali" | 1,531 | 2,847 | 428 |
| "Jackpot*" | 80 | 196 | 1 |
| "Jonathan" w/30 "Howard" | 63 | 169 | 0 |
| "LB" | 5,628 | 8,848 | 1,283 |
| "LBVI" | 42 | 131 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 908 | 1,943 | 2 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 5,848 | 6,997 | 521 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 1,463 | 2,553 | 39 |
| "Mohubil" OR "Motin" | 25 | 76 | 0 |
| "Project Lucky*" | 33 | 49 | 9 |
| "Sayani" OR "Al Amin" | 25 | 76 | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 6,135 | 11,909 | 2,763 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 1,129 | 1,749 | 1 |
| "Shakeel" OR Haque | 54 | 142 | 4 |
| "Shravan" OR "Thadani" | 574 | 957 | 0 |
| "Southern Star" | 162 | 519 | 10 |
| "Trive" OR "TCM" OR "TCF" | 3,522 | 5,173 | 119 |
| ("Arnaldo" OR "Jonathan" OR "Linares" w/30 "Perez") | 28 | 112 | 0 |
| ("Connor" w/20 "Anderson") OR "Curley" | 186 | 252 | 0 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 1,003 | 1,434 | 0 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 72 | 134 | 0 |



# 12623-00001

## Search Terms Report

**Report Name:** 20250826_Search Terms (First Trust)          **Searchable Set:** L0028_First Trust



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 31,371 | 20,036 | 31,215 | 11,335 |





| Search Term | Count |
|---|---|
| "Georgia Lotter*" OR "GLC" | 27 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 50 |
| "Imran" OR "Ali" | 683 |
| "Jackpot*" | 109 |
| "Jonathan" w/30 "Howard" | 67 |
| "LB" | 294 |
| "LBVI" | 2 |
| "Location contract*" OR "master license*" OR "location license*" OR "lo... | 21 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 238 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenac... | 85 |
| "Mohubil" OR "Motin" | 0 |
| "Project Lucky*" | 0 |
| "Sayani" OR "Al Amin" | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 3,834 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR... | 43 |



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ""@trivecapital.com" | 1 | 3 | 0 |
| "2786692 Ontario" | 2 | 6 | 0 |
| "27th Invest*" | 0 | 0 | 0 |
| "Abrams" OR "Trustee*" | 5,296 | 9,969 | 3,507 |
| "Anand" OR "Vaswani" | 375 | 555 | 45 |
| "Arc Gaming" | 0 | 0 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 7 | 15 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 13 | 38 | 1 |

| | | | |
|---|---|---|---|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 14,842 | 25,234 | 9,190 |
| "Charm*" | 18 | 43 | 3 |
| "Chisti" OR "Mohammed" | 31 | 76 | 4 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 49 | 198 | 1 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 228 | 648 | 47 |
| "Derrick" w/30 "Smith" | 1 | 2 | 0 |
| "Farm Team" | 5 | 16 | 2 |
| "Georgia Lotter*" OR "GLC" | 27 | 73 | 2 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 50 | 108 | 4 |
| "Imran" OR "Ali" | 683 | 1,225 | 201 |
| "Jackpot*" | 109 | 196 | 75 |
| "Jonathan" w/30 "Howard" | 67 | 183 | 0 |
| "LB" | 294 | 723 | 60 |
| "LBVI" | 2 | 6 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 21 | 73 | 0 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 238 | 488 | 20 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 85 | 146 | 10 |
| "Mohubil" OR "Motin" | 0 | 0 | 0 |
| "Project Lucky*" | 0 | 0 | 0 |
| "Sayani" OR "Al Amin" | 0 | 0 | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 3,834 | 18,643 | 612 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 43 | 54 | 0 |
| "Shakeel" OR Haque | 1 | 15 | 0 |
| "Shravan" OR "Thadani" | 1 | 3 | 0 |
| "Southern Star" | 7 | 19 | 4 |
| "Trive" OR "TCM" OR "TCF" | 2,130 | 17,023 | 388 |
| ("Arnaldo" OR "Jonathan" OR "Linares") w/30 "Perez" | 7 | 21 | 0 |
| ("Connor" w/20 "Anderson") OR "Curley" | 49 | 55 | 0 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 36 | 40 | 0 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 0 | 0 | 0 |



# 12623-00001_ECA

## Search Terms Report

**Report Name:** 20250826_Search Terms (Hamilton Lane)    **Searchable Set:** L0032_Hamilton Lane



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 453 | 415 | 440 | 38 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "*@trivecapital.com" | 18 | 22 | 0 |
| "2786692 Ontario" | 14 | 16 | 0 |
| "27th Invest*" | 6 | 7 | 0 |
| "Abrams" OR "Trustee*" | 136 | 156 | 2 |
| "Anand" OR "Vaswani" | 10 | 11 | 0 |
| "Arc Gaming" | 35 | 35 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 22 | 31 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 65 | 72 | 0 |

| | | | |
|---|---|---|---|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 117 | 144 | 5 |
| "Charm*" | 6 | 9 | 0 |
| "Chisti" OR "Mohammed" | 10 | 11 | 0 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 117 | 152 | 0 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 63 | 78 | 0 |
| "Derrick" w/30 "Smith" | 8 | 9 | 0 |
| "Farm Team" | 19 | 25 | 0 |
| "Georgia Lotter*" OR "GLC" | 139 | 169 | 7 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 28 | 40 | 0 |
| "Imran" OR "Ali" | 10 | 11 | 0 |
| "Jackpot*" | 21 | 32 | 0 |
| "Jonathan" w/30 "Howard" | 8 | 9 | 0 |
| "LB" | 149 | 186 | 3 |
| "LBVI" | 9 | 11 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 124 | 157 | 0 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 394 | 425 | 62 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 55 | 68 | 0 |
| "Mohubil" OR "Motin" | 8 | 9 | 0 |
| "Project Lucky*" | 0 | 0 | 0 |
| "Sayani" OR "Al Amin" | 8 | 9 | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 85 | 103 | 2 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 49 | 53 | 0 |
| "Shakeel" OR Haque | 10 | 11 | 0 |
| "Shravan" OR "Thadani" | 45 | 62 | 0 |
| "Southern Star" | 30 | 42 | 0 |
| "Trive" OR "TCM" OR "TCF" | 204 | 249 | 1 |
| ("Arnaldo" OR "Jonathan" OR "Linares" w/30 "Perez") | 8 | 9 | 0 |
| ("Connor" w/20 "Anderson") OR "Curley" | 5 | 9 | 0 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 26 | 27 | 0 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 6 | 6 | 0 |



## 12623-00001_ECA

### Search Terms Report

**Report Name:** 20250826_Search Terms (Marathon)    **Searchable Set:** L0031_Marathon



### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 34,147 | 24,880 | 31,139 | 9,267 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "*@trivecapital.com" | 178 | 245 | 0 |
| "2786692 Ontario" | 0 | 0 | 0 |
| "27th Invest*" | 2 | 2 | 2 |
| "Abrams" OR "Trustee*" | 3,594 | 6,196 | 2,518 |
| "Anand" OR "Vaswani" | 81 | 133 | 50 |
| "Arc Gaming" | 8 | 16 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 101 | 132 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 39 | 87 | 1 |

| | | | |
|---|---|---|---|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 14,213 | 17,853 | 13,053 |
| "Charm*" | 286 | 378 | 183 |
| "Chisti" OR "Mohammed" | 97 | 228 | 55 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 224 | 347 | 33 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 189 | 315 | 32 |
| "Derrick" w/30 "Smith" | 0 | 0 | 0 |
| "Farm Team" | 7 | 11 | 1 |
| "Georgia Lotter*" OR "GLC" | 1,086 | 1,449 | 679 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 148 | 180 | 33 |
| "Imran" OR "Ali" | 964 | 1,398 | 742 |
| "Jackpot*" | 143 | 217 | 102 |
| "Jonathan" w/30 "Howard" | 0 | 0 | 0 |
| "LB" | 1,287 | 1,867 | 527 |
| "LBVI" | 0 | 0 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 187 | 373 | 13 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 2,334 | 2,740 | 1,278 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 198 | 333 | 78 |
| "Mohubil" OR "Motin" | 0 | 0 | 0 |
| "Project Lucky*" | 66 | 78 | 8 |
| "Sayani" OR "Al Amin" | 0 | 0 | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 3,585 | 5,058 | 2,587 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 0 | 0 | 0 |
| "Shakeel" OR Haque | 41 | 52 | 41 |
| "Shravan" OR "Thadani" | 212 | 275 | 2 |
| "Southern Star" | 11 | 52 | 0 |
| "Trive" OR "TCM" OR "TCF" | 533 | 740 | 69 |
| ("Arnaldo" OR "Jonathan" OR "Linares") w/30 "Perez" | 0 | 0 | 0 |
| ("Connor" w/20 "Anderson") OR "Curley" | 108 | 139 | 10 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 74 | 90 | 2 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 57 | 64 | 0 |



# 12623-00001

## Search Terms Report

**Report Name:** 20250826_Search Terms (Monarch)   **Searchable Set:** L0029_Monarch



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 451,937 | 427,798 | 444,426 | 24,139 |





| Search Term | Count |
|---|---|
| "Georgia Lotter*" OR "GLC" | 2,525 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 1,551 |
| "Imran" OR "Ali" | 67,055 |
| "Jackpot*" | 309 |
| "Jonathan" w/30 "Howard" | 63 |
| "LB" | 63,163 |
| "LBVI" | 46 |
| "Location contract*" OR "master license*" OR "location license*" OR "lo... | 1,234 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 7,352 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenac... | 39,331 |
| "Mohubil" OR "Motin" | 19 |
| "Project Lucky*" | 73 |
| "Sayani" OR "Al Amin" | 16 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 48,295 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR... | 1,172 |



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "*@trivecapital.com" | 306 | 650 | 0 |
| "2786692 Ontario" | 59 | 127 | 0 |
| "27th Invest*" | 13 | 31 | 0 |
| "Abrams" OR "Trustee*" | 30,853 | 39,673 | 18,179 |
| "Anand" OR "Vaswani" | 628 | 828 | 181 |
| "Arc Gaming" | 205 | 306 | 0 |
| "Bouskill" OR "rbouskill@djb.com" | 440 | 706 | 0 |
| "Boyden" OR "jamie@luckybucksga.com" OR "jamie@sevenaces.com" | 413 | 902 | 10 |

| | | | |
|---|---:|---:|---:|
| "B-Side" OR "Angel Amus*" OR "Dynamic Gam*" OR "Unique Amus*" OR "AKS*" OR "Advance Amus*" OR "Klass" OR "KA*" OR "Prestige" OR "Lee Caudell" OR "LC*" OR "Pinball" OR "Blue Georgia" OR "Georgia Winner*" | 370,318 | 382,816 | 165,643 |
| "Charm*" | 684 | 1,055 | 307 |
| "Chisti" OR "Mohammed" | 37,003 | 37,432 | 1,841 |
| "Coin-operated" OR "Coin operated" OR "COAM" OR "coinop" OR "coin-op" OR "coin op" | 2,178 | 2,870 | 311 |
| "Damani" OR "Anil" OR "anil@27invest.com" OR "27success@gmail.com" | 1,911 | 2,738 | 333 |
| "Derrick" w/30 "Smith" | 18 | 39 | 0 |
| "Farm Team" | 13 | 111 | 0 |
| "Georgia Lotter*" OR "GLC" | 2,525 | 3,646 | 196 |
| "Hassan" OR "Ijaz" OR "hassan@luckybucksga.com" | 1,551 | 2,377 | 507 |
| "Imran" OR "Ali" | 67,055 | 72,873 | 2,073 |
| "Jackpot*" | 309 | 508 | 169 |
| "Jonathan" w/30 "Howard" | 63 | 133 | 19 |
| "LB" | 63,163 | 70,691 | 17,199 |
| "LBVI" | 46 | 103 | 0 |
| "Location contract*" OR "master license*" OR "location license*" OR "location owner*" | 1,234 | 2,056 | 134 |
| "Lucky Buck*" OR "*@luckybucksga.com" | 7,352 | 9,048 | 356 |
| "Manu" OR "Sekhri" OR "manu@sekhri.ca" OR "manu@sevenaces.com" | 39,331 | 40,432 | 358 |
| "Mohubil" OR "Motin" | 19 | 38 | 1 |
| "Project Lucky*" | 73 | 110 | 17 |
| "Sayani" OR "Al Amin" | 16 | 35 | 0 |
| "Seven Aces" OR "ACE*" OR "*@sevenaces.com" OR "quantum*" | 48,295 | 52,857 | 9,708 |
| "Shafik" OR "Kassam" OR "kassam@luckybucksga.com" OR "tony@luckybucksga.com" | 1,172 | 1,717 | 0 |
| "Shakeel" OR Haque | 31 | 64 | 1 |
| "Shravan" OR "Thadani" | 794 | 1,354 | 9 |
| "Southern Star" | 233 | 572 | 3 |
| "Trive" OR "TCM" OR "TCF" | 3,591 | 4,982 | 303 |
| ("Arnaldo" OR "Jonathan" OR "Linares") w/30 "Perez" | 118 | 195 | 98 |
| ("Connor" w/20 "Anderson") OR "Curley" | 140 | 227 | 23 |

| | | | |
|---|---|---|---|
| ("Neal" w/20 "Goldman") OR "neal.p.goldman@gmail.com" | 1,217 | 1,686 | 120 |
| ("Stephanie" w/30 ("Lippa" OR "Alito")) OR "stephanie@sevenaces.com" | 62 | 119 | 0 |

**Report Generated:**    08/26/25 5:29:58 PM    Page 6 of 6