# EXHIBIT 6

| | |
|---|---|
| **From:** | Mario Gazzola |
| **Sent:** | Tuesday, April 1, 2025 6:53 AM |
| **To:** | McGuinness, Mike; Jacob Fields; Amanda Clark-Palmer; Lauren Warner; Anker, Phil |
| **Cc:** | Scott R. Grubman; Brittany Cambre; Patterson, Morgan; Luckey McDowell; Ian Roberts; Samuel Cooper; alex.babcock@aoshearman.com; Bridge, Charles; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani; Taylor, William F.; Blake Cleary; jnoa@potteranderson.com; Firsenbaum, Ross; McLaughlin Smith, Marcy |
| **Subject:** | RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO |

Yes, we're signed off. We can get this on file.

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

---

**From:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>
**Sent:** Tuesday, April 1, 2025 9:50 AM
**To:** Jacob Fields <jacob.fields@aoshearman.com>; Amanda Clark-Palmer <aclark@gsllaw.com>; Lauren Warner <lwarner@cglawfirm.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** Scott R. Grubman <sgrubman@cglawfirm.com>; Brittany Cambre <bcambre@cglawfirm.com>; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; Luckey McDowell <luckey.mcdowell@aoshearman.com>; Ian Roberts <ian.roberts@aoshearman.com>; Samuel Cooper <samuel.cooper@aoshearman.com>; alex.babcock@aoshearman.com; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**[EXTERNAL EMAIL from mike.mcguinness@wilmerhale.com]**

Thank you, all. Quinn team—are you ok with the version we circulated on December 18, 2024?

Best,
Mike

---

**From:** Jacob Fields <jacob.fields@aoshearman.com>
**Sent:** Monday, March 31, 2025 2:02 PM
**To:** Amanda Clark-Palmer <aclark@gsllaw.com>; McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Lauren Warner <lwarner@cglawfirm.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** Scott R. Grubman <sgrubman@cglawfirm.com>; Brittany Cambre <bcambre@cglawfirm.com>; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; Luckey McDowell <luckey.mcdowell@aoshearman.com>; Ian Roberts <ian.roberts@aoshearman.com>; Samuel Cooper <samuel.cooper@aoshearman.com>;

alex.babcock@aoshearman.com; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; susheelkirpalani@quinnemanuel.com; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**EXTERNAL SENDER**

The Management Defendants are signed off on 12/18 version.

Jacob


**Jacob Fields**
Associate

**A&O Shearman**
2601 Olive Street, 17th Floor | Dallas, Texas | 75201
D +1.214.271.5352 | M +1.214.813.6054
aoshearman.com

**From:** Amanda Clark-Palmer <aclark@gsllaw.com>
**Sent:** Monday, March 31, 2025 12:45 PM
**To:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Lauren Warner <lwarner@cglawfirm.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** Jacob Fields <Jacob.Fields@Shearman.com>; Scott R. Grubman <sgrubman@cglawfirm.com>; Brittany Cambre <bcambre@cglawfirm.com>; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; Luckey McDowell <Luckey.McDowell@Shearman.com>; Ian Roberts <Ian.Roberts@Shearman.com>; Samuel Cooper <Samuel.Cooper@Shearman.com>; alex.babcock@aoshearman.com; Charles.Bridge@wilmerhale.com; ljones@pszjlaw.com; pkeane@pszjlaw.com; susheelkirpalani@quinnemanuel.com; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>
**Subject:** Re: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO


**Caution: non-A&O Shearman email.**


Mr. Kassam agreed as well.
Amanda

Amanda R. Clark Palmer
Partner
Garland, Samuel, & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041
aclark@gsllaw.com
https://www.gsllaw.com/Attorneys/Amanda-R-Clark-palmer.shtml

**From:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>
**Date:** Monday, March 31, 2025 at 11:06 AM
**To:** Lauren Warner <lwarner@cglawfirm.com>, Mario Gazzola <mariogazzola@quinnemanuel.com>, Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** jacob.fields@aoshearman.com <jacob.fields@aoshearman.com>, Scott R. Grubman <sgrubman@cglawfirm.com>, Brittany Cambre <bcambre@cglawfirm.com>, Patterson, Morgan <Morgan.Patterson@wbd-us.com>, luckey.mcdowell@aoshearman.com <luckey.mcdowell@aoshearman.com>, ian.roberts@aoshearman.com <ian.roberts@aoshearman.com>, samuel.cooper@aoshearman.com <samuel.cooper@aoshearman.com>, alex.babcock@aoshearman.com <alex.babcock@aoshearman.com>, Bridge, Charles <Charles.Bridge@wilmerhale.com>, ljones@pszjlaw.com <ljones@pszjlaw.com>, pkeane@pszjlaw.com <pkeane@pszjlaw.com>, Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>, RRiley@whitefordlaw.com <RRiley@whitefordlaw.com>, Blake Cleary <bcleary@potteranderson.com>, jnoa@potteranderson.com <jnoa@potteranderson.com>, Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>, McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>, Bridge, Charles <Charles.Bridge@wilmerhale.com>, Blake Cleary <bcleary@potteranderson.com>, Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>, Amanda Clark-Palmer <aclark@gsllaw.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

All,

The Protective Order still has not been entered in the Adversary Proceeding. Do all parties agree on the draft of the Order we circulated on December 18, 2024? It appears that the Trive Defendants and the Damani Defendants are signed off. We are available to meet and confer should the parties have any additional questions.

Thanks,
Mike

---

**From:** Lauren Warner <lwarner@cglawfirm.com>
**Sent:** Friday, December 20, 2024 4:14 PM
**To:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** jacob.fields@aoshearman.com; Scott R. Grubman <SGrubman@cglawfirm.com>; Brittany Cambre <bcambre@cglawfirm.com>; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Blake Cleary <bcleary@potteranderson.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; aclark@gsllaw.com
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

| EXTERNAL SENDER |
|---|

Mario,

I do not have any additional comments and am ok with the edits the Wilmer team circulated.

Thanks,

Lauren



**Lauren A. Warner | Partner**
**CHILIVIS GRUBMAN**
1834 Independence Square | Atlanta, Georgia  30338
**Main:** 404.233.4171 **| Direct:** 404.262.6506 **| E:** lwarner@cglawfirm.com

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential, or otherwise legally protected from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by return e-mail and delete all copies of the message.

---

**From:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>
**Sent:** Wednesday, December 18, 2024 11:07 AM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** jacob.fields@aoshearman.com; Lauren Warner <lwarner@cglawfirm.com>; Scott R. Grubman <SGrubman@cglawfirm.com>; Brittany Cambre <bcambre@cglawfirm.com>; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Blake Cleary <bcleary@potteranderson.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; aclark@gsllaw.com
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

Quinn Team,

Thanks.  We are ok with this draft, and we are willing to agree to your proposed removal of the Highly Confidential tier from the draft, and your inclusion of the Noteholders as "Qualifying Persons."  However, the Trive Defendants may have concerns sharing sensitive, confidential information with the Noteholders (just as we assume the Noteholders will have corresponding concerns sharing sensitive financial information with the Trive Defendants).  Given this, the Trive Defendants reserve the right to seek amendment to add a Highly Confidential designation at a later time in the event sensitive information is requested and produced that requires additional protection beyond that provided for by the initial

Protective Order.  We have added a provision to that effect in the draft, as reflected in the attached redline.

Subject to that reservation, we are ok with the draft.

Best,
Mike

---

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Friday, December 13, 2024 3:18 PM
**To:** Anker, Phil <Philip.Anker@wilmerhale.com>
**Cc:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; jacob.fields@aoshearman.com; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; Patterson, Morgan <Morgan.Patterson@wbd-us.com>; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; McLaughlin Smith, Marcy <Marcy.Smith@wbd-us.com>; McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Blake Cleary <bcleary@potteranderson.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; aclark@gsllaw.com
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**EXTERNAL SENDER**

Counsel:

Please find attached our revisions to the protective order, which incorporate edits from Wilmer Hale and AO Shearman. Since Wilmer and AO Shearman had very differing edits, we're not providing a redline. I'm also adding to this chain counsel for Mr. Kassam, who I understand is seeing this proposed confidentiality stipulation for the first time and may need additional time to review.

For ease of review, there are a few topics on which the parties may need to meet and confer where we did not accept edits:

- Wilmer's proposed introduction of a Highly Confidential tier
- Wilmer's proposed limiting access to Confidential materials to in house counsel only
- Wilmer's removal of the Noteholders in their capacity as assignors of claims' ability to view confidential materials
- AO Shearman's removal of a provision in which a producing party waives its designation if it does not provide the basis for the designation following a challenge

This is not an exhaustive list of changes we did not accept (for example there were conflicts in both firms' edits to the claw back provisions, though we hope the way we synthesized these is not controversial) but the ones that we suspect may be a sticking point that need to be discussed live. That said, I encourage everyone to compare this draft with the version of edits you sent us in case there are provisions that you feel strongly about that I didn't raise.

Best,
Mario

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

---

**From:** Mario Gazzola
**Sent:** Friday, December 13, 2024 10:07 AM
**To:** Phil Anker <Philip.Anker@wilmerhale.com>
**Cc:** Mike McGuinness <Mike.McGuinness@wilmerhale.com>; jacob.fields@aoshearman.com; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Charles Bridge <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Blake Cleary <bcleary@potteranderson.com>; jnoa@potteranderson.com; Ross Firsenbaum <Ross.Firsenbaum@wilmerhale.com>; Mike McGuinness <Mike.McGuinness@wilmerhale.com>; Charles Bridge <Charles.Bridge@wilmerhale.com>; Blake Cleary <bcleary@potteranderson.com>; Ross Firsenbaum <Ross.Firsenbaum@wilmerhale.com>
**Subject:** Re: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

Phil,

We will be circulating a draft of the protective order incorporating Defendants' edits today. We will need to run it by Mr. Kassam's counsel as well, who have just appeared in the case.

Best,
Mario

Mario O. Gazzola
212-849-7102  direct
919-360-1686  cell

Sent from my iPhone

> On Dec 13, 2024, at 10:04, Anker, Phil <Philip.Anker@wilmerhale.com> wrote:
>
> **[EXTERNAL EMAIL from philip.anker@wilmerhale.com]**
>
> All:  Good morning.  Where do we stand on finalizing the Protective Order?  Our clients (the Trive parties) have produced documents to the Trustee, but haven't been able to review documents products by any other parties to the Trustee, because of the absence of a Protective Order.  We need to get the Order finalized and entered.  Thank you. Phil
>
> **Philip D. Anker | WilmerHale**
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007 USA
> +1 212 230 8890 (Office)
> +1 914 552 7221 (Cell)
> philip.anker@wilmerhale.com

6

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Monday, December 2, 2024 4:26 PM
**To:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; jacob.fields@aoshearman.com; lwarner@cglawfirm.com; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Anker, Phil <Philip.Anker@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Cleary, Blake <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**EXTERNAL SENDER**

Thanks Mike. Lauren, please let me know if you expect to have edits on LBVI and Mr. Damani's behalf.

Best,
Mario

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

**From:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>
**Sent:** Wednesday, November 27, 2024 8:55 AM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; jacob.fields@aoshearman.com; lwarner@cglawfirm.com; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; luckey.mcdowell@aoshearman.com; ian.roberts@aoshearman.com; samuel.cooper@aoshearman.com; alex.babcock@aoshearman.com; Anker, Phil <Philip.Anker@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; RRiley@whitefordlaw.com; Cleary, Blake <bcleary@potteranderson.com>; jnoa@potteranderson.com; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**[EXTERNAL EMAIL from mike.mcguinness@wilmerhale.com]**

All,

Attached is a revised draft of the protective order, along with a redline against the Quinn team's draft reflecting our edits.

Best,
Mike

---

**From:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>
**Sent:** Tuesday, November 26, 2024 8:45:59 PM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; Jacob Fields <jacob.fields@aoshearman.com>; lwarner@cglawfirm.com <lwarner@cglawfirm.com>; SGrubman@cglawfirm.com <SGrubman@cglawfirm.com>; bcambre@cglawfirm.com <bcambre@cglawfirm.com>; Luckey McDowell <luckey.mcdowell@aoshearman.com>; Ian Roberts <ian.roberts@aoshearman.com>; Samuel Cooper <samuel.cooper@aoshearman.com>; Alex Babcock <alex.babcock@aoshearman.com>; Anker, Phil <Philip.Anker@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com <ljones@pszjlaw.com>; pkeane@pszjlaw.com <pkeane@pszjlaw.com>
**Cc:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Riley, Richard W. <RRiley@whitefordlaw.com>; Cleary, Blake <bcleary@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

Mario: We will have some edits/comments – we just need client sign-off. I'm not sure if we will have it before the holiday, but if not we expect to have it to you early next week.

Thanks,
Ross

**Ross E. Firsenbaum | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Tuesday, November 26, 2024 8:21 PM
**To:** Jacob Fields <jacob.fields@aoshearman.com>; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; Luckey McDowell <luckey.mcdowell@aoshearman.com>; Ian Roberts <ian.roberts@aoshearman.com>; Samuel Cooper <samuel.cooper@aoshearman.com>; Alex Babcock <alex.babcock@aoshearman.com>; Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; ljones@pszjlaw.com; pkeane@pszjlaw.com

**Cc:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Riley, Richard W. <RRiley@whitefordlaw.com>; Cleary, Blake <bcleary@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**EXTERNAL SENDER**

Thanks Jacob. Phil, Lauren – please let me know if you expect to have comments or edits as well.

Best,
Mario

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

**From:** Jacob Fields <jacob.fields@aoshearman.com>
**Sent:** Tuesday, November 26, 2024 8:16 PM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; Luckey McDowell <luckey.mcdowell@aoshearman.com>; Ian Roberts <ian.roberts@aoshearman.com>; Samuel Cooper <samuel.cooper@aoshearman.com>; Alex Babcock <alex.babcock@aoshearman.com>; Philip.Anker@wilmerhale.com; Ross.Firsenbaum@wilmerhale.com; Charles.Bridge@wilmerhale.com; ljones@pszjlaw.com; pkeane@pszjlaw.com
**Cc:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Riley, Richard W. <RRiley@whitefordlaw.com>; Cleary, Blake <bcleary@potteranderson.com>; Noa, Jesse L. <jnoa@potteranderson.com>
**Subject:** RE: Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**[EXTERNAL EMAIL from jacob.fields@aoshearman.com]**

All,

Attached are comments to the draft protective order on behalf of the Foreign Management Defendants.

Best,
Jacob

**Jacob Fields**
Associate

**A&O Shearman**
2601 Olive Street, 17th Floor | Dallas, Texas | 75201
D +1.214.271.5352 | M +1.214.813.6054
aoshearman.com

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Thursday, November 14, 2024 6:13 PM
**To:** lwarner@cglawfirm.com; SGrubman@cglawfirm.com; bcambre@cglawfirm.com; Luckey McDowell

9

<Luckey.McDowell@Shearman.com>; Ian Roberts <Ian.Roberts@Shearman.com>; Jacob Fields <Jacob.Fields@Shearman.com>; Samuel Cooper <Samuel.Cooper@Shearman.com>; Alex Babcock <Alex.Babcock@Shearman.com>; Philip.Anker@wilmerhale.com; Ross.Firsenbaum@wilmerhale.com; Charles.Bridge@wilmerhale.com; ljones@pszjlaw.com; pkeane@pszjlaw.com
**Cc:** susheelkirpalani@quinnemanuel.com; Riley, Richard W. <RRiley@whitefordlaw.com>
**Subject:** Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee v. Trive Capital Management LLC, et al., AP No. 24-50130-KBO

**Caution: non-A&O Shearman email.**

Counsel:

Now that all but one defendant has been served, we would like to agree to a protective order in order to avoid delay in discovery. We have attached a draft here. Please let us know if you have any comments.

Best,
Mario

**Mario O. Gazzola**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7102 Direct
919-360-1686 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
mariogazzola@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person. Allen Overy Shearman Sterling US LLP is a limited liability partnership organised under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD. For further information about how Allen Overy Shearman Sterling US LLP is regulated, please see our website at aoshearman.com/en-gb/global/legal-notices. Our privacy policy is available at aoshearman.com/en-gb/global/legal-notices/privacy-policy.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person. Allen Overy Shearman Sterling US LLP is a limited liability partnership organised under the laws of the State of Delaware. Allen Overy Shearman Sterling US

LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD. For further information about how Allen Overy Shearman Sterling US LLP is regulated, please see our website at aoshearman.com/en-gb/global/legal-notices. Our privacy policy is available at aoshearman.com/en-gb/global/legal-notices/privacy-policy