**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>      Plaintiff,<br><br>  v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ,<br><br>      Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 24-50130 (KBO) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED FOR HEARING**
**ON DECEMBER 10, 2025, AT 9:30 A.M. (PREVAILING EASTERN TIME)**
**BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES**
<u>**BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**</u>

This proceeding will be conducted in person. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing** using the *eCourtAppearances* tool available on the Court's website.

I. **CONTESTED MATTER GOING FORWARD:**

Complaint [Adv. Docket No. 2; filed September 13, 2024]

Related Documents:

    a. First Amended Complaint (**Redacted**) [Docket No. 57; filed January 21, 2025]

    b. First Amended Complaint (**Sealed**) [Docket No. 58; filed January 21, 2025]

    c. Notice Regarding Sealed Amended Complaint Filed at Adversary Proceeding Docket No. 58 [Docket No. 59; filed January 24, 2025]

1. Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously filed Motions to Dismiss [Docket No. 63; filed March 24, 2025]

Related Document:

    a. Brief in Support of Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously filed Motions to Dismiss [Docket No. 64; filed March 24, 2025]

    b. Defendant Shafik Kassam's Joinder and Reply in Support of Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss [Docket No. 99; filed July 3, 2025]

    c. Notice of Completion of Briefing [Docket No. 104; filed July 9, 2025]

Response filed:    Plaintiff's Memorandum of Law in Opposition to Shafik Kassam's Motion to Dismiss the Amended Complaint [Docket No. 92; filed June 2, 2025]

Status:    This matter is going forward.

2. Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 65; filed March 24, 2025]

Related Document:

    a. Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint (**Sealed**) [Docket No. 67; filed March 24, 2025]

    b. Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 69; filed March 24, 2025]

    c. Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint (**Redacted**) [Docket No. 78; filed March 27, 2025]

    d. Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 95; filed July 2, 2025]

    e. Request for Oral Argument [Docket No. 101; filed July 7, 2025]

    f. Notice of Completion of Briefing [Docket No. 106; filed July 9, 2025]

Response filed: Plaintiff's Memorandum of Law in Opposition to the Trive Defendants' Motion to Dismiss the Amended Complaint [Docket No. 89; filed June 2, 2025]

Status: This matter is going forward.

3. Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 71; March 24, 2025]

Related Document:

    a. Brief in Support of Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 72; filed March 24, 2025]

    b. Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 73; filed March 24, 2025]

    c. Reply in Further Support of Management Defendants' Motion to Dismiss [Docket No. 97; filed July 2, 2025]

    d. Notice of Completion of Briefing [Docket No. 108; filed July 10, 2025]

Response filed: Plaintiff's Memorandum of Law in Opposition to the Management Defendants' Motion to Dismiss the Amended Complaint [Docket No. 91; filed June 2, 2025]

Status: This matter is going forward.

4. Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 74; filed March 24, 2025]

Related Document:

a. Brief in Support of Defendants Luck Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 75; filed March 24, 2025]

b. Reply Brief in Support of Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 98; filed July 2, 2025]

c. Notice of Completion of Briefing [Docket No. 105; filed July 9, 2025]

Response filed: Plaintiff's Memorandum of Law in Opposition to the Damani Defendants' Motion to Dismiss the Amended Complaint [Docket No. 88; filed June 2, 2025]

Status: This matter is going forward.

| | |
|---|---|
| Dated: December 8, 2025<br>Wilmington, Delaware | WHITEFORD, TAYLOR & PRESTON LLC<br><br>*/s/ Bradley P. Lehman*<br>William F. Taylor (DE No. 2936)<br>Bradley P. Lehman (DE No. 5921)<br>600 North King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 353-4144<br>Facsimile: (302) 357-3286<br><br>-and-<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Susheel Kirpalani (Admitted *pro hac vice*)<br>Andrew J. Rossman (Admitted *pro hac vice*)<br>Mario O. Gazzola (Admitted *pro hac vice*)<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Counsel to the Chapter 7 Trustee* |