# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LUCKY BUCKS HOLDINGS LLC, <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 23-10756 (KBO) |
| MARC ABRAMS, <br> In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, <br><br>                  Plaintiff, <br><br>       v. <br><br> TRIVE CAPITAL MANAGEMENT LLC, TRIVE CAPITAL FUND III LP, TRIVE CAPITAL FUND III-A LP, TCFIII LUCK LP, TCFIII LUCK SPV LP, TCFIII LUCK ACQUISITION LLC, SHRAVAN THADANI, LUCKY BUCKS VENTURES, INC., ANIL DAMANI, SOUTHERN STAR GAMING LLC, SHAFIK KASSAM, JAMES BOYDEN, RYAN BOUSKILL, RYAN C BOUSKILL PROFESSIONAL CORPORATION, 2786692 ONTARIO INC., MANU SEKHRI, STEPHANIE LIPPA, and HASSAN IJAZ, <br><br>                  Defendants. | <br><br> Adversary Proceeding <br><br> Adv. Proc. No. 24-50130 (KBO) |

**NOTICE OF AMENDED[1] AGENDA FOR MATTER SCHEDULED FOR HEARING ON DECEMBER 10, 2025, AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

This proceeding will be conducted in person. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing** using the *eCourtAppearances* tool available on the Court's website.

---

[1] **Amended items appear in bold.**

I. **CONTESTED MATTER GOING FORWARD:**

Complaint [Adv. Docket No. 2; filed September 13, 2024]

Related Documents:

    a. First Amended Complaint (**Redacted**) [Docket No. 57; filed January 21, 2025]

    b. First Amended Complaint (**Sealed**) [Docket No. 58; filed January 21, 2025]

    c. Notice Regarding Sealed Amended Complaint Filed at Adversary Proceeding Docket No. 58 [Docket No. 59; filed January 24, 2025]

1. Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously filed Motions to Dismiss [Docket No. 63; filed March 24, 2025]

   Related Document:

       a. Brief in Support of Defendant Shafik Kassam's Motion to Dismiss the First Amended Complaint and Joinder in Previously filed Motions to Dismiss [Docket No. 64; filed March 24, 2025]

       b. Defendant Shafik Kassam's Joinder and Reply in Support of Motion to Dismiss the First Amended Complaint and Joinder in Previously Filed Motions to Dismiss [Docket No. 99; filed July 3, 2025]

       c. Notice of Completion of Briefing [Docket No. 104; filed July 9, 2025]

   Response filed: Plaintiff's Memorandum of Law in Opposition to Shafik Kassam's Motion to Dismiss the Amended Complaint [Docket No. 92; filed June 2, 2025]

   Status: This matter is going forward.

2. Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 65; filed March 24, 2025]

   Related Document:

       a. Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint (**Sealed**) [Docket No. 67; filed March 24, 2025]

       b. Memorandum of Law in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 69; filed March 24, 2025]

    c. Declaration of Ross E. Firsenbaum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint (**Redacted**) [Docket No. 78; filed March 27, 2025]

    d. Memorandum in Support of Trive Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 95; filed July 2, 2025]

    e. Request for Oral Argument [Docket No. 101; filed July 7, 2025]

    f. Notice of Completion of Briefing [Docket No. 106; filed July 9, 2025]

    **g. Notice of Supplemental Authority in Further Support of the Trive Defendants' Motion to Dismiss the Amended Complaint [Docket No. 127; filed September 29, 2025]**

Responses filed:

    a. Plaintiff's Memorandum of Law in Opposition to the Trive Defendants' Motion to Dismiss the Amended Complaint [Docket No. 89; filed June 2, 2025]

    **b. Plaintiff's Response to Trive Defendants' Notice of Supplemental Authority [Docket No. 128; filed September 30, 2025]**

Status:    This matter is going forward.

3. Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 71; March 24, 2025]

Related Document:

    a. Brief in Support of Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 72; filed March 24, 2025]

    b. Declaration of Jacob Fields in Support of Management Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 73; filed March 24, 2025]

    c. Reply in Further Support of Management Defendants' Motion to Dismiss [Docket No. 97; filed July 2, 2025]

    d. Notice of Completion of Briefing [Docket No. 108; filed July 10, 2025]

  Response filed: Plaintiff's Memorandum of Law in Opposition to the Management Defendants' Motion to Dismiss the Amended Complaint [Docket No. 91; filed June 2, 2025]

  Status: This matter is going forward.

4. Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 74; filed March 24, 2025]

  Related Document:

  a. Brief in Support of Defendants Luck Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 75; filed March 24, 2025]

  b. Reply Brief in Support of Defendants Lucky Bucks Ventures, Inc. and Anil Damani's Motion to Dismiss First Amended Complaint [Docket No. 98; filed July 2, 2025]

  c. Notice of Completion of Briefing [Docket No. 105; filed July 9, 2025]

  Response filed: Plaintiff's Memorandum of Law in Opposition to the Damani Defendants' Motion to Dismiss the Amended Complaint [Docket No. 88; filed June 2, 2025]

  Status: This matter is going forward.

Dated: December 8, 2025
Wilmington, Delaware

  WHITEFORD, TAYLOR & PRESTON LLC

  */s/ Bradley P. Lehman*
  William F. Taylor (DE No. 2936)
  Bradley P. Lehman (DE No. 5921)
  600 North King Street, Suite 300
  Wilmington, Delaware 19801
  Telephone: (302) 353-4144
  Facsimile: (302) 357-3286

-and-

QUINN EMANUEL URQUHART
& SULLIVAN LLP
Susheel Kirpalani (Admitted *pro hac vice*)
Andrew J. Rossman (Admitted *pro hac vice*)
Mario O. Gazzola (Admitted *pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel to the Chapter 7 Trustee*