**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LUCKY BUCKS HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10756 (KBO) |
| MARC ABRAMS, <br> In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, <br><br> Plaintiff, <br><br> v. <br><br> TRIVE CAPITAL MANAGEMENT LLC, *et al.*, <br><br> Defendants. | Adversary Proceeding <br><br> Adv. Proc. No. 24-50130 (KBO) <br><br> **Related Adversary Docket No. \_\_\_** |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

UPON CONSIDERATION of *Marc Abrams' Motion to Compel*, dated January 19, 2026 (the "Motion"); and the Court having reviewed the Motion and the accompanying Memorandum of Law, Gazzola Declaration, and exhibits thereto; and the objections and replies, if any; and the Court having considered the arguments made by counsel for the parties; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum of Law, Gazzola Declaration, and exhibits thereto establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefore IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

1

2. Counsel for Defendant Shafik Kassam is ordered to conduct a formal document collection from Kassam's personal email addresses, work email addresses (if any), and phone using reasonable search parameters to be negotiated with the Trustee;

3. Counsel for Defendant Shafik Kassam shall promptly conduct a responsiveness review of the collected materials to identify any non-privileged materials responsive to the Requests (as defined in the Trustee's Memorandum of Law); and

4. Defendant Kassam shall promptly produce all responsive, non-privileged materials (including materials responsive to the Subsequent Transfer Requests (as defined in the Trustee's Memorandum of Law); and

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.