**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No.  23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>    Plaintiff,<br><br>    v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>    Defendants. | Adversary Proceeding<br><br>Adv. Proc. No.  24-50130 (KBO) |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Federal Rule of Civil Procedure 37, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7037, Plaintiff Marc Abrams (the "Trustee"), solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Lucky Bucks Holdings LLC ("Holdings") and as assignee of causes of action previously belonging to Holdings' creditors, by and through his undersigned attorneys, hereby respectfully moves this Court for entry of an order (the "Motion"), substantially in the form attached hereto as Exhibit A, compelling counsel for the Trive Defendants to conduct a responsiveness review of Mr. Conner Searcy's documents as described in the *Memorandum of Law in Support of Plaintiff's Motion to Compel* (the "Memorandum of Law") and compelling Trive to produce documents responsive to the

Subsequent Transfer Requests as described in the Memorandum of Law.  In support of this Motion, the Trustee has contemporaneously filed, and incorporates herein by reference, the Memorandum of Law, the *Declaration of Mario O. Gazzola in Support of Marc Abrams' Motion to Compel*, and the exhibits thereto.

WHEREFORE, for all the reasons set forth herein and in the accompanying Memorandum of Law, the Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto, (a) granting the Motion, (b) (i) compelling counsel for Trive to conduct a responsiveness review of Mr. Conner Searcy's documents in response to the Trustee's document requests as described in the Memorandum of Law and Proposed Order and (ii) compelling Trive to produce documents responsive to the Subsequent Transfer Requests as described in the Memorandum of Law and Proposed Order, and (c) granting such other and further relief as the Court deems just and appropriate.

[*Signature of counsel appears on next page.*]

Dated: June 4, 2026
    Wilmington, Delaware

WHITEFORD, TAYLOR & PRESTON LLP
By: *Bradley P. Lehman*
William F. Taylor, Jr. (DE No. 2936)
Bradley P. Lehman (DE No. 5921)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 357-3286

-and-

QUINN EMANUEL URQUHART
& SULLIVAN LLP
Susheel Kirpalani
Andrew J. Rossman
Matthew R. Scheck
Mario O. Gazzola
Kenneth B. Hershey
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel to the Chapter 7 Trustee*