**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | Case No.  23-10756 (KBO) |
| Debtor. | |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding<br><br>Adv. Proc. No.  24-50130 (KBO) |
| Plaintiff, | |
| v. | **Related Adv. Docket No. ___** |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

UPON CONSIDERATION of *Marc Abrams' Motion to Compel*, dated June 4, 2026 (the "Motion"); and the Court having reviewed the Motion and the accompanying Memorandum of Law, Gazzola Declaration, and exhibits thereto; and the objections and replies, if any; and the Court having considered the arguments made by counsel for the parties; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum of Law, Gazzola Declaration, and exhibits thereto establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefore IT IS HEREBY ORDERED that:

1.  The Motion is GRANTED;

2. Counsel Trive shall promptly conduct a responsiveness review of Mr. Searcy's custodial documents and materials to identify any non-privileged materials responsive to the Trustee's Requests for the Production of Documents; and

3. Defendant Trive shall promptly produce all responsive, non-privileged materials (including materials responsive to the Subsequent Transfer Requests (as defined in the Trustee's Memorandum of Law); and

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.