**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | Case No.  23-10756 (KBO) |
| Debtor. | |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding Adv. Proc. No. 24-50130 (KBO) |
| Plaintiff, | |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

**DECLARATION OF MARIO O. GAZZOLA IN SUPPORT OF MARC ABRAMS'
<u>MOTION TO COMPEL</u>**

I, Mario O. Gazzola, an attorney duly admitted to practice law in the State of New York, declare under penalty of perjury as follows:

1.      I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan LLP, which is counsel for Marc Abrams (the "Trustee" or "Plaintiff") in his capacity as Chapter 7 Trustee of the bankruptcy estate of Lucky Bucks Holdings LLC ("Holdings") and as assignee of causes of action previously belonging to Holdings' creditors.  I make this declaration in support of the *Trustee's Moton to Compel*, filed herewith on June 4, 2026.

2.      Attached as **<u>Exhibit A</u>** is a true and accurate copy of an email chain between

Plaintiff's counsel and Defendant Trive's counsel, dated between March 18, 2024 and June 3, 2024.

3.      Attached as **Exhibit B** is a true and accurate copy of Trive's Responses and Objections to the Trustee's Rule 2004 Request for the Production of Documents, dated April 12, 2024.

4.      Attached as **Exhibit C** is a true and accurate copy of the Trustee's First Set of Requests for Production of Documents Propounded to Trive, dated April 11, 2025.

5.      Attached as **Exhibit D** is a true and accurate copy of Trive's Responses and Objections to the Trustee's First Set of Requests for Production of Documents, dated May 12, 2025.

6.      Attached as **Exhibit E** is a true and accurate copy of the Trustee's Supplemental Request for the Production of Documents pursuant to Rule 2004 to Trive, dated June 25, 2025.

7.      Attached as **Exhibit F** is a true and accurate copy of the Trustee's Second Set of Requests for Production of Documents Propounded to Trive, dated August 1, 2025.

8.      Attached as **Exhibit G** is a true and accurate copy of Trive's Responses and Objections to the Trustee's Second Set of Requests for Production of Documents, dated September 2, 2025.

9.      Attached as **Exhibit H** is a true and accurate copy of a letter from Plaintiff's counsel to Trive's counsel, dated June 23, 2025.

10.     Attached as **Exhibit I** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated July 31, 2025.

11.     Attached as **Exhibit J** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated August 8, 2025.

12.     Attached as **Exhibit K** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated August 22, 2025.

13.     Attached as **Exhibit L** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated September 5, 2025.

14.     Attached as **Exhibit M** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated September 19, 2025.

15.     Attached as **Exhibit N** is a true and accurate of an email chain between Plaintiff's counsel and Defendant Trive's counsel, dated between December 4, 2025 and December 19, 2025..

16.     Attached as **Exhibit O** is a true and accurate copy of a letter from Trive's counsel to Plaintiff's counsel, dated September 10, 2025.

17.     Attached as **Exhibit P** is a true and accurate copy of a letter from Plaintiff's counsel to Trive's counsel, dated July 31, 2025.

Dated: June 4, 2026
      New York, New York

                                      */s/ Mario O. Gazzola*
                                      Mario O. Gazzola