# EXHIBIT K

WILMERHALE

August 22, 2025

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

**CONFIDENTIAL**

**(Via Email)**
Mario Gazzola, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
mariogazzola@quinnemanuel.com

> Re:  ***Abrams v. Trive Capital Management LLC, et al.*, No. 24-ap-50130 (KBO)**
> **(Bankr. D. Del.)**

Dear Mario:

We write on behalf of the Trive Defendants[1] in furtherance of our August 8, 2025 letter and in response to your August 15, 2025 letter (the "Letter"), to provide certain information regarding Conner Searcy's custodial documents.  The Trive Defendants have applied the search terms agreed to by the Trustee in connection with the Trustee's Rule 2004 subpoena to Mr. Searcy's mailbox for the period January 1, 2020 through April 3, 2024, and that search yielded a population of 10,463 documents (after de-duplication against prior collections in this matter).

A review of this volume of additional documents is unduly burdensome and not proportional to the needs of the case.  The majority of the documents are not reasonably likely to lead to the discovery of admissible evidence in the adversary proceeding because they derive from the many terms used in Rule 2004 discovery that are generic and have no connection to the Notes transactions or Lucky Bucks.  For example, the terms "Ad Hoc," "OpCo," and the names of a Trive executive coupled with the term "TCFIII" without any other limiters generate hits on a significant number of documents that are likely to be irrelevant.  Moreover, those and virtually all of the other Rule 2004 search terms have no reasonable connection to the Trustee's theory of relevance as to Mr. Searcy, which is that he "received direct updates from the GLC regarding, among other things, cancellation of location contracts."  June 23, 2025 Ltr. from M. Gazzola to R. Firsenbaum, at 3.

Nevertheless, in an effort to avoid burdening the Court with a dispute on this issue, the Trive Defendants are willing to review Mr. Searcy's documents from the time period described

---

[1] Capitalized terms have the same meaning as in my prior correspondence regarding these topics, unless otherwise defined herein.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WILMERHALE

Mario Gazzola
August 22, 2025
Page 2


above that hit on the search phrase "Georgia Lottery" or "GLC*", which was agreed to in response to the Trustee's Rule 2004 subpoena and is tailored to the Trustee's theory of relevance.

Please let us know if the Trustee agrees to this proposal in satisfaction of the Trustee's request.

Best regards,

/s/ *Ross E. Firsenbaum*
Ross E. Firsenbaum