# EXHIBIT M

**WILMERHALE**

September 19, 2025

**Michael McGuinness**

+1 212 230 8873 (t)
+1 212 230 8888 (f)
Mike.McGuinness@wilmerhale.com

**(Via Email)**
Mario Gazzola, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
mariogazzola@quinnemanuel.com

> Re: ***Abrams v. Trive Capital Management LLC, et al.*, No. 24-ap-50130 (KBO)**
> **(Bankr. D. Del.)**

Dear Mario:

We write on behalf of the Trive Defendants[1] in response to your September 15, 2025 letter (the "Letter"), which requested that the Trive Defendants provide a hit report applying the search terms agreed to by the Trustee in connection with the Trustee's Rule 2004 subpoena to Mr. Searcy's mailbox for the period January 1, 2020 through April 3, 2024.[2] *See* Ltr. at 1.

As we explained in our August 22, 2025 letter, the Trustee's request to add Mr. Searcy as a custodian is unduly burdensome and not proportional to the needs of the case. *See* Aug. 22, 2025 Ltr. from R. Firsenbaum to M. Gazzola, at 1-2. As we also explained, many of the terms used in connection with Rule 2004 discovery have no connection to the Trustee's stated theory of relevance for Mr. Searcy's documents—that he "received direct updates from the GLC regarding, among other things, cancellation of location contracts"—and thus will likely generate irrelevant document hits. *Id.* at 1 (quoting June 23, 2025 Ltr. from M. Gazzola to R. Firsenbaum, at 3). The Trustee has yet to address meaningfully any of these issues.

Nevertheless, the Trive Defendants attach as Appendix A to this letter a hit report generated by running the Rule 2004 search terms across Mr. Searcy's custodial documents, after de-duplication against Mr. Thadani and Mr. Anderson's custodial documents. The Trive Defendants reserve all rights.

Best regards,

*/s/ Michael McGuinness*
Michael McGuinness

---

[1] Capitalized terms have the same meaning as in our prior correspondence regarding these topics, unless otherwise defined.

[2] The Letter raises a number of additional issues related to the Trustee's Responses to the Trive Defendants' Requests, which we will address under separate cover.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

**<u>Appendix A</u>**

| Term | Document Hits | Document Hits (Full Family) | Unique Hits | Unique Hits (Full Family) |
|---|---|---|---|---|
| "2786692 Ontario*" | 2 | 13 | 0 | 0 |
| "Ad Hoc*" | 390 | 928 | 351 | 669 |
| "B-Side Business*" OR "B Side Business*" OR "Angel Amusement*" OR "Dynamic Gaming*" OR "Unique Amusement*" OR "AKS Amusement*" OR "Advance Amusement*" OR "Klass Amusement*" OR "Prestige Amusement*" OR "Lee Caudell*" OR "Pinball Amusement*" OR "Peak Amusement*" OR "Blue Georgia*" OR "Georgia Winners*" | 24 | 61 | 0 | 0 |
| "Chapter 7*" or "Chapter 11*" | 466 | 821 | 317 | 488 |
| "Conversion Order*" | 0 | 0 | 0 | 0 |
| "Distribution Transaction*" | 31 | 55 | 29 | 51 |
| "Georgia Lottery*" OR GLC* | 397 | 764 | 31 | 40 |
| "Independent Director*" | 108 | 210 | 89 | 168 |
| "Location Contract*" | 26 | 85 | 4 | 21 |
| "Location Owner*" | 65 | 203 | 20 | 54 |
| "Lucky Bucks HoldCo*" OR "LB HoldCo*" OR "LB NewHoldCo*" | 85 | 433 | 0 | 0 |
| "Marc Abrams*" | 2 | 6 | 0 | 0 |
| "Note Purchase Agreement*" or NPA* | 131 | 343 | 106 | 194 |
| "Project Ace*" | 13 | 24 | 0 | 0 |
| "Project Buck*" | 37 | 78 | 5 | 11 |
| "Project Charm*" | 10 | 29 | 6 | 19 |
| "Southern Star*" | 17 | 38 | 0 | 0 |
| ("Lucky Buck*" OR LB* OR LBVI* OR *LuckyBuck*) w/20 ("Lee Caudell*" OR "Pinball Amusement*" OR "Peak Amusement*" OR "Blue Georgia*" OR "Georgia Winners*" OR | 365 | 984 | 57 | 94 |

| Term | Document Hits | Document Hits (Full Family) | Unique Hits | Unique Hits (Full Family) |
|---|---|---|---|---|
| dividend* OR TCFIII* OR Quantum* OR Ontario* OR Boyden* OR Bouskill* OR Lippa* OR Kassam* OR "Seven Ace*") | | | | |
| ("Lucky Buck*" OR LB* OR LBVI* OR *LuckyBuck*) w/20 (condition* OR financ* OR PIK* OR "payment in kind*" OR "payment-in-kind*" OR Board OR BOD OR Noteholder* OR "note holder*" OR OpCo* OR "Arc Gaming*" OR GLC* OR "Georgia Lottery*" OR "B-Side Business*" OR "B Side Business*" OR "Angel Amusement*" OR "Dynamic Gaming*" OR "Unique Amusement*" OR "AKS Amusement*" OR "Advance Amusement*" OR "Klass Amusement*" OR "Prestige Amusement*") | 702 | 1,361 | 334 | 483 |
| (Anil* w/2 Damani*) or anil@27invest.com or 27success@gmail.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 38 | 134 | 0 | 0 |
| (Hassan* w/2 Ijaz*) or hassan@luckybucksga.com or Csf_hassan@hotmail.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 17 | 31 | 0 | 0 |
| (James* w/2 Boyden*) or (Jamie* w/2 Boyden*) or (Jim* w/2 Boyden*) or jamie@luckybucksga.com or jamie@sevenaces.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 122 | 184 | 0 | 0 |
| (Jon* w/2 Nunnaley*) or (John* w/2 Nunnaley*) or *nunnaley@trivecapital.com AND | 907 | 2,322 | 178 | 229 |

| Term | Document Hits | Document Hits (Full Family) | Unique Hits | Unique Hits (Full Family) |
|---|---|---|---|---|
| ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck* or TCFIII* or Quantum*) | | | | |
| (Manu* w/2 Sekrhi*) or manu@sekhri.ca or manu@sevenaces.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 2 | 4 | 0 | 0 |
| (Neal* w/2 Goldman*) or neal.p.goldman@gmail.com or (Neil* w/2 Goldman*) AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 2 | 2 | 0 | 0 |
| (Ryan* w/2 Bouskill*) or rbouskill@djb.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 21 | 40 | 0 | 0 |
| (Shafik* w/2 Kassam*) or (Tony w/2 Kassam*) or tony@luckybucksga.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 121 | 182 | 2 | 0 |
| (Steph* w/2 Lippa*) or (Steph* w/2 Alito*) or stephanie@sevenaces.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck*) | 7 | 23 | 0 | 0 |
| (Steve* w/2 Yoost*) or steveyoost@trivecapital.com AND ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck* or Luck* or TCFIII* or Quantum*) | 1,174 | 2,906 | 318 | 560 |
| COAM* OR "coin operated amusement machine*" OR "coin operated machine*" OR "coinop*" OR "coin-op*" OR "coin op*" | 323 | 677 | 33 | 43 |
| Evercore* | 623 | 897 | 381 | 354 |
| M3* | 882 | 1,818 | 795 | 998 |
| Noteholder* or "note holder*" | 116 | 421 | 76 | 194 |

| Term | Document Hits | Document Hits (Full Family) | Unique Hits | Unique Hits (Full Family) |
|---|---|---|---|---|
| OpCo* OR "Arc Gaming*" | 1,013 | 1,968 | 808 | 1,149 |
| RSA* | 340 | 934 | 266 | 566 |
| Shearman* | 41 | 74 | 32 | 50 |
| Trustee* w/20 ("Lucky Buck*" or LB* or LBVI* or *LuckyBuck*) | 6 | 35 | 0 | 0 |
| **Totals** | **5,826** | **10,463** | **4,238** | **6,435** |