# EXHIBIT O

WILMERHALE

September 10, 2025

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

**(Via Email)**
Mario Gazzola
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
mariogazzola@quinnemanuel.com

*Counsel to Marc Abrams, in his*
*Capacities as Chapter 7 Trustee for*
*Lucky Bucks Holdings LLC and as Assignee*

Re: ***Abrams v. Trive Capital Management LLC, et al.,***
   **No. 24-50130 (KBO) (Bankr. D. Del. 2024)**

Dear Counsel:

I write regarding Request Nos. 18-23 in *Plaintiff's First Set of Requests for Production of Documents Propounded to Trive Defendants*, dated April 11, 2025 (the "Requests").

As you know, the Trive Defendants objected to the Requests on the grounds that they are overbroad, unduly burdensome, and not proportional to the needs of the case; sought documents that were not relevant to the claims and defenses in the above-referenced adversary proceeding; and sought documents duplicative of documents and communications produced by the Trive Defendants to the Trustee in response to his Rule 2004 subpoena. *See Trive Defendants' Responses and Objections to the Trustee's First Set of Requests for Production of Documents* (May 12, 2025), at 24-30. Following subsequent meet-and-confers, the Trive Defendants offered, without waiving any objections, to "consider a modest supplemental production of documents, to the extent any are reasonably identifiable, sufficient to identify any transfers of Holdings Distributions proceeds made prior to March 31, 2024 by TCFIII Luck LP, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC," and reflecting any transfers of Holdings Distributions proceeds to Trive Capital Fund III LP and/or Trive Capital Fund III-A LP before March 31, 2024. Ltr. from C. Bridge to M. Gazzola (Aug. 8, 2025), at 1-2.[1]

Today we are producing documents bearing Bates numbers Trive_00197933—Trive_00197999, which are redacted versions of bank statements for certain Trive entities in the period spanning November 2021 through February 2022. This set of documents is "sufficient to

---

[1] The "Holdings Distributions" are the distributions made by Lucky Bucks Holdings LLC to its equity holders in November 2021 and January 2022. *See* Compl. ¶¶ 201-202.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

WILMERHALE

Mario Gazzola
September 10, 2025
Page 2

identify" transfers of Holdings Distributions proceeds made prior to March 31, 2024 by TCFIII Luck LP, TCFIII Luck SPV LP, and TCFIII Luck Acquisition LLC.  It is also "sufficient to identify" transfers of Holdings Distributions proceeds to Trive Capital Fund III LP and/or Trive Capital Fund III-A LP before March 31, 2024.

You will receive a separate email with a link to access the documents.  The password to access the production is in the cover email you just received.  The redactions in the documents relate to transactions unrelated to Lucky Bucks, confidential bank-account numbers, and/or highly confidential identities of Trive's external investors.[2]

In accordance with the *Stipulated Confidentiality and Protective Order* [Adv. D.I. 82] entered in the above-referenced adversary proceeding, this production contains documents that have been designated as "Confidential – Subject to Protective Order."

This production is not intended to waive any applicable privileges or other legal protections pursuant to which the Trive Defendants' information may not be subject to production.  If the Trive Defendants produce any privileged or protected information, such disclosure is inadvertent.  The Trive Defendants reserve all rights.

Please do not hesitate to contact me if you have any questions.

Best regards,

*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum

cc:    Laura Davis Jones
       Peter J. Keane
       Philip D. Anker
       Joel W. Millar
       Charles C. Bridge
       Michael McGuinness

---

[2] As we have explained in prior correspondence, the Trustee's requests for the identities of Trive's external investors seek information that is neither relevant nor proportional to the needs of the case.  *See* Ltr. from C. Bridge to M. Gazzola (Aug. 8, 2025), at 2; Email from C. Bridge to M. Gazzola, et al. (July 11, 2025).