**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>    *Debtor*. | Chapter 7<br><br>No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky<br>Bucks Holdings LLC and as assignee,<br><br>    *Plaintiff*,<br><br>  v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>    *Defendants*. | Adversary Proceeding<br><br>No. 24-ap-50130 (KBO) |

**TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL**

Pursuant to Federal Rule of Civil Procedure 37, made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7037, Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants"), by and through their undersigned attorneys, hereby respectfully cross-move this Court for entry of an order (the "Cross-Motion"), substantially in the form attached hereto as **Exhibit A**, compelling the Plaintiff, Marc Abrams, in his capacities as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, to produce the documents described in the *Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel* (the "Memorandum of Law"). In support of this Cross-Motion, the Trive Defendants have contemporaneously filed, and incorporate herein by

reference, the Memorandum of Law, the *Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel* (the "Firsenbaum Declaration"), and the *Declaration of Shravan Thadani in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel* (the "Thadani Declaration").

WHEREFORE, for all the reasons set forth herein and in the accompanying Memorandum of Law, the Firsenbaum Declaration, and the Thadani Declaration, the Trive Defendants respectfully request that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting the Cross-Motion, (b) compelling the production of documents as set forth in the Memorandum of Law, (c) denying *Plaintiff's Motion to Compel* [D.I. 208], and (d) granting such other and further relief as this Court deems just and appropriate.

[*Remainder of page intentionally left blank*]

2

Dated: June 18, 2026
    Wilmington, Delaware

Respectfully submitted,

**PACHULSKI STANG ZIEHL
    & JONES LLP**

By: */s/ Laura Davis Jones*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

**WILMER CUTLER PICKERING
    HALE AND DORR LLP**

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel W. Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital
Management LLC, Trive Capital Fund III LP,
Trive Capital Fund III-A LP, TCFIII Luck LP,
TCFIII Luck SPV LP, TCFIII Luck
Acquisition LLC, Southern Star Gaming,
LLC, and Shravan Thadani*

3