**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | No. 23-10756 (KBO) |
| *Debtor*. | |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC,<br>*et al.*,<br><br>*Defendants*. | Adversary Proceeding<br><br>No. 24-ap-50130 (KBO) |

**ORDER GRANTING TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL**
**AND DENYING PLAINTIFF'S MOTION TO COMPEL [D.I. 208]**

UPON CONSIDERATION of the *Trive Defendants' Cross-Motion to Compel*, dated June 18, 2026 (the "Cross-Motion") and *Plaintiff's Motion to Compel* [D.I. 208];[1] and this Court having reviewed the Cross-Motion, the Memorandum of Law, the Firsenbaum Declaration, the Thadani Declaration, the objections and replies, if any, the *Plaintiff's Motion to Compel* [D.I. 208], and all other filings related to the *Plaintiff's Motion to Compel* [D.I. 208]; and this Court having considered the arguments made by counsel for the parties, including at a hearing, if any; and this Court having determined that the legal and factual bases set forth in the Cross-Motion, the Memorandum of Law, the Firsenbaum Declaration, and the Thadani Declaration establish just cause for the relief requested in the Cross-Motion; and after due deliberation and sufficient cause

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Cross-Motion and Memorandum of Law, as applicable.

1

appearing therefor IT IS HEREBY ORDERED that:

1.      The Cross-Motion is GRANTED as set forth in the Memorandum of Law.

2.      The Trustee is ordered to produce to the Trive Defendants promptly, and in all events within 28 days of the entry of this Order, all Noteholder documents described and requested in the Memorandum of Law as set forth therein.

3.      *Plaintiff's Motion to Compel* [D.I. 208] is DENIED as moot as it pertains to Connor Searcy's documents and DENIED without prejudice as it pertains to the identities of non-party external investors in the Trive Funds.

4.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: _____, 2026

_____
The Honorable Karen B. Owens
United States Bankruptcy Judge

2