# Exhibit 11

# Document Filed Under Seal

# Exhibit 12

Message

**From**: Goldthorpe, Ted [Ted.Goldthorpe@bcpartners.com]
on behalf of Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> [Ted.Goldthorpe@bcpartners.com]
**Sent**: 10/26/2021 6:57:27 PM
**To**: Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]; Wang, Henry [Henry.Wang@bcpartners.com]; Ederer, Matthias [Matthias.Ederer@bcpartners.com]; Schafer, Patrick [Patrick.Schafer@bcpartners.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Young, Jason [Jason.Young@bcpartners.com]; Clare Kim [clare.kim@bcpartners.com]
**CC**: Krobot, Jennifer [Jennifer.Krobot@bcpartners.com]
**Subject**: RE: lucky bucks

As discussed I want to be there

---

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Tuesday, October 26, 2021 6:37 PM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>; Wang, Henry <Henry.Wang@bcpartners.com>; Ederer, Matthias <Matthias.Ederer@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Cc:** Krobot, Jennifer <Jennifer.Krobot@bcpartners.com>
**Subject:** lucky bucks

We're looking to have the management team/Trive in for a meeting next Tuesday, 11/2, early afternoon – let me know if folks are available/interested in attending – thanks

BC PARTNERS

**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

# Exhibit 13

Message

**From**: Goldthorpe, Ted [Ted.Goldthorpe@bcpartners.com]
on behalf of Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> [Ted.Goldthorpe@bcpartners.com]
**Sent**: 11/2/2021 9:29:52 PM
**To**: Ederer, Matthias [Matthias.Ederer@bcpartners.com]
**CC**: Shravan Thadani [shravanthadani@trivecapital.com]; Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]; Wang, Henry [Henry.Wang@bcpartners.com]
**Subject**: Re: [EXTERNAL] Thanks

That was a great meeting. Looking forward to partnering in the future.

Sent from my iPhone

On Nov 2, 2021, at 8:50 PM, Ederer, Matthias <Matthias.Ederer@bcpartners.com> wrote:

Shravan,

Thanks a lot for coming in with the LB management team and congrats on what is clearly shaping up to be a great deal for Trive. Pulling the trigger on the take-private in August 2020 takes conviction and we are excited to be partnering with you along the way.
Also felt a sense mind-sharing and common background when hearing you talk about LB and your invesment philosophy.
Will definitely reach out next time one of us is in Dallas!

Best,

Matthias

On Nov 2, 2021, at 20:36, Shravan Thadani <shravanthadani@trivecapital.com> wrote:

Gents,

Thanks for carving out some time this afternoon to catch up and hear out the LB story; we hope you found it helpful/productive. It was great to meet you guys in person as well, no doubt there is overlap between our firms and look forward to developing a broader relationship. Let us know next time you find yourselves in Dallas and I'll grab a couple of my partners to get together.

Best,
Shravan

**Shravan Thadani**
**Trive Capital**
214.451.0162 tel
512.413.3400 cell
shravanthadani@trivecapital.com
www.trivecapital.com

# Exhibit 14

735246

**From:** Goldthorpe, Ted[Ted.Goldthorpe@bcpartners.com]

**Sent:** Thur 9/2/2021 8:39:34 PM (UTC-04:00)

**To:** Dimitrov, Ivelin[Ivelin.Dimitrov@bcpartners.com]; Terwilliger, Mike[Mike.Terwilliger@bcpartners.com]; Wang, Henry[Henry.Wang@bcpartners.com]; Ederer, Matthias[Matthias.Ederer@bcpartners.com]; Schafer, Patrick[Patrick.Schafer@bcpartners.com]; Young, Jason[Jason.Young@bcpartners.com]

**Cc:** Jeudy, Tania[Tania.Jeudy@bcpartners.com]; McDonagh, Meghan[Meghan.McDonagh@bcpartners.com]

**Subject:** 10:20am ICR | Project Jackpot

[illegible]040@zoomcrc.com

# Exhibit 15

# Document Filed Under Seal

# Exhibit 16

# Document Filed Under Seal

# Exhibit 17

**Date:** Wed, 22 Sep 2021 9:09:42 PM (UTC)
**Subject:** Re: [EXTERNAL] Lucky Bucks
**From:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com >
**To:** Drew McKnight <drew@fortress.com >;
**CC:** Peter Leibman <pleibman@fortress.com >; Andrew Robbins <arobbins@fortress.com >; Ryan Buxbaum <rbuxbaum@fortress.com >; Joshua Pack <josh@fortress.com >; Aaron Blanchette <ablanchette@fortress.com >; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com >; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com >; Young, Jason <Jason.Young@bcpartners.com >;

Guys - can you loop in the Fortress to our situation. Feel free to send our full memo.

Sent from my iPhone

On Sep 22, 2021, at 5:06 PM, Drew McKnight <drew@fortress.com> wrote:

Ted- Copying our team that worked on Lucky Bucks. We will definitively NOT talk to Macquarie about the mezz piece you are working on- appreciate the call.

**Drew McKnight**
Managing Partner
Fortress Investment Group, Credit Funds
5221 N O'Connor Blvd, Suite 700
Irving, TX 75039
(P) 972-532-4340
drew@fortress.com

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

# Exhibit 18

Message

**From:** Tateossian, Richard [R.Tateossian@wafra.com]
**Sent:** 10/1/2021 5:01:08 PM
**To:** Young, Jason [Jason.Young@bcpartners.com]
**CC:** Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Clare Kim [clare.kim@bcpartners.com]
**Subject:** [EXTERNAL] RE: Coinvest

Hi Mike,

Thank you for your time today. I was able to speak with compliance and unfortunately due to the gambling angle we will not be able to participate in this deal.

Regards
Richard

---

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Wednesday, September 29, 2021 12:11 PM
**To:** Tateossian, Richard <R.Tateossian@wafra.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** RE: Coinvest

[EXTERNAL]
Good afternoon Richard, pleasure to meet you via email. Removing Ted and the broader group so as to avoid flooding their inbox. Could you provide some times that work for a quick call on this coinvest opportunity on Thursday/Friday?

Please also see attached for our template NDA, which we'll need to put in place to share materials.

Look forward to discussing.

Best

Jason

---

**From:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Sent:** Wednesday, September 29, 2021 11:58 AM
**To:** Tateossian, Richard <R.Tateossian@wafra.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Ederer, Matthias <Matthias.Ederer@bcpartners.com>; Wang, Henry <Henry.Wang@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Coinvest

Richard – two things – would love to catch up at some point as we haven't chatted since the summer. Separately, we have a deal that you might be interested in. Kind of a nichey lottery business but we like it. Jason can take you through it. I think this fits your mandate to the extent you like the business.

TG

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

Notice: The information provided in this e-mail is confidential and is for the sole use of the recipient. Any review, reliance or distribution by others or forwarding without express permission of Wafra is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.
Notice: The information provided in this e-mail is confidential and is for the sole use of the recipient. Any review, reliance or distribution by others or forwarding without express permission of Wafra is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.

# Exhibit 19

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
on behalf of Clare Kim <clare.kim@bcpartners.com> [clare.kim@bcpartners.com]
**Sent**: 6/14/2022 8:27:40 AM
**To**: Ederer, Matthias [Matthias.Ederer@bcpartners.com]; Goldthorpe, Ted [Ted.Goldthorpe@bcpartners.com]
**CC**: Young, Jason [Jason.Young@bcpartners.com]; Credit Investment Team [CreditInvestmentTeam@bcpartners.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]
**Subject**: Re: Lucky Bucks Update (-)

If I recall correctly, the 1L is cov lite and none on pref.

---

**From:** Ederer, Matthias <Matthias.Ederer@bcpartners.com>
**Sent:** Tuesday, June 14, 2022 8:25:01 AM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Cc:** Clare Kim <clare.kim@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>; Credit Investment Team <CreditInvestmentTeam@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Subject:** Re: Lucky Bucks Update (-)

Remind me: what are the financial covenants in the 1L or pref if any?

On Jun 14, 2022, at 07:32, Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> wrote:

Ok. So even at this depressed ebitda level they should still be able to delever by 0.5x a year. The key is getting to a true floor on ebitda.

Sent from my iPhone

On Jun 13, 2022, at 7:03 PM, Clare Kim <clare.kim@bcpartners.com> wrote:

Still have a decent amount of runway with FCCR at ~2.4x

Annualized figures
LTM Adj. EBITDA $101mm
Expected maintenance + growth capex (excl. M&A) $6mm
Amort + Interest $40mm

In terms of liquidity they have $55k of cash on BS and $26mm of availability on the revolver ($35mm capacity). I don't have much color around why they are running so tight on cash, but maybe others can chime in.

---

**From:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Sent:** Monday, June 13, 2022 4:20 PM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Credit Investment Team <CreditInvestmentTeam@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** RE: Lucky Bucks Update (-)

How does liquidity look? What are fixed charges before they begin to burn cash?

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Thursday, June 09, 2022 8:57 PM
**To:** Credit Investment Team <CreditInvestmentTeam@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** Lucky Bucks Update (-)

Team –

Lucky Bucks reported 1Q22 numbers and provided the FY22 budget, both of which reflect performance degradation. While the company continues to conduct deleveraging acquisitions (~$1-2M of incremental EBITDA per month), this has not been enough to outweigh the organic declines we've seen over the last 4-5 months. Below is a summary of relative performance and feedback from management. The Company's 1Q22 lender call is next week (6/15), and Ivelin is scheduled to speak with the sponsor (Trive) the day prior, at which point we will provide an update should there be any key takeaways. We are due to review the 6/30 valuation file tomorrow (Friday).

**Financial Performance & Leverage**

- At close:
  - LTM PF Adj. EBITDA: $110.5mn
  - Leverage through 1L: 5.25x
  - Leverage through Holdco Notes: 7.06x
    - Recall that when we closed on the Holdco Notes only $195mn of the $250mn ask was funded, they later completed the remaining $55mn in January
- As of 1Q22:
  - LTM PF Adj. EBITDA: $100.9mn
  - Leverage through 1L (incl. financing costs): 5.84x
  - Leverage through Holdco Notes: 8.32x
- FY22 Budget
  - PF Adj. EBITDA: $95.3mn
    - Assumes no M&A activity beyond what was conducted through April 2022 (~$3.3mn)
    - If you assume they acquire an average of $1M in EBITDA/month through the end of 2022, that would bring PF Adj. EBITDA to ~$103mn
  - Implied Leverage through 1L: 6.10x
  - Implied Leverage through Holdco Notes: 8.72x

**Management Feedback**

- Performance has been the result of a perfect storm, confirmed by conversations with other master license holders and location owners: no stimulus checks and inflationary headwinds driving cost of living up is resulting in store traffic declines and fewer shoppers using the machines
- Hopeful that traffic will normalize in the back half of the year, but couldn't point to any specific drivers that would cause WPUD to rebound
- M&A pipeline remains strong, in their view the LTM performance dip is providing an opportunity to purchase below historical norms; purchase multiples remain unchanged
  - Monitoring liquidity, in active conversations with Trive regarding M&A strategy and potential source of funds
  - Predominant competitor remains United Gaming, no new entrants of note

BC PARTNERS

**BC Partners Advisors L.P.**

**Jason S. Young**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (212) 891-5049 | cell: (973) 943-9446
jason.young@bcpartners.com

# Exhibit 20

Message

**From**: Goldthorpe, Ted [Ted.Goldthorpe@bcpartners.com]
on behalf of Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> [Ted.Goldthorpe@bcpartners.com]
**Sent**: 3/30/2023 7:14:49 PM
**To**: Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**CC**: Wayne, Steven (Operating Advisor) [steven.wayne.oa@bcpartners.com]; Schafer, Patrick [Patrick.Schafer@bcpartners.com]; Young, Jason [Jason.Young@bcpartners.com]
**Subject**: Re: LB

Ok. Not a crazy counter. We originally thought 90 so worth engaging.

Sent from my iPhone

On Mar 30, 2023, at 6:52 PM, Terwilliger, Mike <Mike.Terwilliger@bcpartners.com> wrote:

Barton Hill just called and said the 1L group was going to counter tonight with an "ask" of $50 million funded. I reflected that quantum of capital would be difficult for us to hold our group together, but they seem to suggest a constructive dialogue can happen.

Sent from my iPhone

On Mar 30, 2023, at 1:50 PM, Terwilliger, Mike <Mike.Terwilliger@bcpartners.com> wrote:

Sadly, they weren't willing to provide hard numbers either. 1L's being super cagey about their size.

**From:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Sent:** Thursday, March 30, 2023 1:49 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: LB

Great – do they own a lot of loan?

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, March 30, 2023 11:53 AM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>; Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: LB

Just spoke with Met-Life. In summary, "we 100% agree we should work together on the deal collaboratively between the 1Ls and you guys."

**From:** Terwilliger, Mike
**Sent:** Wednesday, March 29, 2023 10:24 AM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: LB

Arbor Lane *very* constructive. They even proffered a lower cash coupon for the 1Ls (in exchange for more backend), to give LB more capital to grow.

**From:** Terwilliger, Mike
**Sent:** Tuesday, March 28, 2023 7:57 PM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: LB

Yes, he's with Arbor Lane. We don't need an introduction per se, but a warm connecting can be helpful. Yes, they have been very constructive all the way through.

Sent from my iPhone

On Mar 28, 2023, at 7:52 PM, Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> wrote:

I emailed their head guy and see what they say.

Bardin Hill encouraged us to reach out to Bobby Franz (I think he is Arbor Lane) but he is an awesome guy and Dillow said he has been constructive. I can set that up as well if you want.

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Tuesday, March 28, 2023 7:51 PM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: LB

I will reach out to Beach Point through CBRE; they have a longstanding relationship there. I'll also reach out to Arbor Lane whom we have had a dialog as well.

Fortress is a somewhat complicated dynamic. If LB goes away, their underwater position in United Gaming (~$145mn), likely goes up in value. Plus, they would likely push this company towards United Gaming in a bankruptcy. Andrew Robbins is the guy we've had a dialogue with, but perhaps we need to appeal higher up on the totem pole.

Sent from my iPhone

On Mar 28, 2023, at 7:33 PM, Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> wrote:

Just coordinate amongst yourselves – Pat McGrath at Anchorage and the FS team Patrick knows them well. I can call the head of Fortress and get the right team if you guys don't know them.

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Tuesday, March 28, 2023 7:30 PM
**To:** Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: LB

Very good color. Barndin Hill certainly over represented their size, but they have been constructive nevertheless. I'm going to expand the outreach ASAP.

Sent from my iPhone

On Mar 28, 2023, at 7:26 PM, Goldthorpe, Ted <Ted.Goldthorpe@bcpartners.com> wrote:

Mike – tried you earlier and got Patrick. Please don't share all of this. We can discuss in the office tomorrow. A few things:

1. BH is not that large – they have been telling me that for a while so not sure what the disconnect is – they own $40mm face so we are pretty far from a majority
1. They felt they were the only ones trying to do work and feel like they are trying to be constructive; they are new to the situation as they just bought in
2. Their advisor seems axed to file the company (and most likely fee driven which we have all seen in other situations)
2. Sounds like we need to also speak to FS, Fortress (I think they are the big holder) and Anchorage as well

Let's chat tomorrow – I land around 9am and will be in the office around 11am and there all day.