# Exhibit 21

# Document Filed Under Seal

# Exhibit 22

B2G
Global Strategies

June 12, 2023

**ATTORNEY/CLIENT PRIVILEGED MATERIAL**

John Heinen
Senior Vice President, COAM
Georgia Lottery Corporation
250 Williams St NW, Suite 3000
Atlanta, GA 30303
jheinen@galottery.org

Re: Report of Investigation
Potential Illegalities Involving COAM Master License Holder and Location License Holders

Dear Mr. Heinen:

On March 24, 2023, BC Partners hired B2G Global Strategies ("B2G") to conduct an independent investigation aimed at identifying key individuals and uncovering actionable information related to an alleged attempt to defraud BC Partners ("BC Partners" or "the Company") by willfully and illegally undermining BC Partners' investment in Lucky Bucks Inc., which owns and distributes Class B Coin-Operated Amusement Machines ("COAMs") throughout the State of Georgia.

BC Partners had obtained preliminary intelligence indicating that a former officer of Lucky Bucks named Anil Damani ("Mr. Damani") was undermining the Company's business interests by illegally colluding with a competitor in displacing Lucky Bucks' COAMs in select locations throughout Georgia. Mr. Damani had previously reached a settlement with the Georgia Lottery Corporation ("GLC"), which required him to step down as an officer of Lucky Bucks as a result of his having violated Georgia law by "leasing a residential rental property that he owned in his personal capacity to a person holding a location license to operate COAMs at locations in Georgia," as *Accesswire* reported in a May 2020 article.[1] While Mr. Damani was permitted to retain a "30% equity interest in Lucky Bucks HoldCo, LLC, which entity is the sole shareholder of Lucky Bucks," he was also required to "enter into a five year non-competition agreement with [Lucky Bucks] with respect to his business in Georgia."[2]

BC Partners requested that B2G follow up on its preliminary intelligence regarding Mr. Damani's activities, specifically by analyzing: public records relating to Mr. Damani and any relevant associates; all records disclosing the locations and activities of gaming machines owned and distributed by Lucky Bucks; all records disclosing the

[1] See: https://www.accesswire.com/591576/Seven-Aces-Announces-Departure-of-Anil-Damani-as-Part-of-a-GLC-Order-and-Other-Corporate-Updates
[2] Ibid.

locations and activities of gaming machines that have recently replaced machines owned by Lucky Bucks. BC Partners also tasked B2G with conducting site visits of locations where Lucky Bucks COAMs may have been illegally displaced by competitor COAMs.

**B2G Global Strategies**

B2G is an international consulting and investigations firm specializing in a wide range of services. These include investigations, due diligence, security consulting, financial review, and policy guidance for the business sector and government entities in North and South America, Asia, and Europe. As a global consulting firm, B2G enjoys a competitive edge due to the expertise of its personnel, who have extensive experience in conducting complex investigations and suitability inquiries involving regulatory, compliance, and fraud issues in domestic and international settings. B2G utilizes highly skilled investigators and analysts who previously served with U.S. Government entities such as the Federal Bureau of Investigation and Internal Revenue Service, as well as with law enforcement agencies throughout the world. B2G specializes in leveraging existing liaison relationships and discreet sources to establish and verify the credibility of claims and representations. B2G pledges that the product and services we provide our clients will be of high quality. We take the utmost care to protect the client's reputation and standing in the community when performing our services.

B2G is led by Chairman, Tim McNally, a former Assistant Director with the Federal Bureau of Investigation and a highly experienced consultant on investigative and security assessment matters worldwide, including North and South America, as well as Asia. After his experience with the FBI, Mr. McNally has continued working in the following capacities: Executive Director of Security and Legal Services for The Hong Kong Jockey Club, the world's largest sports betting and horse racing operator; Compliance Chairman for Grupo Caliente, the largest gaming operator in Mexico; and as a regulatory, compliance, and investigative consultant for a large number of corporations, gaming operators, and regulatory bodies in the United States and abroad. This experience has enabled Mr. McNally to maintain extensive contacts and discreet sources within various industries in the private sector and in government agencies throughout the United States, South America, and Asia.

As the Chief Executive Officer of B2G, Matthew K. Kelly is responsible for the overall operations of the company and oversees all domestic and international consulting projects. Dr. Kelly is a highly experienced consultant on investigative and security assessment matters worldwide. As an investigator, Dr. Kelly has worked on scores of complex cases involving criminal elements and organizations and has authored dozens of reports, white papers, and security and threat assessments for clients across a range of industries. His areas of investigative focus have included theft, stalking, extortion, embezzlement, terrorism, cybercrime, real estate fraud, money laundering, and narcotics trafficking. His areas of expertise include crime, governmental security, and analysis of intelligence. Prior to joining B2G, Dr. Kelly worked in the academic world, where he taught at the University of California, Los Angeles and Occidental College, specializing in topics related to crime and governmental security. Dr. Kelly conducted extensive

archival research in three languages and on three continents, culminating in a widely praised history of crime and revolution in the modern Middle East (published by the University of California Press).

Lisa Garcia, Chief Operating Officer, is responsible for the management of all due diligence and background investigations conducted by B2G. Ms. Garcia previously worked for the United States Government, serving three years with the FBI as a contract Data Analyst and three years as an Analyst and Office Manager with the Drug Enforcement Administration's Country Offices located in Paris, France and Cairo, Egypt. Ms. Garcia has over 40 years of professional experience with the federal government and in the private sector, collecting information and providing analysis and conclusions in domestic and international venues. Ms. Garcia has participated in over 300 security and investigative engagements worldwide. Her expertise includes crisis response, critical infrastructure protection, and sophisticated data gathering techniques to evaluate security risks and vulnerabilities in support of complex investigations. Analysis techniques utilized during her professional career include: preparation and manipulation of complex spreadsheets for illustration of evidence and research collected; retrieval of data from various publicly available online resources in support of due diligence screening; and collating and summary report preparation of all research and information gathered.

B2G's services are confidential and dissemination of this letter/report is not authorized without the prior authorization and agreement between BC Partners and B2G. Further, documents prepared or received by us pursuant to this project will be maintained by us as confidential material.

Sincerely,

Lisa L. Garcia, COO/Partner
B2G Global Strategies

# INVESTIGATIVE SUMMARY

Between the dates of March 24, 2023 and May 12, 2023, B2G's primary investigative focus included:

- Review and analysis of documents obtained from the Georgia Lottery Corporation ("GLC") website (https://www.gacoam.com/documents)
- Review and analysis of documents received directly from the GLC through a Freedom of Information Act ("FOIA") request
- Review and analysis of documents provided by BC Partners
- Review of GLC's "Where to Play" (https://www.galottery.com/en-us/coam.html#tab-coam-faqs)
- Independent comprehensive background investigation regarding Mr. Damani.

B2G's investigation disclosed that between November 2001 and August 2021, Mr. Damani has been associated with sixty Georgia corporations. Forty-nine of these entities have either been terminated or administratively dissolved/revoked by the Georgia Secretary of State ("GA SOS").[3] Additionally, Mr. Damani had previously been subjected to Small Business/Self Employed Federal Tax Liens, totaling $3,554,144.25, as well as a Georgia Individual Income Tax Lien in the amount of $529,938.72, including Tax, Interest, Penalty Collection Fee and Costs.[4]

Through review and analysis of the documents listed above, as well as information obtained through our background investigation of Mr. Damani, B2G located twelve properties linked to Mr. Damani through several of his companies. Eleven of these properties are linked to COAM locations currently listed on the GLC's Class B MLH and LLH Approval List for 2023. **One of those eleven properties is currently owned by an LLC linked to Mr. Damani (Sugarloaf Old Norcross Investments LLC) and contains COAMs that place Mr. Damani in violation either of Georgia law or of his settlement agreement with the GLC** (see pp. 5-6 below for details). The other ten properties were previously owned by various companies controlled by Mr. Damani, one of which (27th Group Magic LLC) currently has five active COAMs at its location. This last property, however, is not listed as a current Location License Holder ("LLH") with the GLC. **The failure to maintain a current LLH at any location where COAMs are operated is also an actionable violation of Georgia law and GLC regulations.**

Mr. Damani has a track record of current and prior association with various entities that regulators in the State of Georgia deemed unfit to continue doing business. Despite the numerous administrative dissolutions/revocations by the GA SOS and Mr. Damani's demonstrated violation of GLC regulations and Georgia laws, the preliminary evidence

---

[3] It is worth noting that the State of Georgia has no requirement to list members' names or addresses on an LLC's Articles of Organization. Georgia is one of ten U.S. states that permit anonymous filings. Under default rules, every member of a company is an agent of the company and can conduct business on behalf of the company.

[4] Federal Tax (1040) Tax Lien for tax period ending 12/31/2014 in the amount of $857.784.39, was satisfied in full and released on 04/25/2017. Federal Tax (1040) Tax Lien for tax period ending 12/31/2015 in the amount of $2,696,359.86, was satisfied in full and released on 12/19/2016. Georgia State Individual Income Tax for tax period ending 12/31/2015 in the amount of $529,938.72, was satisfied in full and released on 04/15/2019. Refer to ANNEX A.

gathered in this report suggests that Mr. Damani may once again be engaging in illegal activity, this time by interfering with legitimate COAM operations undertaken by other location license and master license holders.

## 1 — Sugarloaf Old Norcross Investments LLC

The property located at 4786 Sugarloaf Parkway, Suite 103, Lawrenceville, GA 30044, GLC LLH number 70553, Sugarloaf Chevron USA, Inc., is currently owned by Sugarloaf Old Norcross Investments LLC. As detailed below, this location contains COAMs that place Mr. Damani in violation either of Georgia law or of the non-compete clause of his settlement with the GLC.

**BUSINESS SEARCH**

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | Sugarloaf Chevron USA, Inc. | Control Number: | 22222512 |
| Business Type: | Domestic Profit Corporation | Business Status: | Active/Noncompliance |
| NAICS Code: | Retail Trade | NAICS Sub Code: | Gasoline Stations with Convenience Stores |
| Principal Office Address: | 4786 Sugarloaf Pkwy, Suite 103, Lawrenceville, GA, 30044, USA | Date of Formation / Registration Date: | 10/20/2022 |
| State of Formation: | Georgia | Last Annual Registration Year: | NONE |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | Vrutisha Patel-Dalwadi |
| Physical Address: | 4786 Sugarloaf Pkwy, Suite 103, Lawrenceville, GA, 30044, USA |
| County: | Gwinnett |

Sugarloaf Old Norcross Investments, LLC ("Sugarloaf") was incorporated by Anil Damani and Karim Surani in the State of Georgia on 07/06/2017. Mr. Damani and Mr. Surani were both listed as "Organizers" on the company's Articles of Organization. Mr. Damani electronically filed the articles with an authorizer title of "Member." An Amendment to LLC Articles of Organization was electronically filed with the GA Secretary of State ("SOS") on 12/21/2017. This amendment removed Mr. Damani as a member, leaving Mr. Surani as the company's sole member. It was electronically signed by both Anil Damani and Karim Surani. Despite this 2017 amendment, Mr. Damani electronically filed Sugarloaf's 2018 Annual Registration form as a "Member" on 04/01/2018, nearly four months later. This clearly demonstrates that Mr. Damani remained an active member of Sugarloaf. *As Sugarloaf filed no subsequent amendments and retains an "active" status with the Georgia SOS, Mr. Damani — notwithstanding the 12/21/2017 amendment — in fact remains an active member of the company.*

B2G Global Strategies

BUSINESS SEARCH

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | Sugarloaf Old Norcross Investments LLC | Control Number: | 17073792 |
| Business Type: | Domestic Limited Liability Company | Business Status: | Active/Compliance |
| NAICS Code: | Real Estate and Rental and Leasing | NAICS Sub Code: | Nonresidential Property Managers |
| Principal Office Address: | 5835 Live Oak Pkwy, Suite A, Norcross, GA, 30093, USA | Date of Formation / Registration Date: | 7/6/2017 |
| State of Formation: | Georgia | Last Annual Registration Year: | 2024 |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | KARIM SURANI |
| Physical Address: | 1279 WOOD IRIS LANE, LAWRENCEVILLE, GA, 30045, USA |
| County: | Gwinnett |

Sugarloaf Old Norcross Investments, LLC purchased this property on 03/29/2017 from Richard and Anna Jailett, for $1,000,000.

**If Lucky Bucks has COAMs at this location, Mr. Damani is in violation of the State of Georgia and GLC law dictating that an individual cannot both own a license-holder location and be the master license holder at the same location. If none of the COAMs at the location are Lucky Bucks machines, Mr. Damani is in violation of the non-compete clause of his settlement agreement with the GLC.**

## 2 — 27th Group Magic LLC

The property located at 728 Mount Zion Road, Jonesboro, GA 30236 is a Magic Food Mart. This address was previously owned by Mr. Damani. As detailed below, both the circumstances of Mr. Damani's sale of the property and the unlicensed presence of Lucky Bucks COAMs at the property indicate that GLC violations are plausibly being committed at this location.

On April 11, 2016, Mr. Damani purchased the property located at 728 Mount Zion Road, Jonesboro, GA 30236, APN 13-146A-B-005B, from Angela Inc., for $420,000. On April 27, 2020, Mr. Damani filed an "Individual to Company Transfer" for the 728 Mount Zion Road property to one of his companies, 27th Group Magic, LLC. On April 30, 2021, the property located at 728 Mount Zion Road was sold to Dhannjay 125 LLC for $215,000. The sale price was nearly 50% less than what Mr. Damani purchased the property for in 2016. According to assessment records, this property's 2021 real estate taxes were based on an assessment totaling $364,500. The deed is still under the name of Dhannjay 125, LLC, which was incorporated by Vinubhai Patel on 11/13/2019. This entity is active and in compliance. **It may be worth investigating the circumstances under which Mr. Damani sold the property so significantly below its market value, as this may suggest that the new owner provided an incentive to Mr. Damani for the sale.**

The 728 Mount Zion Road address appears on a Lucky Bucks Master Schedule of Contracts, dated 04/10/2023, at location ID 68104. However, the property is listed under the name of Kesarinandan, Inc. — which is also controlled by the above-mentioned Vinubhai Patel — rather than under Dhannjay 125 LLC. According to the current GLC Class

B MLH and LLH Approval List for 2023 (07/01/2022 – 06/30/2023), there is no current LLH at this location. Additional searches were conducted through the GLC's "Where to Play" link (https://www.galottery.com/en-us/player-zone/where-to-play.html), which shows Magic Food Mart as a location to play. **The failure to maintain a current LLH at any location where COAMs are operated is an actionable violation of Georgia law and GLC regulations.**

On May 1, 2023, B2G conducted a field investigation and determined that a total of five Lucky Bucks COAMs are physically located at 728 Mount Zion Road, Jonesboro, GA**. However, there appears to be no LLH license currently issued to this location by the GLC.** Of the five gaming machines, two displayed clearly legible "Lucky Bucks" decals and the other three displayed worn and faded "Lucky Bucks" decals. None of the five Lucky Bucks decals featured any type of control number. As these Lucky Bucks COAMs are not legally present at the location, it is unclear how the revenue generated from the machines is being distributed. **If the revenue is going to Mr. Damani, it would constitute a clear violation of the non-compete clause of his settlement agreement with the GLC.**




MUST BE
18+ TO
PLAY


LUCKY
BUCKS
MUST BE
18+ TO
PLAY

B2G Global Strategies

## ANNEX A

16600

Form 668 (Y)(c) (Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

Area: SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (800) 913-6050

Serial Number 237980916

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ANIL DAMANI & ISHA ADATIA

2016167966 LIEN BOOK 1814 Pg 481
Filed and Recorded:
11/30/2016 3:11:00 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Residence 1306 VILLAGE TERRACE CT
ATLANTA, GA 30338-2310

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-2365 | 10/12/2015 | 11/11/2025 | 857784.39 |

Place of Filing
Clerk of Superior Court
Dekalb County
Decatur, GA 30030

Total $ 857784.39

This notice was prepared and signed at NASHVILLE, TN, on this,

the 15th day of November, 2016.

Signature Cheryl Condon
for ANITA BOND

Title
REVENUE OFFICER 23-03-4711
(919) 402-0909

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Z)** (Rev. 10-2000) 16600 Department of the Treasury - Internal Revenue Service

# Certificate of Release of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (800) 913-6050

Serial Number
237980916

For Use by Recording Office

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on November 30 2016, is authorized to note the books to show the release of this lien for these taxes and additions.

2017067600 LIEN BOOK 1879 Pg 457
Filed and Recorded:
4/26/2017 3:21:44 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Name of Taxpayer
ANIL DAMANI & ISHA ADATIA

Residence 1306 VILLAGE TERRACE CT
ATLANTA, GA 30338-2310

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| 1814 | 481 | n/a | 2016167956 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-2365 | 10/12/2015 | 11/11/2025 | 857784.39 |
| ******** | ************ | ************* | *********** | ************ | **************** |

Place of Filing
Clerk of Superior Court
Dekalb County
Decatur, GA 30030

Total $ 857784.39

This notice was prepared and signed at NASHVILLE, TN, on this,

the 12th day of April, 2017.

Signature Joan Flach

Title
Operations Manager,
Centralized Lien Operation

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261

B2G Global Strategies

16600

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (800) 913-6050

Serial Number 240837816

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer ANIL DAMANI & ISHA ADATIA

2016177818 LIEN BOOK 1819 Pg 290
Filed and Recorded:
12/19/2016 3:41:14 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Residence 1306 VILLAGE TERRACE CT
ATLANTA, GA 30338-2310

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-2365 | 11/14/2016 | 12/14/2026 | 2696359.86 |

Place of Filing
Clerk of Superior Court
Dekalb County
Decatur, GA 30030

Total $ 2696359.86

This notice was prepared and signed at NASHVILLE, TN, on this,

the 07th day of December, 2016.

Signature Cheryl Cordero
for ANITA BOND

Title
REVENUE OFFICER 23-03-4711
(919) 402-0909

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

B2G Global Strategies

Form 668 (Z) (Rev. 10-2000)

16999

Department of the Treasury - Internal Revenue Service

# Certificate of Release of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (800) 913-6050

Serial Number 240837816

For Use by Recording Office

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on December 19 2016, is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer
ANIL DAMANI & ISHA ADATIA

2019086534 LIEN BOOK 2194 Pg 45
Filed and Recorded:
6/5/2019 11:37:09 AM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Residence 1306 VILLAGE TERRACE CT
ATLANTA, GA 30338-2310

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| 1819 | 290 | n/a | 2016177918 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-2365 | 11/14/2016 | 12/14/2026 | 2696359.86 |
| ******** | *********** | ************ | *********** | *********** | *************** |

Place of Filing
Clerk of Superior Court
Dekalb County
Decatur, GA 30030

Total $ 2696359.86

This notice was prepared and signed at NASHVILLE, TN, on this,

the 22nd day of May, 2019.

Signature [signature]

Title
Operations Manager,
Centralized Lien Operation

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261

B2G Global Strategies

2018044919 LIEN BOOK 2004 Pg 297
Filed and Recorded: 2/28/2018 7:24:00 AM
Recording Fee: $7.00
Prepared By:
2011618974

**GEORGIA DEPARTMENT OF REVENUE**

**STATE TAX EXECUTION**

| EXECUTION NUMBER | TOTAL |
|---|---|
| **REV 170509740** | **$529,938.72** (Includes $50.00 Costs) |

GEORGIA, FULTON COUNTY
To ALL and singular sheriffs of this state, the State Revenue Commissioner or his authorized representatives, greetings:
You are commanded, that of the goods and chattels, or if none be found, then the lands and tenements of

**ANIL DAMANI**
**SSN: XXX-XX-2365**
**ISHA ADATIA**
**SSN: XXX-XX-7203**
**1306 VILLAGE TERRACE CT**
**ATLANTA GA 30338-2310**

you cause to be made by levy and sale the sum of the dollars and cents hereinafter shown, said sum representing delinquent tax liabilities of the named taxpayer(s) assessed under the taxing Acts of this State and the Georgia Public Revenue Code for the period(s) shown below together with interest on the total as shown below at the rate specified in Code Section § 48-2-40 from the date of this execution until such sum is paid, plus all collection fees and costs that have accrued and that may hereafter accrue. You are further commanded to pay over to the Department of Revenue of the State of Georgia the aforesaid sum upon collection thereof and to have you then and there this writ. Witness the undersigned State Revenue Commissioner of Georgia on this date of **February 16, 2017**.

Lynnette T. Riley
State Revenue Commissioner

FOR DOR USE ONLY

| | |
|---|---|
| Tax | $392,150.00 |
| Interest | $28,862.24 |
| Penalty | $30,446.48 |
| Collection Fee | $78,430.00 |
| Costs | $50.00 |
| Total | $529,938.72 |

| TAX TYPE | ACCOUNT ID | TAX PERIOD | AMOUNT DUE |
|---|---|---|---|
| Individual Income Tax | ***-**-2365 | 01-Jan-2015 ~ 31-Dec-2015 | $529,938.72 |

B2G Global Strategies

2019061329 LIEN BOOK 2177 Pg 35
Filed and Recorded: 4/17/2019 3:47:00 PM
Recording Fee: $5.00
Prepared By:
2011618974
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

GEORGIA DEPARTMENT OF REVENUE

STATE TAX EXECUTION

**RE: RELEASED State Tax Execution 170509740**

**ANIL DAMANI**
**SSN: XXX-XX-2365**
**ISHA ADATIA**
**SSN: XXX-XX-7203**
105 DUNWOODY CREEK CT
ATLANTA GA 30350-4318

The Georgia Department of Revenue has marked the above-referenced State Tax Execution filed in DEKALB County on General Execution Docket book 2004, page 297 as RELEASED on 15-Apr-2019 and is no longer enforceable.

Lynnette T. Riley
State Revenue Commissioner
State Of Georgia

An Equal Opportunity Employer
www.dor.georgia.gov

# Exhibit 23

Message

**From:** Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**Sent:** 7/17/2023 12:15:48 PM
**To:** Joseph Elsabee [jelsabee@cioninvestments.com]; njohnson@marathonfund.com; Patrick Fallon [Patrick.Fallon@monarchlp.com]; Nayef Perry [nperry@hamiltonlane.com]
**Subject:** B2G Invoice
**Attachments:** fw9.pdf; B2G Inv 23-090 BC Partners_Lucky Bucks.pdf

All,

Please see attached and below for the invoice for B2G (the investigative firm) as well as each firm's pro rata share:

| Institution |
|---|
| Hamilton Lane |
| CION |
| Marathon |
| BC |
| Monarch |
| **Total:** |

**Redacted - Privilege**

Let me know if you have any questions.

Regards,

**Mike Terwilliger, CFA**
BC Partners Advisors L.P.
650 Madison Avenue, 23rd Floor
New York, NY 10022
tel: (212) 891-5042 | cell: (917) 526-1749
Mike.Terwilliger@bcpartners.com

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

# Exhibit 24

# Document Filed Under Seal

# Exhibit 25

Message

**From**: Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
on behalf of Terwilliger, Mike <Mike.Terwilliger@bcpartners.com> [Mike.Terwilliger@bcpartners.com]
**Sent**: 11/1/2021 2:58:07 PM
**To**: Young, Jason [Jason.Young@bcpartners.com]; Clare Kim [clare.kim@bcpartners.com]; Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]
**Subject**: LB mgmt questions
**Attachments**: Lucky Bucks Management Meeting (11022021) v1.docx

Please see attached for (very) rough draft of questions. Would appreciate thoughts, comments and edits.


**Mike Terwilliger, CFA**
BC Partners Advisors L.P.
650 Madison Avenue, 23rd Floor
New York, NY 10022
tel: (212) 891-5042 | cell: (202) 246-9113
Mike.Terwilliger@bcpartners.com

# Exhibit 26

# Document Filed Under Seal

# Exhibit 27

| | |
|---|---|
| **Organizer:** | emilio.ochoa@alphasights.com **:** emilio.ochoa@alphasights.com |
| **Subject:** | AlphaSights Call (Blinded) - Accel Entertainment, Former Business Development Manager Georgia - Bob Lipkin |
| **Location:** | +1 212-231-2222 Enter code: 750 5500# (When using an iPhone, click: +12122312222,,7505500#) |
| **Start Time:** | 2021-09-10T19:00:00Z |
| **End Time:** | 2021-09-10T20:00:00Z |
| **Attendees:** | ivelin.dimitrov@bcpartners.com **:** ivelin.dimitrov@bcpartners.com**,** mike.terwilliger@bcpartners.com**,** mike.terwilliger@bcpartners.com**,** emilio.ochoa@alphasights.com**,** emilio.ochoa@alphasights.com**,** jason.young@bcpartners.com**,** jason.young@bcpartners.com |

Accel Entertainment, Former Business Development Manager Georgia - Bob Lipkin

Project: Distributed Gaming
BCPCREDIT\LuckyBucks

Advisor Biography:
- Former Business Development Manager Georgia at Accel Entertainment from October 2016 until March 2021
- Responsible for gathering COAM market intelligence and leading business development efforts for Accel in Georgia during his last ~1 year at the company
- Explained that the COAM industry is relatively commoditized - all operators can do the same thing aside from having the required capital to scale and support robust marketing efforts
- Believes Accel will be the biggest competitor in Georgia in the future, but there is definitely room for Lucky Bucks and J&J Ventures since the market is quite immature
- Mentioned that you need to look at the Illinois market to gauge how Georgia will do since gambling only became legal there 10 years ago; now, 6 machines in a 1000 sqft space will net you ~$40k-$50k in revenue per month in Illinois
- Currently consults in the industry for COAM clients on revenue optimization with current accounts and acquiring new business

Status: https://portal.alphasights.com/yypZnRQ8d8HeCIA/advisors/MVdjEY

If you would like to join as a ghost participant (muted, with no join tones), please use dial in code 598 6069#

--
Emilio Ochoa
+1 646-893-2247
emilio.ochoa@alphasights.com

To request an immediate callback, or to join the call from your web browser, visit https://secure.alphasights.com/s/call_me/eyJhbGciOiJIUzI1NiJ9.eyJjbGllbnRfY29udGFjdF9waG9uZV9udW1iZXIiOm51bGwsImFkdmlzb3JzaGlwX2lkIjoyODU0MzU0MSwicGFydGljaXBhbnRfcm9sZSI6ImNsaWVudCIsIm5ld3NwZWFrX3Byb3ZpZGVyIjoidHdpbGlvIiwiYWNjZXNzX2NvZGUiOiI3NTA1NTAwIiwiZXhwIjoxNjMyNTEwMDAwfQ.lzc5pvDxQdvL0k1WOXvCxh5gryrOT4A-iZegeXQ3_U4

You may also call in at +1 212-231-2222 Enter code: 750 5500# (When using an iPhone, click: +12122312222,,7505500#)

Below is a list of alternative dial-in numbers that you may also use.
Australia (Domestic Only): 1300 268 059
Belgium (Domestic Only): 078 48 14 24

Canada: +1 438-795-0270
Chile: +56 2 3210 8840
China (Domestic Only): 021 8024 5901
Colombia (Domestic Only): 01-800-5189581
Czech Republic: +420 910 902 778
Denmark (Domestic Only): 80 83 11 40
Finland: +358 75 3251555
France (Domestic Only): 0 805 22 06 20
Germany: +49 40 40110226
Hong Kong: +852 5808 3760
India (Domestic Only): 00080004 01808
Indonesia: +62 21 50851036
Ireland (Domestic Only): 1800 938 211
Israel: +972 2-372-4201
Italy (Domestic Only): 800 685 747
Kenya: +254 20 3892307
Korea (Domestic Only): 0030-8321-0132
Lithuania: +370 5 214 2223
Mexico (Domestic Only): 800 461 0064
New Zealand (Domestic Only): 0800 647 848
Norway (Domestic Only): 800 69 653
Peru: +51 1 7009728
Philippines: +63 2 8626 3967
Poland (Domestic Only): 00800 121 3122
Portugal (Domestic Only): 800 501 403
Singapore: +65 3158 4268
South Africa: +27 87 550 5837
Spain (Domestic Only): 902 84 85 24
Sweden: +46 10 138 89 01
Switzerland (Domestic Only): 0800 838 216
Taiwan: +886 2 7703 9024
Thailand: +66 2 329 5992
United Arab Emirates (Domestic Only): 800 0320590
United Kingdom: +44 20 3322 5616
United States: +1 212-231-2222

-::~:~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-
Do not edit this section of the description.

View your event at
https://calendar.google.com/calendar/event?action=VIEW&eid=bjU0aTV0cnJsdWdiN3Zncmdra3VwZHZma2sgamFzb24ueW91bmdAYmNwYXJ0bmVycy5jb20&tok=MjgjZW1pbGlvLm9jaG9hQGFscGhhc2lnaHRzLmNvbTcyOTU1NDExNWMzMzVmMzMwOGRlNzNmMjk1YTU2NzI3NTQ3NTNjOGI&ctz=America%2FNew_York&hl=en&es=1.
-::~:~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-

# Exhibit 28

# Document Filed Under Seal

# Exhibit 29

# Document Filed Under Seal

# Exhibit 30

# Document Filed Under Seal