# Exhibit 31

# Document Filed Under Seal

# Exhibit 32

Message

**From**: Zoom [no-reply@zoom.us]
on behalf of Zoom <no-reply@zoom.us> [no-reply@zoom.us]
**Sent**: 10/1/2021 9:57:49 AM
**To**: jason.young@bcpartners.com
**Subject**: Mike Terwilliger has joined your meeting - Wafra & BCP | Project Jackpot

zoom

Hi Jason Young,

Mike Terwilliger has joined your meeting:

| | |
|---|---|
| Topic | **Wafra & BCP \| Project Jackpot** |
| Meeting ID | 822 9342 0454 |
| Time | Oct 1, 2021 10:00 AM Eastern Time (US and Canada) |

Start Meeting

Thank you for choosing Zoom.
-The Zoom Team

Copyright ©2021 Zoom Video Communications, Inc. All rights reserved.

# Exhibit 33

675447

**From:** Young, Jason[Jason.Young@bcpartners.com]

**Sent:** Wed 9/29/2021 9:16:06 AM (UTC-04:00)

**To:** Peter Leibman[pleibman@fortress.com]; Ryan Buxbaum[rbuxbaum@fortress.com]; Joshua Pack[josh@fortress.com]; Aaron Blanchette[ablanchette@fortress.com]; Dimitrov, Ivelin[Ivelin.Dimitrov@bcpartners.com]; Terwilliger, Mike[Mike.Terwilliger@bcpartners.com]; Clare Kim[clare.kim@bcpartners.com]; Andrew Robbins[arobbins@fortress.com]; Drew McKnight[drew@fortress.com]

**Subject:** Fortress & BCP| Project Jackpot

Passcode:

8637281465@zoomcrc.com

# Exhibit 34

# Document Filed Under Seal

# Exhibit 35

# Document Filed Under Seal

# Exhibit 36

Message

**From**: Lisa Garcia [lgarcia@b2gstrategies.com]
**Sent**: 6/1/2023 3:31:32 PM
**To**: Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Lerner, Bill @ Las Vegas [Bill.Lerner@cbre.com]; Ava Lennane [alennane@cioninvestments.com]; Joseph Elsabee [jelsabee@cioninvestments.com]; Nayef Perry [nperry@hamiltonlane.com]; njohnson@marathonfund.com; patrick.fallon@monarchlp.com; Shane Magrann [smagrann@cioninvestments.com]
**CC**: Timothy McNally [tmcnally@b2gstrategies.com]; Matt Kraig Kelly [mkelly@b2gstrategies.com]
**Subject**: [EXT] Referral Letter Draft / Supplemental Report Draft

**Caution:** This email is from an external source. Please use caution with any links or attachments.

All,

Per Mike's request, I have uploaded draft copies of our referral letter/report and supplemental report for your review. These reports are located in the Anil Damani folder.

Please feel free to contact me should you have any questions.

Regards,

Lisa L. Garcia, COO
B2G Global Strategies
22825 Aspen Ct.
Santa Clarita, CA 91390
(714) 293-6407 (Mobile)
(949) 340-9678 (Office)
www.b2gstrategies.com

B2G
Global Strategies

**Notice of Privileged Communications:** This email, including attached documents, may contain information that is privileged and confidential intended only for the person or business to which it is addressed. If you have received this message in error, please notify the sender immediately and promptly delete this email along with attachments.

# Exhibit 37

# Document Filed Under Seal

# Exhibit 38

# Document Filed Under Seal

# Exhibit 39

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
on behalf of Clare Kim <clare.kim@bcpartners.com> [clare.kim@bcpartners.com]
**Sent**: 11/23/2021 4:27:39 PM
**To**: Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]
**CC**: Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Young, Jason [Jason.Young@bcpartners.com]
**Subject**: RE: KPI Monthly Reporting

Spoke to HL, management has expressed it would be really burdensome / a lot of moving parts to keep track of # of contracts expiring/renewing and machines on a monthly basis, so I told him if that is the reason then go back with quarterly reporting on those KPIs

Also, Mike I know COAM Market share % was important to you, is that something you want us to continue to push on? Management has said that data is not readily available to them on a monthly basis and would be difficult to consistently track. Let me know on this one, thanks.

---

**From:** Clare Kim
**Sent:** Tuesday, November 23, 2021 3:20 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: KPI Monthly Reporting

Yep sounds good

---

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Tuesday, November 23, 2021 2:57 PM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: KPI Monthly Reporting

Agreed we hold the line, they can do some additional work for the dividend

Ivelin M. Dimitrov, CFA
(c) 207-299-0488
(o) 646-768-1691

On Nov 23, 2021, at 2:55 PM, Clare Kim <clare.kim@bcpartners.com> wrote:

FYI, sounds like the company is pushing back on KPI reporting template. Attaching the template attached with highlighted in orange are the things that we asked for and sounds like they won't give other than the below two metrics. How do we want to proceed? Don't know if I have a ton of sympathy given we traded a board observer seat, but let me know.

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Tuesday, November 23, 2021 12:34 PM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Cc:** Diorio, Dan <DDiorio@HL.com>
**Subject:** [EXTERNAL] KPI Monthly Reporting

Jason / Clare –

I just spoke to Jason on this and am following over email to coordinate. We understand from K&E that we owe BC an explanation for why some of the requested monthly KPIs were eliminated from the monthly reporting template (the attached Excel was provided by K&E to Shearman). In connecting with management on this topic, in their initial response they tried to accommodate all of the financial information and KPIs that could be easily provided on a monthly basis. The goal here was not to add a ton of work/burden to the management team while at the same time sharing a reasonable amount of monthly details. With that said, if it helps, they could add the following two KPIs to the monthly template:

- Acquired locations (#)
- Acquired machines (#)

Please confirm this works and that this open item can be closed out. Feel free to call me to discuss, if easier.

Thank you,

**Steve Yan**
Director

<image001.gif>

111 South Wacker Drive 37th Floor
Chicago, IL 60606
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

HL.com
<image002.gif>

Please consider the environment before printing.

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

<SEB - Lucky Bucks - Post-Closing Reporting Template.xlsx>

# Exhibit 40

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
on behalf of Clare Kim <clare.kim@bcpartners.com> [clare.kim@bcpartners.com]
**Sent**: 11/5/2021 2:48:25 PM
**To**: Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Young, Jason [Jason.Young@bcpartners.com]
**Subject**: RE: Lucky Bucks | Marathon

Pretty comprehensive KPI tracker, think it hits the major categories: breakdown of capex, contracts monitoring, machine count, revenue per machine, M&A and pipeline. Anything we're missing?

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Friday, November 5, 2021 2:23 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** FW: Lucky Bucks | Marathon

We should modify with our views and send something to Trive/Houlihan? Recall we traded the board observer rights for the monthly reporting KPIs

**Redacted - Privilege**

BC PARTNERS

**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

**From:** William Guo <wguo@marathonfund.com>
**Sent:** Friday, November 5, 2021 2:20 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks | Marathon

Ivelin,

It was great to reconnect on Lucky Bucks earlier this week. You had mentioned that you and your team are thinking through a monthly KPI template. I'm not sure whether you already have something in mind; to the extent you find useful, I wanted to share the attached monthly template that we have put together for this credit. Certainly open to modifications but figure we might be able to use this as a starting point.

Thanks and look forward to the first turn of credit agreement.

Best,
Willy

**William Guo**
wguo@marathonfund.com
O: 212-500-3101
C: 206-351-2341

---

**From:** William Guo
**Sent:** Tuesday, November 2, 2021 5:24 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** RE: Lucky Bucks | Marathon

Thanks Ivelin. I sent over a placeholder for 1pm EST. Speak then.

Best,
Willy

---

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Tuesday, November 2, 2021 5:15 PM
**To:** William Guo <wguo@marathonfund.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** RE: Lucky Bucks | Marathon

Happy to chat, how about 9am, 1pm or after 430pm tomorrow?

BC PARTNERS

**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

---

**From:** William Guo <wguo@marathonfund.com>
**Sent:** Tuesday, November 2, 2021 4:47 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** [EXTERNAL] Lucky Bucks | Marathon

Hi Ivelin,

Hope you are doing well - I believe we were previously introduced through Len Tannenbaum. My colleagues and I just caught up with Anthony at Houlihan on Lucky Bucks; he suggested we reach out directly so we can sync up on legal documentation and timing. Let us know what works best for you. Look forward to speaking soon.

Best,
Willy

**William Guo**
wguo@marathonfund.com
O: 212-500-3101
C: 206-351-2341

This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, the information in this e-mail by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.