# Exhibit 41

# Document Filed Under Seal

# Exhibit 42

# Document Filed Under Seal

# Exhibit 43

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
on behalf of Clare Kim <clare.kim@bcpartners.com> [clare.kim@bcpartners.com]
**Sent**: 11/9/2021 1:47:24 PM
**To**: Quinn Sylvester [quinn.sylvester@thirdbridge.com]
**CC**: Elizabeth Riehl [elizabeth.riehl@thirdbridge.com]; Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]; Young, Jason [Jason.Young@bcpartners.com]
**Subject**: RE: [EXTERNAL] Re: Expert Search - Gaming in Georgia

Hi Quinn,

Thanks for following up, we've actually already spoken to Kurt. Thanks anyways!

---

**From:** Quinn Sylvester <quinn.sylvester@thirdbridge.com>
**Sent:** Tuesday, November 9, 2021 1:38 PM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Cc:** Elizabeth Riehl <elizabeth.riehl@thirdbridge.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: [EXTERNAL] Re: Expert Search - Gaming in Georgia

Hi Clare,

Just wanted to follow up here. Would 1.2 be of interest?

Best,
Quinn

On Mon, 8 Nov 2021 at 15:32, Quinn Sylvester <quinn.sylvester@thirdbridge.com> wrote:

> Hi Clare,
>
> Quick update here - we just got in contact with a Georgia lottery and gaming expert, 1.2. He was on the board of Seven Aces Gaming, which owns a majority stake in Lucky Bucks. Would he be of interest to you?
>
> Best,
> Quinn
>
> INDUSTRY EXPERTS:
>
> #1.2 - **Kurt Freedlund - Former COO & General Counsel at Georgia Lottery Corporation**
>
> This specialist was the Former COO & General Counsel at Georgia Lottery Corporation (GLC). He was responsible for the daily operations of the lottery in addition to the implementation of several new initiatives such as the GLC-operated lottery stores at Hartsfield-Jackson Airport, the national effort to cross-sell Powerball and Mega Million and the GLC's launch of Igaming.
>
> The specialist has been involved in the gaming industry for over 18 years. He has an extensive understanding of the political landscape and agenda surrounding gaming in Georgia, and can discuss these topics in great detail. The specialist can speak to what needs to happen legislatively for gaming to be expanded in GA, from a question being placed on voting

ballots, to a supermajority vote from both chambers of Georgia's legislature. He can provide insight into the timeline for these processes, the likelihood of them happening, and how sports betting could gain traction quicker than traditional casinos.

Employment History:

| | | | | | |
|---|---|---|---|---|---|
| Feb 2021 | - | Present | **CRYPTO MILLIONS LOTTO** | - | Advisory Board Member |
| Feb 2016 | - | Present | **KDF CONSULTING & SOLUTIONS, LLC** | - | President |
| Feb 2014 | - | Present | **LOTTOINTERACTIVE** | - | President |
| Oct 2019 | - | Aug 2020 | **SEVEN ACES LIMITED** | - | Board Member |
| Aug 2004 | - | Jan 2014 | **GEORGIA LOTTERY CORPORATION** | - | COO & General Counsel |

This specialist is based in Atlanta, United States.

On Mon, 8 Nov 2021 at 10:43, Clare Kim <clare.kim@bcpartners.com> wrote:

Thanks Quinn. Margaret's profile looks interesting, let's see if anyone else in your network pops up today, but let's keep Margaret on top for now.

Thanks,

Clare

**From:** Quinn Sylvester <quinn.sylvester@thirdbridge.com>
**Sent:** Monday, November 8, 2021 10:26 AM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Cc:** Elizabeth Riehl <elizabeth.riehl@thirdbridge.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** Re: [EXTERNAL] Re: Expert Search - Gaming in Georgia

Hi Clare,

Stepping in for Elizabeth here. We have one industry expert located in Georgia, who was the former CEO of the Georgia Lottery. Her profile is below. We're currently working on custom recruiting formers from Lucky Bucks and United Gaming, as well as additional industry experts who can speak on the political landscape. We'll also screen 1.1 on her current knowledge of the political landscape in Georgia. In the meantime, does she look of interest to you?

Best,

Quinn

INDUSTRY EXPERTS:

#1.1 - **Margaret DeFrancisco - Current Principal at YeahThat'stheTicket, LLC**

This expert has 20 years of experience in the US lottery industry, having acted as director at the New York Lottery, President/CEO at Georgia Lottery Corp, and later SVP and Senior Advisor to the CEO at Pollard Banknote. During her time at Pollard, she was heavily involved in the rise of the iLottery industry and lobbied for legislation in this area for multiple states. She currently acts as a consultant in the space.

She is familiar with players such as IGT and Scientific Games and can speak to trends and the landscape of the market. She noted that Covid was highly influential in this space as it encouraged state governments to seek alternative sources of revenue, which online lottery systems provided. She expects to see this trend continue as more states look for revenue in this area and the industry continues to find success in providing remote lottery options.

Employment History:

| | | | | | |
|---|---|---|---|---|---|
| Nov 2019 | - | Present | **YEAHTHAT'STHETICKET, LLC** | - | Principal |
| Jan 2017 | - | Nov 2019 | **POLLARD BANKNOTE LTD.** | - | Senior Advisor to the CEO |
| Jan 2013 | - | Dec 2016 | **POLLARD BANKNOTE LTD** | - | Senior Vice President Corporate Development |
| Dec 2012 | - | Dec 2012 | **INDEPENDENT/SELF-EMPLOYED** | - | Independent |
| Jan 2004 | - | Nov 2012 | **GEORGIA LOTTERY CORPORATION** | - | President/CEO |
| May 1999 | - | Jan 2004 | **NEW YORK LOTTERY** | - | Executive Director |

This specialist is based in Jasper, United States.

On Mon, 8 Nov 2021 at 09:49, Clare Kim <clare.kim@bcpartners.com> wrote:

Thanks Elizabeth, competitors specific to Georgia is really just United Gaming. It be great if you could get someone that works there, as well that is familiar with the landscape.

**From:** Elizabeth Riehl <elizabeth.riehl@thirdbridge.com>
**Sent:** Monday, November 8, 2021 9:33 AM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>; Quinn Sylvester <quinn.sylvester@thirdbridge.com>
**Subject:** [EXTERNAL] Re: Expert Search - Gaming in Georgia

Hi Clare,

Hope you had a good weekend! We'll get started on this now and have profiles over shortly. Are there any competitors of interest as well?

Best,
Elizabeth

**Elizabeth Riehl**

Team Leader

D +1 212-967-0161

Third Bridge

**London | New York | Shanghai | Los Angeles | Hong Kong | Mumbai | Beijing**

Third Bridge (US) Inc. is a company headquartered at 1411 Broadway, 31st Floor, New York, NY 10018. The contents of this email and any attachments are confidential to the sender and the intended recipient and may be privileged. If you receive this in error please contact the sender immediately and delete any material from your computer.

On Sat, Nov 6, 2021 at 3:37 PM Clare Kim <clare.kim@bcpartners.com> wrote:

Hi Billy,

I hope all is well, we are looking at an opportunity with Lucky Bucks, a coin operated amusement machines gaming company based in Georgia. An important part of our diligence has been understanding the gaming/lottery related political landscape in the state of Georgia (where Lucky Bucks operates). It would be helpful to get someone who has current knowledge of the political landscape and agenda in today's environment and can speak to the future environment surrounding gaming in Georgia. Can you please see if there is anyone else in your network we could connect with to help us? Please do not disclose that we are working with Lucky Bucks specifically. Thanks!

Best,

Clare

BC PARTNERS

**BC Partners Advisors L.P.**

**Clare Kim**
650 Madison Avenue, 23rd FL | New York, NY 10022

cell: +1 (818) 294 9380

clare.kim@bcpartners.com

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

# Exhibit 44

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
on behalf of Clare Kim <clare.kim@bcpartners.com> [clare.kim@bcpartners.com]
**Sent**: 11/9/2021 9:32:38 PM
**To**: Miller, Ray [RMiller@sigulerguff.com]; Dimitrov, Ivelin [Ivelin.Dimitrov@bcpartners.com]
**CC**: Young, Jason [Jason.Young@bcpartners.com]; Demas, Nicholas [NDemas@sigulerguff.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**Subject**: RE: [EXTERNAL] [Project BC Partners] - NDA - For Review
**Attachments**: Lucky Bucks Data Pack - External.zip

Hi Ray,

Great to hear, please find attached the following:

- Presentations: CIM, business update, valuation deck
- Financials: LB Monthly Financials, reported Monthly Win Per Unit Per Day, 2019-2020 audits
- Market materials: GLC Presentation, LB Supplementary Materials, Macquarie COAM Marketplace Memo
- Legal: executed term sheet for the holdco pik note, 1L TL Credit Agreement

We will follow up with the model. Let us know if you have questions as you review, thanks!

Best,
Clare

---

**From:** Miller, Ray <RMiller@sigulerguff.com>
**Sent:** Tuesday, November 9, 2021 8:54 PM
**To:** Clare Kim <clare.kim@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Demas, Nicholas <NDemas@sigulerguff.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

Thanks again for the time today. It was great chatting and learning more about the Company / opportunity. Nick and I ran though things at a high level during our internal pipeline call, and as expected, people are interested.

We would love to get some more info. If you could send the model, legal docs / term sheet, audits, board decks / other Lucky Bucks internal presentations, and any work specific to the regulatory environment in GA. we would greatly appreciate it.

All the best,

Ray

Raymond Miller
**Siguler Guff & Company**
200 Park Avenue, 23rd Floor I New York, NY 10166
(T) 212-634-5947 (M) 248-420-3393
rmiller@sigulerguff.com

**From:** Clare Kim <clare.kim@bcpartners.com>
**Sent:** Monday, November 8, 2021 5:50 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Miller, Ray <RMiller@sigulerguff.com>; Barbara Yan <barbara.yan@ontra.ai>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Demas, Nicholas <NDemas@sigulerguff.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

*External Mail*

9:30 works for us here, I'll send around an invite. Thanks.

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Monday, November 8, 2021 3:03 PM
**To:** Miller, Ray <RMiller@sigulerguff.com>; Clare Kim <clare.kim@bcpartners.com>; Barbara Yan <barbara.yan@ontra.ai>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Demas, Nicholas <NDemas@sigulerguff.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

Adding Mike to this – let us revert with times – thanks

BC PARTNERS

**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

**From:** Miller, Ray <RMiller@sigulerguff.com>
**Sent:** Monday, November 8, 2021 3:01 PM
**To:** Clare Kim <clare.kim@bcpartners.com>; Barbara Yan <barbara.yan@ontra.ai>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Demas, Nicholas <NDemas@sigulerguff.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

Also if there is a model we could study before a call we'd greatly appreciate it.

Ray

**From:** Miller, Ray
**Sent:** Monday, November 8, 2021 3:00 PM
**To:** Clare Kim <clare.kim@bcpartners.com>; Barbara Yan <barbara.yan@ontra.ai>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Demas, Nicholas <NDemas@sigulerguff.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

Thanks will review this afternoon. Are you free tomorrow morning? 9:30am ET?

**From:** Clare Kim <clare.kim@bcpartners.com>
**Sent:** Monday, November 8, 2021 1:48 PM
**To:** Barbara Yan <barbara.yan@ontra.ai>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Miller, Ray <RMiller@sigulerguff.com>; Tang, Helen <HTang@sigulerguff.com>
**Subject:** RE: [EXTERNAL] [Project BC Partners] - NDA - For Review

*External Mail*

Hi Barbara - thanks!

Siguler Guff team – please find our memo attached, we are happy to hop on a call once you've had a chance to review.

Best,
Clare

**From:** Barbara Yan <barbara.yan@ontra.ai>
**Sent:** Monday, November 8, 2021 1:36 PM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Cc:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Miller, Ray <RMiller@sigulerguff.com>; Tang, Helen <HTang@sigulerguff.com>
**Subject:** Re: [EXTERNAL] [Project BC Partners] - NDA - For Review

Clare,

We can accept. Please see attached for the executed NDA.

Kindly revert a countersigned copy for our records.

BY

On Mon, Nov 8, 2021 at 11:06 AM Clare Kim <clare.kim@bcpartners.com> wrote:

Hi Barbara,

Please find some comments attached, let us know if you have any questions. Thanks.

Best,

Clare

**From:** Barbara Yan <barbara.yan@ontra.ai>
**Sent:** Thursday, November 4, 2021 8:11 PM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Cc:** Miller, Ray <RMiller@sigulerguff.com>; Tang, Helen <HTang@sigulerguff.com>
**Subject:** [EXTERNAL] [Project BC Partners] - NDA - For Review

Jason,

Attached please find redline and clean versions of the above-referenced NDA which I have reviewed on behalf of Siguler Guff Advisers, LLC.

The changes are in line with our precedent with BC Partners. If acceptable, I will circulate for execution.

Best,

--

**Barbara Yan**

Ontra Attorney

barbara.yan@ontra.ai

The information contained in this e-mail message is privileged and confidential and intended only for the use of the individual(s) or entity named above. Unless you are the addressee, you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please delete the message and attachments and advise the sender at Barbara Yan, Esq., barbara.yan@ontra.ai. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

Important legal disclaimers and other information concerning this email can be found here.

**Privacy Notice:** Privacy Notice: For important information about how Siguler Guff uses or collects your personal data, and about your privacy rights, including GDPR and CCPA, please visit here.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

---

Important legal disclaimers and other information concerning this email can be found here.

**Privacy Notice:** Privacy Notice: For important information about how Siguler Guff uses or collects your personal data, and about your privacy rights, including GDPR and CCPA, please visit here.

# Exhibit 45

Message

**From**: Clare Kim [clare.kim@bcpartners.com]
**Sent**: 11/19/2021 7:46:00 AM
**To**: William Guo [wguo@marathonfund.com]
**Subject**: Re: Lucky Bucks | Marathon

Haven't heard anything from the company still, Will follow up again.

---

**From:** William Guo <wguo@marathonfund.com>
**Sent:** Friday, November 19, 2021 7:45:19 AM
**To:** Clare Kim <clare.kim@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks | Marathon

Hey Clare – wanted to follow up on the below.

Thanks!

Willy

---

**From:** William Guo
**Sent:** Wednesday, November 17, 2021 4:40 PM
**To:** 'Clare Kim' <clare.kim@bcpartners.com>
**Subject:** FW: Lucky Bucks | Marathon

Hey Clare – do you mind forwarding me the latest iteration of the KPI report that you are proposing?

Thanks,
Willy

---

**From:** William Guo
**Sent:** Friday, November 5, 2021 2:20 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** RE: Lucky Bucks | Marathon

Ivelin,

It was great to reconnect on Lucky Bucks earlier this week. You had mentioned that you and your team are thinking through a monthly KPI template. I'm not sure whether you already have something in mind; to the extent you find useful, I wanted to share the attached monthly template that we have put together for this credit. Certainly open to modifications but figure we might be able to use this as a starting point.

Thanks and look forward to the first turn of credit agreement.

Best,
Willy

**William Guo**
wguo@marathonfund.com
O: 212-500-3101

C: 206-351-2341

---

**From:** William Guo
**Sent:** Tuesday, November 2, 2021 5:24 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** RE: Lucky Bucks | Marathon

Thanks Ivelin. I sent over a placeholder for 1pm EST. Speak then.

Best,
Willy

---

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Tuesday, November 2, 2021 5:15 PM
**To:** William Guo <wguo@marathonfund.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** RE: Lucky Bucks | Marathon

Happy to chat, how about 9am, 1pm or after 430pm tomorrow?

BC PARTNERS

**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

---

**From:** William Guo <wguo@marathonfund.com>
**Sent:** Tuesday, November 2, 2021 4:47 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Nate Johnson <njohnson@marathonfund.com>; Jordan Bryk <jbryk@marathonfund.com>
**Subject:** [EXTERNAL] Lucky Bucks | Marathon

Hi Ivelin,

Hope you are doing well - I believe we were previously introduced through Len Tannenbaum. My colleagues and I just caught up with Anthony at Houlihan on Lucky Bucks; he suggested we reach out directly so we can sync up on legal documentation and timing. Let us know what works best for you. Look forward to speaking soon.

Best,
Willy

**William Guo**
wguo@marathonfund.com
O: 212-500-3101

C: 206-351-2341

---

This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, the information in this e-mail by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

# Exhibit 46

# Document Filed Under Seal

# Exhibit 47

# Document Filed Under Seal

# Exhibit 48

# Document Filed Under Seal

# Exhibit 49

**Bridge, Charles**

**From:** Bridge, Charles
**Sent:** Friday, May 29, 2026 2:19 PM
**To:** Olivia Probetts; Susheel Kirpalani; Mario Gazzola; Anil Makhijani; Kendall Bender; Matthew Scheck; Ken Hershey
**Cc:** Anker, Phil; Firsenbaum, Ross; Nofzinger, Alice; Laura Davis Jones; Peter J. Keane
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Olivia,

I write in response to your emails below (sent on May 22 and earlier this afternoon).

First, with respect to the number of custodians on each side, your numerical comparison is inapt. We've explained our position on this issue many times (including in the April 2 emails below)—and the Trustee has done the same—so I will not belabor the point further here.

Second, the Trive Defendants see no basis for the Trustee's refusal to collect and search Mr. Goldthorpe's personal device(s).

- The Trustee has provided no rationale for treating Mr. Goldthorpe differently from every other custodian in this matter (including the Trive Defendants' custodians). And because the Trustee has thus far refused to provide information about his document-collection and document-preservation efforts, including whether appropriate litigation holds were timely implemented by each of the Noteholders, the Trive Defendants are concerned about spoliation—*i.e.*, concerned that the refusal to collect and search Mr. Goldthorpe's personal device(s) reflects the fact that the information on such device(s) was not properly preserved and has been lost.
- If there is a basis for treating Mr. Goldthorpe differently than the other custodians in this matter, please explain. Otherwise, the Trustee must collect and search Mr. Goldthorpe's personal device(s).
- In your email earlier this afternoon, you stated that "the Trustee has now agreed" to the Trive Defendants' proposal to include Mr. Searcy as a custodian if the Trustee includes Mr. Goldthorpe as a custodian. We do not view the parties as being in agreement on this point if the Trustee insists on excluding Mr. Goldthorpe's personal device(s). If the Trustee agrees to collect and search Mr. Goldthorpe's personal device(s), then we have an agreement.

Third, with respect to Mr. Curley, Mr. Trahan, Mr. Nunnaley, and Ms. Whitener, please identify by bates number the documents that, in the Trustee's view, show that these individuals are likely to have relevant documents that are not cumulative and duplicative of documents already produced by the Trive Defendants in this matter.

- I note that, when the Trive Defendants requested that the Trustee add three additional BC Partners custodians (Mr. Goldthorpe, Mr. Terwilliger, and Ms. Kim), the Trive Defendants provided a host of citations to the Trustee's productions, making clear how and why each of those three individuals was likely to have relevant, non-cumulative documents. We ask that the Trustee do the same to assist us in evaluating your proposal.
- I further note that the Trive Defendants began producing documents to the Trustee nearly two years ago. And it has been over a year since the Trive Defendants completed their Rule 2004 productions to the Trustee, totaling nearly 200,000 pages. The belated timing of the Trustee's

requests for new custodians—on the eve of the June 2 substantial-completion deadline—suggests that the Trustee's requests are principally a negotiating tactic. Again, if the Trustee identifies specific documents showing that there is a reasonable basis for thinking these individuals are likely to have relevant, non-cumulative information, we will review and consider those documents.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
He/Him/His
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6418 (t)
+1 212 230 8888 (f)
charles.bridge@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Sent:** Friday, May 29, 2026 1:41 PM
**To:** Bridge, Charles <Charles.Bridge@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anil Makhijani <anilmakhijani@quinnemanuel.com>; Kendall Bender <kendallbender@quinnemanuel.com>; Matthew Scheck <matthewscheck@quinnemanuel.com>; Ken Hershey <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

Counsel,

Please confirm by no later than **Monday, June 1, 2026 at 12 pm** that you will begin reviewing and produce documents from Conner Searcy. The Trustee first asked for Mr. Searcy's inclusion as a custodian in July 2025. Since then, Trive has added more and more conditions in order to agree to the Trustee's request, conditions to which the Trustee has now agreed. Trive's continuing delay and gamesmanship at this point is quite frankly outrageous, and we will no longer tolerate it.

If we do not hear back by Monday at noon, we will file a motion to compel Mr. Searcy's documents.

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Olivia Probetts
**Sent:** Friday, May 22, 2026 5:18 PM
**To:** 'Bridge, Charles' <Charles.Bridge@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anil Makhijani <anilmakhijani@quinnemanuel.com>; Kendall Bender <kendallbender@quinnemanuel.com>; Matthew Scheck <matthewscheck@quinnemanuel.com>; Ken Hershey <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Charlie,

The Trustee will agree to produce Mr. Goldthorpe's documents in exchange for Trive producing documents from Mr. Searcy, with the limitations to the search terms that you suggested. However, the Trustee will not collect Mr. Goldthorpe's personal device. Mr. Goldthorpe will be the Trustee's ***fifteenth*** custodian. With Mr. Searcy, Trive will only have three custodians. The Trustee has been reviewing the documents produced by Trive, and has identified additional individuals that have documents that are relevant to the Trustee's claims. Accordingly, the Trustee requests that Trive include the following individuals as custodians:

1. **Austin Curley** - Austin Curley was either a former Associate or Vice President at Trive reporting to Mr. Thadani prior to, during, and following Trive's 2020 acquisition. Documents reflect that Mr. Curley played a critical role in Trive's 2020 acquisition, including, but not limited to, preparing Lucky Bucks presentations for Trive's IC and serving as a primary point of contact with Lucky Bucks's management team. Mr. Curley was also involved in preparing materials for discussions concerning Lucky Bucks's credit facility upsizes and dividend recapitalizations. Mr. Curley's documents will not be duplicative of Mr. Thadani's because Mr. Curley, together with Mr. Trahan and Mr. Anderson, was responsible for initial drafting and preparing of certain deal-related materials independent of those prepared by Mr. Thadani. Mr. Curley's documents will also not be duplicative of Mr. Anderson's because Mr. Curley was part of Trive's Lucky Bucks deal team prior to Mr. Anderson's involvement in the transaction.
2. **Joseph Trahan** – Joseph Trahan was a former Senior Associate at Trive Capital reporting to Mr. Thadani. Documents reflect that he played a critical role in Trive's 2020 acquisition, including, but not limited to, preparing diligence questions and materials for Trive's IC and serving as a primary

point of contact with Lucky Bucks's management team. Documents further reflect that Mr. Trahan and Mr. Curley maintained independent communications with Lucky Bucks management and prepared materials for the 2020 acquisition separately, such that their respective documents will not be duplicative of one another. Mr. Trahan's documents will also not be duplicative of Mr. Thadani's or Mr. Anderson's for the same reasons stated above with respect to Mr. Curley.

3. **Jonathan Nunnaley** – Jonathan Nunnaley is the former CFO, CCO, and Head of Strategic Projects at Trive. In those capacities, Mr. Nunnaley had unique access to documents detailing the wiring of distributions from Lucky Bucks to Trive and vice versa. For this reason, his documents will not be duplicative of the other custodians.
4. **Kim Whitener** – Kim Whitener is the current CFO of Trive, and the successor to Mr. Nunnaley in that role. In her capacity as CFO, Ms. Whitener has access to documents detailing the wiring of distributions from Lucky Bucks to Trive and vice versa. For this reason, her documents will not be duplicative of the other custodians.

If Trive agrees to produce documents from these additional custodians, the Trustee will consider adding Mr. Terwilliger and Ms. Kim as custodians. The Trustee has been accommodating to Trive's requests but will not continue to add custodians at Trive's whim. Please confirm your agreement to the Trustee's proposal.

Best,

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Bridge, Charles <Charles.Bridge@wilmerhale.com>
**Sent:** Friday, May 8, 2026 6:21 PM
**To:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anil Makhijani <anilmakhijani@quinnemanuel.com>; Kendall Bender <kendallbender@quinnemanuel.com>; Matthew Scheck <matthewscheck@quinnemanuel.com>; Ken Hershey <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from charles.bridge@wilmerhale.com]**

---

Olivia,

Thank you for sharing the hit reports, which we've reviewed carefully.

As we've previously explained on behalf of the Trive Defendants—including in Ross Firsenbaum's letter dated April 2, 2026 and on our meet-and-confer with your firm on April 8, 2026—it is clear that Mr. Goldthorpe, Mr. Terwilliger, and Ms. Kim each had material involvement in matters relevant to the parties' claims and defenses in this action. In particular, each played a significant role in BC Partners' decision whether to invest in the Notes, as our April 2 letter explained in detail and as document productions (by the Noteholders and by non-parties) have further confirmed since the April 2 letter.

We reiterate our request that the Trustee add each of these three individuals as a custodian.

To mitigate any marginal burden on the Trustee of reviewing these custodians' hits, the Trive Defendants propose cutting the following search terms (as to all three custodians):

- "Ali" OR "IMRAN"
- "Anand" OR "Vaswani"
- "KA*"
- "LC*"
- "Prestige"
- "Shakeel" OR "Haque"

Please confirm whether this is acceptable to the Trustee.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Sent:** Friday, May 8, 2026 11:14 AM
**To:** Bridge, Charles <Charles.Bridge@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Anil Makhijani <anilmakhijani@quinnemanuel.com>; Kendall Bender <kendallbender@quinnemanuel.com>; Matthew Scheck <matthewscheck@quinnemanuel.com>; Ken Hershey <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

Charlie,

Please find attached hit reports for Ted Goldthorpe, Mike Terwilliger, and Clare Kim.

Best,

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Bridge, Charles <Charles.Bridge@wilmerhale.com>
**Sent:** Tuesday, May 5, 2026 4:42 PM
**To:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Anil Makhijani <anilmakhijani@quinnemanuel.com>; Kendall Bender <kendallbender@quinnemanuel.com>; Matthew Scheck <matthewscheck@quinnemanuel.com>; Ken Hershey <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from charles.bridge@wilmerhale.com]**

---

Counsel,

Please see the attached correspondence from Ross Firsenbaum.

In addition, please provide an update on when we can expect the hit reports discussed below.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Bridge, Charles
**Sent:** Friday, May 1, 2026 6:02 PM
**To:** 'susheelkirpalani@quinnemanuel.com' <susheelkirpalani@quinnemanuel.com>; 'mariogazzola@quinnemanuel.com' <mariogazzola@quinnemanuel.com>; 'oliviaprobetts@quinnemanuel.com' <oliviaprobetts@quinnemanuel.com>; 'anilmakhijani@quinnemanuel.com' <anilmakhijani@quinnemanuel.com>; 'kendallbender@quinnemanuel.com' <kendallbender@quinnemanuel.com>; 'matthewscheck@quinnemanuel.com' <matthewscheck@quinnemanuel.com>; 'kenhershey@quinnemanuel.com' <kenhershey@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>; Laura Davis Jones <ljones@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Counsel,

Please see the attached correspondence from Ross Firsenbaum regarding today's production of documents by the Trive Defendants. You will receive a separate email with a link to access the production. The password to access the encrypted files is: klpU=oSa@E6lnahEzIge

It has been more than three weeks since our meet-and-confer on April 8, 2026 (memorialized below). Could you please provide an update on when we can expect hit reports for Ted Goldthorpe and Mike Terwilliger? We also reiterate our request for a hit report for Clare Kim; both BC Partners' own document productions and third parties' document productions make clear that she played a substantial role in BC Partners' investment in the Notes, and that therefore she should be a document custodian in this matter.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Bridge, Charles
**Sent:** Tuesday, April 14, 2026 1:05 PM
**To:** 'Olivia Probetts' <oliviaprobetts@quinnemanuel.com>; 'Susheel Kirpalani' <susheelkirpalani@quinnemanuel.com>; 'Mario Gazzola' <mariogazzola@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Olivia,

I hope your week has started well. This email memorializes the results of the parties' meet-and-confer on April 8, 2026.

- The Trustee agreed to provide hit reports for Ted Goldthorpe and Mike Terwilliger, with both sides reserving all rights with respect to producing documents from additional custodians (including but not limited to some or all of the following: Mr. Goldthorpe, Mr. Terwilliger, Clare Kim, and Conner Searcy).
- The Trustee confirmed that he expects to produce the documents identified in Parts C and D of the Trive Defendants' letter dated April 2, 2026.
- The Trustee represented that the Noteholders' Teams and Slack messages should have been collected in the ordinary course, and that he has reached out to the Noteholders on this point.
- The Trustee represented that he is collecting custodians' personal devices and will produce responsive documents from those devices.
- The Trive Defendants stated that they intend to make rolling productions of additional documents, starting by the end of April 2026, and requested that the Trustee do the same with its remaining productions.
- The parties discussed the issue of privilege logs without reaching a final agreement. (The Trive Defendants note that they expect to send correspondence to the Trustee shortly regarding some privilege-related concerns with the Trustee's productions thus far.)

Please promptly let us know if your understanding or recollection of the meet-and-confer is different.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Bridge, Charles
**Sent:** Monday, April 6, 2026 1:19 PM
**To:** 'Olivia Probetts' <oliviaprobetts@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Thanks, Olivia. Wednesday at 12pm ET works on our end. I'll circulate an invite.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Sent:** Monday, April 6, 2026 1:00 PM
**To:** Anker, Phil <Philip.Anker@wilmerhale.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

Phil,

We're available to meet and confer tomorrow between 10 am- 2 pm and Wednesday from 11 am-1 pm.

Thanks,

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Anker, Phil <Philip.Anker@wilmerhale.com>
**Sent:** Thursday, April 2, 2026 6:25 PM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** Re: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from philip.anker@wilmerhale.com]**

Mario: Your numerical comparison is inapt. As you know, there are six sets of noteholders on your side, whereas there is only one set of entities on our side. So, we're talking about the same approximate number of custodians per institution.

You have a choice. You can file a motion to compel, in which case we will cross-move. Or you can agree to sit down and reach a reasonable accommodation that is not one-sided. I am confident the Court would expect the latter. We are available to meet and confer. Phil

Get Outlook for iOS

---

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Thursday, April 2, 2026 6:01 PM
**To:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Anker, aix Phil <Philip.Anker@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)my

**EXTERNAL SENDER**

So just to confirm I am not misunderstanding, your position is that you are continuing to condition Mr. Searcy on Mr. Goldthorpe?

While we're still willing to discuss Mr. Goldthorpe, as we discussed, if you continue to try to improperly qualify adding a key custodian as your ***third*** overall custodian on us adding a ***fifteenth***, we're going to go ahead and move to compel rather than waste more time on this. Today it will be Mr. Goldthorpe, tomorrow I'm sure you'll try to condition 3 more things before you produce Mr. Searcy. Please let us know by end of day whether you'll agree, without qualification, to produce Mr. Searcy's documents. We reserve all rights.

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

**From:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>
**Sent:** Thursday, April 2, 2026 5:54 PM
**To:** Mario Gazzola <mariogazzola@quinnemanuel.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from ross.firsenbaum@wilmerhale.com]**

Mario: If the Trustee is producing from Mr. Goldthorpe, then yes. The posturing is not constructive. We all know that while the Trustee has had the Trive Defendants' production for over a year, most of the Noteholder documents we have received to date we only received from the Trustee last month, and we still haven't received all of them. So the notion that you identified a claimed missing custodian from the Trive Defendants' production "nearly a year" before we identified at least three missing custodians from the Trustee's production is the simple result of the fact that the Trustee took "nearly a year" to produce Noteholder documents in the first place. Let's meet and confer on all of this next week.

**From:** Mario Gazzola <mariogazzola@quinnemanuel.com>
**Sent:** Thursday, April 2, 2026 5:36 PM
**To:** Bridge, Charles <Charles.Bridge@wilmerhale.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

It has been nearly a year since we've asked you to add him, and you appear to try to add new conditions each week. If you are not going to agree to produce documents from Mr. Searcy, we're going to just go ahead and move to compel rather than engage with your continued gamesmanship.

**Mario O. Gazzola**
212-849-7102 Direct
919-360-1686 Cell

**From:** Mario Gazzola
**Sent:** Thursday, April 2, 2026 5:28 PM
**To:** Bridge, Charles <Charles.Bridge@wilmerhale.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

Charlie,

Will you be producing documents from Mr. Searcy, or not?

**Mario O. Gazzola**
212-849-7102 Direct

919-360-1686 Cell

---

**From:** Bridge, Charles <Charles.Bridge@wilmerhale.com>
**Sent:** Thursday, April 2, 2026 5:11 PM
**To:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>
**Cc:** Anker, Phil <Philip.Anker@wilmerhale.com>; Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from charles.bridge@wilmerhale.com]**

---

Olivia,

Thank you for confirming the Trustee's agreement to the Trive Defendants' modifications to the search terms proposed by the Trustee.

I can confirm that we will review all documents from Trive's internal deal folder for Lucky Bucks, as agreed.

Finally, please see the attached correspondence from Ross Firsenbaum, which (among other things) responds to assertions in your email below about Mr. Goldthorpe.

We are available to meet and confer about the issues raised in your email and our letter on Tuesday, April 7 from 10am-3pm ET or on Wednesday, April 8 from 10am-3pm ET. Please let us know what time works for the Trustee.

Best,
Charlie

**Charles C. Bridge | WilmerHale**
+1 212 295 6418 (t)

---

**From:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Sent:** Friday, March 27, 2026 2:33 PM
**To:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Anker, Phil <Philip.Anker@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>
**Cc:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

Counsel,

The Trustee agrees to Trive's modifications to the search terms, including the limitations placed on "Ali," "LB," and "Prestige," and the removal of "Spectrum" from the search terms. However, we note that your

hit report was seemingly also run on the Trive Lucky Bucks deal folder. Please confirm that you will be reviewing all documents in the deal folder and not just those that hit on the agreed upon search terms. The Trustee has agreed to review all documents in the Noteholder deal files, provided that Trive does the same.

The Trustee will not agree to add Ted Goldthorpe as a custodian at this time but is willing to meet and confer on the issue. Mr. Goldthorpe is an investment committee member and was not involved in the Lucky Bucks deal. The documents you flagged below show only that Mr. Goldthorpe was updated on the progress of the Lucky Bucks deal and not that he had any significant involvement in the deal or the negotiation of the Notes. Even if he did, any communications about the Lucky Bucks deal were with Ivelin Dimitrov or Jason Young, both of whom are custodians. His emails would be entirely duplicative of the emails and communications that have already been collected and are in the process of being produced. Moreover, the Trustee has already collected from fourteen custodians, and given that it is highly unlikely Mr. Goldthorpe would have any responsive documents that have not already been collected, to add a fifteenth custodian would be unduly burdensome on the Trustee. Additionally, the Trustee has already reviewed over 200,000 documents, and adding a fifteenth custodian would only increase that number.

Even including Mr. Searcy as a custodian, Trive will review less than half the number of documents that the Trustee is reviewing and there is no evidence that Mr. Searcy's documents will be duplicative of the documents Trive has already agreed to review. Rule 2004 discovery revealed that Mr. Searcy was Trive's registered contact with the GLC and received direct updates from the GLC on issues including the cancellation of location contracts, which would not be reviewed by Trive without the inclusion of Mr. Searcy as a custodian. He was also substantively involved in Trive's decision making process regarding its investment in Lucky Bucks. Moreover, the Trustee has been asking Trive to include Mr. Searcy as a custodian for over eight months.

Trive's last-minute attempt to condition adding Mr. Searcy as a custodian on the Trustee adding Mr. Goldthorpe is patently improper given that Trive has only searched documents from two custodians to date and reviewed less than half the number of documents than the Trustee. This imbalance is particularly stark in light of the fact that Trive was involved in the day to day operations of Lucky Bucks for years, whereas the Noteholders simply diligenced a transaction and then received limited updates from the company in their capacity as creditors. Accordingly, the Trustee still expects the unconditioned inclusion of Mr. Searcy as a custodian.

Please confirm that you will review Trive's entire Lucky Bucks deal file and include Mr. Searcy as a custodian, and let us know your availability to separately meet and confer regarding Mr. Goldthorpe.

Best,
Olivia

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** McGuinness, Mike <Mike.McGuinness@wilmerhale.com>
**Sent:** Friday, March 20, 2026 4:32 PM
**To:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>; Anker, Phil <Philip.Anker@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>
**Cc:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from mike.mcguinness@wilmerhale.com]**

---

Olivia,

Please find attached the Trive Defendants' search term counterproposal, which yields a review population of roughly 48,000 documents. We have proposed limiters to certain of the Trustee's proposed terms, and proposed cutting entirely the term "spectrum", which, after a spot-check review, generated substantial irrelevant hits. The attached report reflects hits on the custodial documents of Shravan Thadani, Connor Anderson, and Conner Searcy, and the Project Buck deal folder.

While the Trive Defendants can agree to add Mr. Searcy as a custodian, they will do so only if the Trustee agrees to add Ted Goldthorpe of BC Partners as a custodian in connection with the Noteholders' productions. BC Partners' initial productions demonstrate that Mr. Goldthorpe played a significant role in BC Partners' decision to invest in the Notes, *see, e.g.*, BCPARTNERS_0012450; BCPARTNERS_0003303, including by attending a November 2, 2021 in-person meeting with Lucky Bucks Management and Shravan Thadani in New York, *see, e.g.*, BCPARTNERS_0011222; BCPARTNERS_0011416, and directing the negotiation of the terms of the Notes, *see, e.g.*, BCPARTNERS_0003133; BCPARTNERS_0003662; BCPARTNERS_0003919; BCPARTNERS_0011881. Accordingly, his custodial documents are likely to have information relevant to this litigation.

Please let us know if this is acceptable to the Trustee.

Best,
Mike

---

**From:** Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Sent:** Monday, March 16, 2026 6:34 PM
**To:** Anker, Phil <Philip.Anker@wilmerhale.com>; Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>
**Cc:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** RE: Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**EXTERNAL SENDER**

Phil,

To be clear and to correct the record, while we told you that we hoped to finish our productions by the end of February during out meet and confer, we did not commit to doing so. The reason for the delay is that it has taken longer than expected to redact confidential business information that is unrelated to Lucky Bucks (similar to how Trive redacted confidential business information from its own documents). That said, we expect to make a large production this week, and hope to complete our productions promptly; certainly we expect we will be complete well in advance of the June substantial completion deadline.

However, while we are moving as fast as we can, and hope to finish as soon as possible, we cannot commit to completing any productions on a timeline faster than the June 2, 2026 substantial completion deadline. We note that Trive has never made a similar commitment, and in fact has sat on our February 24 search terms for nearly four weeks, without providing a counterproposal during that entire four-week period (and hasn't even provided one now).

Thank you for agreeing to review the entire Trive deal file and produce any responsive documents. We will do the same for all of the Noteholders.

Olivia

**Olivia Probetts**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7623 Direct
303-653-1969 Mobile
212-849-7100 FAX
oliviaprobetts@quinnemanuel.com
www.quinnemanuel.com
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Anker, Phil <Philip.Anker@wilmerhale.com>
**Sent:** Monday, March 16, 2026 12:40 PM
**To:** Susheel Kirpalani <susheelkirpalani@quinnemanuel.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; Olivia Probetts <oliviaprobetts@quinnemanuel.com>
**Cc:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Bridge, Charles <Charles.Bridge@wilmerhale.com>; McGuinness, Mike <Mike.McGuinness@wilmerhale.com>; Nofzinger, Alice <Alice.Nofzinger@wilmerhale.com>
**Subject:** Abrams v. Trive Capital Management LLC, et al., AP No. 24-50130 (KBO)

**[EXTERNAL EMAIL from philip.anker@wilmerhale.com]**

---

Susheel,

During our last meet-and-confer, you agreed to make a substantial production of Noteholder documents by the end of February. It is now March 16, 2026, and we have yet to receive that production. Please confirm that you will make that production by the end of next week.

We also write to confirm receipt of Olivia's February 24 email. We appreciate the Trustee's agreement to collect and produce documents from the personal devices of the Noteholders' custodians. The Trive Defendants also agree to review the entire internal deal folder for the Lucky Bucks sponsorship, with the understanding that the Noteholders will do the same for their corresponding deal folders.

With respect to search terms, we are aiming to send you a counterproposal this week. We would also note that Olivia's February 24 email appears to understate the review population generated by the Trustee's proposed terms. Based on the hit reports Charlie circulated on January 29, the Trustee's terms would require the Trive Defendants to review more than 68,000 documents, not the 51,000 documents referenced in Olivia's email. The higher figure reflects the de-duplicated total number of documents (including families) hitting on the Trustee's proposed search terms, whereas the lower figure appears to count only unique document hits (which does not account for documents hitting on multiple of the Trustee's proposed terms). In any event, we will aim to get you our counterproposal by later this week.

Thanks,
Phil

**Philip D. Anker | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8890 (t)
+1 914 552 7221 (m)
philip.anker@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

# Exhibit 50

WILMERHALE

April 2, 2026

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

**CONFIDENTIAL**

**(Via Email)**

Mario Gazzola, Esq.
Olivia Probetts, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
mariogazzola@quinnemanuel.com
oliviaprobetts@quinnemanuel.com

**Re: *Abrams v. Trive Capital Management LLC, et al.*, No. 24-ap-50130 (KBO) (Bankr. D. Del.)**

Dear Mario and Olivia:

We write on behalf of the Trive Defendants[1] to request that the Trustee address the following deficiencies in the Trustee's productions of documents from the Noteholders' files on December 8, 2025, December 31, 2025, and March 20, 2026.

**A. Additional Noteholder Custodians**

The Trustee's productions to date demonstrate that the Trustee must include three additional Noteholder custodians as part of his reasonable search: Ted Goldthorpe, Mike Terwilliger, and Clare Kim, all from BC Partners. The Trustee's limited production of Noteholder documents to date already shows that these individuals had material involvement in matters relevant to the parties' claims and defenses in this action.

We already explained in our email of March 20, 2026, why Ted Goldthorpe is a necessary custodian. BC Partners' initial productions demonstrate that Mr. Goldthorpe played a significant role in BC Partners' decision to invest in the Notes, *see, e.g.*, BCPARTNERS_0012450; BCPARTNERS_0003303, including by attending a November 2, 2021 in-person meeting with Lucky Bucks Management and Shravan Thadani in New York, *see, e.g.*, BCPARTNERS_0011222; BCPARTNERS_0011416, and directing the negotiation of the terms of the Notes, *see, e.g.*, BCPARTNERS_0003133; BCPARTNERS_0003662; BCPARTNERS_0003919; BCPARTNERS_0011881.

---

[1] Capitalized terms have the same meaning as in my prior correspondence regarding these topics, unless otherwise defined herein.

In your responsive email of March 27, 2026, you asserted that Mr. Goldthorpe "was not involved in the Lucky Bucks deal" and that he did not have "any significant involvement in the deal or the negotiation of the Notes." The previously cited documents contradict this claim. Notably, Mr. Goldthorpe attended—indeed, insisted on attending, *see* BCPARTNERS_0011222 ("As discussed I want to be there")—the November 2, 2021 in-person meeting with Lucky Bucks Management and Shravan Thadani in New York. Given that the Trustee's Amended Complaint places significant emphasis on alleged statements during this meeting (at times inaccurately described as a "call"), *see, e.g.*, Am. Compl. ¶¶ 138, 140, 142-144, 146, 355), it can hardly be said that Mr. Goldthorpe's "involvement in the deal" was not "significant." In your email, you also objected to including Mr. Goldthorpe as a custodian because the documents we flagged were "communications … with Ivelin Dimitrov or Jason Young, both of whom are custodians." To date, however, the Trustee has agreed to produce custodial documents from only Mr. Dimitrov and Mr. Young, so of course we pointed to produced documents from their files; that hardly shows that Mr. Goldthorpe's "emails would be entirely duplicative of the emails and communications that have already been collected and are in the process of being produced," as you claim. And if it is true that any documents received or sent by Mr. Goldthorpe would also have been received or sent by Mr. Dimitrov and/or Mr. Young, then there should be no meaningful additional burden imposed on the Trustee, because the Trustee can add Mr. Goldthorpe but will not need to re-review documents already reviewed and produced based on searches using Mr. Dimitrov and Mr. Young as custodians. That said, we are also willing to meet and confer on the issue, as you offered in your email of March 27, 2026.

Mike Terwilliger played a substantial role on the BC Partners deal team. He drafted multiple portions of the memorandum sent to BC Partners' investment committee recommending its investment in Lucky Bucks. *See, e.g.*, BCPARTNERS_0003514; BCPARTNERS_0003723. He routinely conferred with Ivelin Dimitrov about negotiations with Houlihan Lokey regarding key deal terms. *See, e.g.*, BCPARTNERS_0003155; BCPARTNERS_0003167; BCPARTNERS _0003261; BCPARTNERS_0003660. He drafted diligence questions for a November 2, 2021 meeting in New York between BC Partners and Lucky Bucks management. *See* BCPARTNERS _0011408. He met and/or communicated with the Trive Defendants, the Management Defendants, and Houlihan Lokey, and connected BC Partners with third-party experts (with whom Mr. Terwilliger also met) to assist BC Partners' evaluation of the Notes transactions. *See, e.g.*, BCPARTNERS_0006358 (Trive Defendants, Management Defendants, and Houlihan Lokey); BCPARTNERS_0012680 (Houlihan Lokey); BCPARTNERS_0000619 (same); BCPARTNERS_0002851 (third-party experts); BCPARTNERS_0003574 (same); BCPARTNERS_0008193 (same); BCPARTNERS_0009207 (same). And he communicated with other investors about involvement in the syndication of the Notes, including fellow Noteholders Hamilton Lane and Monarch. *See, e.g.*, BCPARTNERS_0003802 (Hamilton Lane); BCPARTNERS_0003905 (same); BCPARTNERS_0000619 (Monarch); BCPARTNERS _0003893 (GCM Grosvenor); BCPARTNERS_0005600 (Wafra); BCPARTNERS_0008190

(Future Standard); BCPARTNERS_0033257 (Fortress). Given his extensive involvement in all areas of the transaction at issue, there is no basis to refuse to collect documents from his custodial files.

The same is true of Clare Kim. The documents produced thus far contradict your representation that she was "not a core member of the diligence team and was purely involved in legal documentation." May 12, 2025 Ltr. from M. Gazzola to R. Firsenbaum. The BC Partners investment committee memorandum identifies Ms. Kim as a member of the deal team. *See* BCPARTNERS_0009766. As a deal team member, she conferred with colleagues at BC Partners about the substance of the deal terms. *See, e.g.*, BCPARTNERS_0007177; BCPARTNERS_0011599. She met and/or communicated with the Trive Defendants, the Management Defendants, and Houlihan Lokey, and connected BC Partners with third-party experts (with whom Ms. Kim also met) to assist BC Partners' evaluation of the Notes transactions. *See, e.g.*, BCPARTNERS_0006358 (Trive Defendants, Management Defendants, and Houlihan Lokey); BCPARTNERS_0010833 (Houlihan Lokey); BCPARTNERS_0003690 (third-party experts); BCPARTNERS_0004255 (same); BCPARTNERS_0009731 (same); BCPARTNERS_0011809 (same); BCPARTNERS_0012015 (same). And she communicated with other investors about involvement in the syndication, including fellow Noteholders Hamilton Lane, CION, and Marathon. *See, e.g.*, BCPARTNERS_0011255 (Hamilton Lane); BCPARTNERS_0007525 (CION); BCPARTNERS_0009715 (Marathon); BCPARTNERS _0002799 (GCW); BCPARTNERS_0008311 (Siguler Guff); BCPARTNERS_0009762 (Neuberger Berman); BCPARTNERS_0011267 (Atalaya); BCPARTNERS_0011458 (Pantheon); BCPARTNERS_0033257 (Fortress).

By virtue of these individuals' significant involvement in the Notes transaction, their documents are relevant to multiple key issues in this case, including (but not limited to) BC Partners' knowledge and understanding regarding Lucky Bucks prior to the Notes transaction and whether BC Partners reasonably relied upon any alleged statements or omissions by the Trive Defendants.

Please confirm, in writing, that the Trustee will agree to add each of these individuals as custodians, and thus will proceed to collect, review, and produce their custodial documents using the same search terms agreed upon for other Noteholder custodians.

### B. <u>Missing Chat Messages</u>

BC Partners' productions include an email showing that its deal team used Microsoft Teams chat in connection with the Notes transactions, including a Lucky Bucks-specific group thread. *See* BCPARTNERS_0002793. Similarly, Hamilton Lane's productions include emails showing that its deal team used Slack in connection with the Notes transaction. *See, e.g.*, HAMILTONLANE_0010228; HAMILTONLANE_0010199; HAMILTONLANE_0030946.

WILMERHALE



Messages on Teams and Slack are indisputably relevant and responsive to the Requests and must be produced. Accordingly, please confirm that the Trustee has searched Teams, Slack, and any other chat-messaging platforms used by the Noteholders and will produce all responsive communications from such platforms. Please also confirm that BC Partners' and Hamilton Lane's litigation holds cover such messages and when those holds were implemented.

### C. **Missing Responsive Communications and Documents**

We have identified several missing documents from BC Partners' productions, all of which are responsive to the Requests and must be produced. These include the following:

- A July 12, 2021 email from Jason Young to Roger Gilbert, Mike Terwilliger, and Tina Huang discussing location contracts and EBITDA adjustments for COAMs acquired by Lucky Bucks. *See* BCPARTNERS_0013609 (thread including apparently altered version of this email).

- A September 3, 2021 email from Jason Young to Mike Terwilliger and Ivelin Dimitrov, attaching a deck presumably recommending investment in Lucky Bucks and/or the Notes to the BC Partners investment committee. *See* BCPARTNERS _0003190 (thread including this email). Any such email and deck are responsive and must be produced.

- A November 16, 2021 email from Jason Young to BC Partners' investment committee, attaching BC Partners' investment-committee memo. *See* BCPARTNERS_0009764 (thread including this email). We have not received that email (let alone a copy of that email with its attachment), which, of course, is responsive to the Requests and highly relevant to this case.

- Multiple documents reference a deal folder and/or a shared-drive folder found at the file path "S:\WORK_Shared Files\17 Credit\Deals\Lucky Bucks." *See, e.g.*, BCPARTNERS_0003425 ("LB Folder" and file path); BCPARTNERS_0003745 (file path); BCPARTNERS_0013598 ("our Shared Drive"); CION_0001899 ("our drive"). Similar folders evidently exist for other Noteholders as well and should also be produced. *See, e.g.*, CION_0001202 ("the drive"); MARATHON_0005372 ("the drive"). Please confirm that the agreement in your email of March 16, 2026 to review the entire deal files of the Noteholders for the Notes transactions and produce all responsive documents includes (but is not necessarily limited to) each of these folders.

Please confirm that the Trustee will produce the documents cited above, including any lesser- or greater-included chains in the case of e-communications.

WILMERHALE



**D. <u>Documents Concerning July 2021 OpCo Distribution</u>**

The productions of documents from BC Partners' files contain relatively few documents relating to the July 2021 OpCo Distribution in which BC Partners participated. Documents concerning the July 2021 OpCo Distribution are responsive to the Requests, including Request 3, which requested documents relating to "Lucky Bucks" and "HoldCo," and to which the Trustee agreed to produce responsive documents. These documents are also plainly relevant to this case, given that BC Partners appears to have partially relied on diligence conducted ahead of the July 2021 OpCo Distribution in deciding to invest in the Notes transaction. *See, e.g.*, BCPARTNERS _0012453, at -12453 (Aug. 17, 2021 email from Ted Goldthorpe: "We should definitely screen it. We have already done the work. I like this business.").

Accordingly, please confirm that BC Partners will produce all documents concerning the July OpCo Distribution and credit facility.

**E. Privilege Log**

As evidenced by the latest production of Noteholder documents, the Trustee has withheld responsive documents on the basis of an assertion of privilege. But—despite demanding and receiving a thorough privilege log from the Trive Defendants—the Trustee has yet to produce a privilege log.

Please confirm that the Trustee will produce a privilege log consistent with the obligations imposed by the Federal Rules of Civil Procedure and the Local Rules of the Bankruptcy Court of the District of Delaware, and equal in scope and substance to the privilege log produced by the Trive Defendants bearing Bates number TRIV_PRIV_000002.

The Trive Defendants reserve all rights to request that the Trustee address additional deficiencies in the Trustee's productions.

Best regards,

*<u>/s/ Ross E. Firsenbaum</u>*

Ross E. Firsenbaum