**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | Case No.  23-10756 (KBO) |
| Debtor. | |
| | |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding |
| | Adv. Proc. No. 24-50130 (KBO) |
| Plaintiff, | |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| Defendants. | |

**DECLARATION OF MARIO O. GAZZOLA IN SUPPORT OF PLAINTIFF'S REPLY
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND OPPOSITION TO
THE TRIVE DEFENDANTS' CROSS MOTION TO COMPEL**

I, Mario O. Gazzola, an attorney duly admitted to practice law in the State of New York, declare under penalty of perjury as follows:

1.      I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan LLP, which is counsel for Marc Abrams (the "Trustee" or "Plaintiff") in his capacity as Chapter 7 Trustee of the bankruptcy estate of Lucky Bucks Holdings LLC ("Holdings") and as assignee of causes of action previously belonging to Holdings' creditors.  I make this declaration in support of the *Plaintiff's Reply in Support of its Motion to Compel and Opposition to the Trive Defendants' Cross-Motion to Compel*, filed herewith on July 9, 2026.

2.      Attached as **<u>Exhibit A</u>** is a true and accurate copy of a November 1, 2021, Zoom invitation from Clare Kim, marked with Bates number HOULIHAN (TRIVE)_000066.

3.      Attached as **<u>Exhibit B</u>** is a true and accurate copy of an October 26, 2021, email from Ted Goldthrorpe, marked with Bates number BCPARTNERS_0011222.

4.      Attached as **<u>Exhibit C</u>** is a true and accurate copy of an October 13, 2022, email from Jason Young, marked with Bates number BCPARTNERS_0055872.

5.      Attached as **<u>Exhibit D</u>** is a true and accurate copy of a November 11, 2021, email from Ivelin Dimitrov, marked with Bates number BCPARTNERS_0008178.

6.      Attached as **<u>Exhibit E</u>** is a true and accurate copy of an October 12, 2021, email from Jason Young, marked with Bates number BCPARTNERS_0007196.

7.      Attached as **<u>Exhibit F</u>** is a true and accurate copy of a November 1, 2021, email from Mike Terwilliger, marked with Bates number BCPARTNERS_0011408.

8.      Attached as **<u>Exhibit G</u>** is a true and accurate copy of a document attached to Exhibit F, titled "Lucky Bucks Management Meeting Questions," marked with Bates number BCPARTNERS_0011409.

9.      Attached as **<u>Exhibit H</u>** is a true and accurate copy of a meeting invitation from Stephanie Lippa, marked with Bates number LBDR_00078387.

10.     Attached as **<u>Exhibit I</u>** is a true and accurate copy of a November 18, 2021, email from Clare Kim, marked with Bates number BCPARTNERS_0009762.

11.     Attached as **<u>Exhibit J</u>** is a true and accurate copy of a hit report sent from Trive Defendants to the Trustee on January 15, 2026.

12.     Attached as **Exhibit K** is a true and accurate copy of November 23, 2021, text messages between Ivelin Dmitrov and Ken Jin, marked with Bates number BCPARTNERS_0222234.

13.     Attached as **Exhibit L** is a true and accurate copy of November 30, 2021, text messages between Ken Jin and Ivelin Dimitrov, marked with Bates number BCPARTNERS_0222236.

14.     Attached as **Exhibit M** is a true and accurate copy of a November 8, 2021, text message from Ivelin Dimitrov to Joseph McCurdy, marked with Bates number BCPARTNERS_0222232.

15.     Attached as **Exhibit N** is a true and accurate copy of an April 23, 2021, email from Austin Curley, marked with Bates number Trive_00001757.

16.     Attached as **Exhibit O** is a true and accurate copy of a May 14, 2021, email from Austin Curley, marked with Bates number Trive_00000087.

17.     Attached as **Exhibit P** is a true and accurate copy of an April 13, 2020, email from Joseph Trahan, marked with Bates number Trive_00000930.

18.     Attached as **Exhibit Q** is a true and accurate copy of an November 14, 2021, email from Jonathan Nunnaley, marked with Bates number Trive_219706.

19.     Attached as **Exhibit R** is a true and accurate copy of a February 7, 2023, email from Kim Whitener, marked with Bates number LBDR_00246400.

20.     Attached as **Exhibit S** is a true and accurate copy of a January 28, 2022, email from Kim Whitener, marked with Bates number Trive_207040.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 9, 2026
       New York, New York

                                    */s/ Mario O. Gazzola*
                                    Mario O. Gazzola

4