# EXHIBIT J

| Term | Document Hits | Document Hits (Full Family) | Unique Hits | Unique Hits (Full Family) |
|---|---|---|---|---|
| "*@luckybucksga.com" | 2,915 | 3,578 | 0 | 0 |
| "*@sevenaces.com" | 2,954 | 3,375 | 1 | 2 |
| "2786692 Ontario" | 68 | 183 | 0 | 0 |
| "27success@gmail.com" | 64 | 68 | 0 | 0 |
| "27th Invest*" | 30 | 42 | 0 | 0 |
| "Aarya" | 66 | 245 | 0 | 0 |
| "Abrams" w/30 "LB" | 0 | 0 | 0 | 0 |
| "Abrams" w/30 "Lucky Bucks" | 46 | 60 | 0 | 0 |
| "Advance Amus*" | 8 | 34 | 0 | 0 |
| "AKS Amus*" | 73 | 274 | 0 | 0 |
| "Al Amin" | 9 | 32 | 0 | 0 |
| "Ali" | 8,596 | 14,083 | 7,591 | 11,382 |
| "Anand" | 120 | 248 | 61 | 76 |
| "Angel Amus*" | 17 | 82 | 0 | 0 |
| "Anil" | 2,168 | 2,891 | 477 | 521 |
| "anil@27invest.com" | 158 | 217 | 0 | 0 |
| "Arc Gaming" | 53 | 76 | 13 | 22 |
| "Arnaldo" w/30 "Perez" | 5 | 9 | 0 | 0 |
| "Blue Georgia" | 8 | 17 | 0 | 0 |
| "Bouskill" | 4,115 | 4,756 | 743 | 764 |
| "Boyden" | 1,052 | 1,543 | 55 | 60 |
| "B-Side" | 15 | 82 | 1 | 3 |
| "Charm*" | 1,014 | 1,955 | 583 | 778 |
| "Chishti" | 6 | 6 | 6 | 6 |
| "Chisti" | 5 | 9 | 0 | 0 |
| "COAM" | 1,283 | 2,444 | 34 | 26 |
| "coin op" | 27 | 126 | 12 | 52 |
| "Coin operated" | 627 | 1,722 | 0 | 0 |
| "coinop" | 8 | 41 | 7 | 38 |

| | | | | |
|---|---:|---:|---:|---:|
| "Coin-operated" | 627 | 1,722 | 0 | 0 |
| "Damani" | 756 | 1,268 | 12 | 12 |
| "Derrick" w/30 "Smith" | 21 | 64 | 3 | 4 |
| "Dynamic Gam*" | 14 | 43 | 1 | 1 |
| "Far East" | 185 | 435 | 121 | 183 |
| "Farm Team" | 163 | 649 | 9 | 20 |
| "Georgia Lotter*" | 690 | 1,272 | 9 | 2 |
| "Georgia Winner*" | 82 | 273 | 0 | 0 |
| "georgiawinnersLLC@gmail.com" | 0 | 0 | 0 | 0 |
| "GLC" | 1,050 | 1,849 | 52 | 56 |
| "Gold Star" | 93 | 246 | 34 | 37 |
| "Goldstar" | 100 | 332 | 8 | 27 |
| "Haque" | 58 | 154 | 17 | 14 |
| "Hassan" | 4,533 | 5,577 | 427 | 444 |
| "hassan@luckybucksga.com" | 2,546 | 2,982 | 0 | 0 |
| "Ijaz" | 2,984 | 3,605 | 2 | 2 |
| "Imran" | 146 | 340 | 35 | 45 |
| "Infinite" | 709 | 1,526 | 339 | 452 |
| "Jackpot*" | 427 | 636 | 241 | 244 |
| "jamie@luckybucksga.com" | 731 | 924 | 0 | 0 |
| "jamie@sevenaces.com" | 0 | 0 | 0 | 0 |
| "Jiya*" | 120 | 369 | 8 | 12 |
| "Jonathan" w/30 "Howard" | 1,332 | 2,158 | 1,002 | 1,323 |
| "Jonathan" w/30 "Perez" | 16 | 30 | 8 | 6 |
| "Just Play" | 239 | 373 | 185 | 186 |
| "Kassam" | 349 | 658 | 3 | 3 |
| "kassam@luckybucksga.com" | 0 | 0 | 0 | 0 |
| "Klass" | 82 | 276 | 5 | 5 |
| "LB" | 5,537 | 9,229 | 2,748 | 4,573 |
| "LBVI" | 49 | 112 | 0 | 0 |
| "Lee Caudell" | 89 | 286 | 0 | 0 |
| "Linares" w/30 "Perez" | 5 | 9 | 0 | 0 |
| "Location contract*" | 204 | 415 | 7 | 28 |

| | | | | |
|---|---|---|---|---|
| "location license*" | 187 | 351 | 3 | 3 |
| "location owner*" | 339 | 790 | 42 | 81 |
| "Lucky Buck*" | 12,049 | 17,030 | 0 | 0 |
| "Lucky" | 13,900 | 20,068 | 1,425 | 1,898 |
| "manu@sekhri.ca" | 2,932 | 3,294 | 0 | 0 |
| "manu@sevenaces.com" | 749 | 864 | 0 | 0 |
| "Marc Abrams" | 49 | 66 | 1 | 0 |
| "master license*" | 728 | 1,627 | 16 | 22 |
| "Mohubil" | 4 | 9 | 0 | 0 |
| "Motin" | 5 | 9 | 0 | 0 |
| "Narayani" | 17 | 73 | 0 | 0 |
| "Neal" w/20 "Goldman" | 68 | 155 | 3 | 8 |
| "neal.p.goldman@gmail.com" | 21 | 25 | 0 | 0 |
| "Pinball" | 46 | 179 | 20 | 77 |
| "Prestige" | 2,059 | 3,946 | 1,315 | 1,498 |
| "Project Lucky*" | 0 | 0 | 0 | 0 |
| "put option*" AND "@luckybucksga.com" | 0 | 0 | 0 | 0 |
| "put option*" AND "LB" | 1 | 2 | 0 | 0 |
| "put option*" AND "Lucky Buck*" | 18 | 37 | 0 | 0 |
| "quantum gaming*" | 548 | 812 | 18 | 4 |
| "rbouskill@djb.com" | 4,119 | 4,822 | 40 | 36 |
| "Sayani" | 13 | 40 | 0 | 0 |
| "Sekhri" | 10,360 | 11,274 | 5,795 | 5,896 |
| "Seven Aces*" | 2,855 | 3,671 | 482 | 517 |
| "Shafik" | 124 | 282 | 1 | 0 |
| "Shakeel" | 1,189 | 3,366 | 806 | 1,786 |
| "Shivsena" | 50 | 185 | 0 | 0 |
| "Southern Star" | 336 | 662 | 4 | 4 |
| "Spectrum" | 6,872 | 13,202 | 5,875 | 9,352 |
| "Stephanie" w/30 "Alito" | 2 | 8 | 0 | 0 |
| "Stephanie" w/30 "Lippa" | 2,112 | 2,425 | 11 | 11 |
| "stephanie@sevenaces.com" | 2,139 | 2,370 | 0 | 0 |
| "tony@luckybucksga.com" | 205 | 271 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| "Topaz" | 293 | 792 | 65 | 82 |
| "Trustee" w/30 "LB" | 16 | 93 | 0 | 0 |
| "Trustee" w/30 "Lucky Bucks" | 95 | 254 | 0 | 0 |
| "Unique Amus*" | 60 | 234 | 0 | 0 |
| "Universal Games" | 68 | 241 | 0 | 0 |
| "Vaswani" | 34 | 64 | 20 | 20 |
| **TOTALS** | **114,109** | **169,603** | **30,802** | **42,704** |
| **DUPLICATES** | **65,403** | **101,033** | **0** | **0** |
| **DEDUPLICATED TOTAL** | **48,706** | **68,570** | **30,802** | **42,704** |