**CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, do hereby certify that on July 9, 2026, I caused a copy of the (i) ***Reply in Support of Plaintiff's Motion to Compel and Opposition to the Trive Defendants' Cross-Motion to Compel;*** (ii) ***Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel***; and (iii) ***Motion of Plaintiff to File under Seal Certain Exhibits to the Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel*** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of the filing was served on all registered users of the CM/ECF System that have requested such notification.

*<u>/s/ Bradley P. Lehman</u>*
Bradley P. Lehman (DE No. 5921)