**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | No. 23-10756 (KBO) |
| *Debtor*. | |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding<br><br>No. 24-50130 (KBO) |
| *Plaintiff*, | |
| v. | **Re: Adv. Docket Nos. 208, 211** |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| *Defendants*. | |

**REQUEST FOR A COMBINED ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL AND TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), the above-captioned Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants") hereby request that the Court schedule a combined oral argument on: (a) the *Plaintiff's Motion to Compel* [Adv. Docket No. 208] filed by Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee; and (b) the *Trive Defendants' Cross-Motion to Compel* [Adv. Docket No. 211] filed by the Trive Defendants.

DE:4935-5607-5447.2 85008.00001

The Trive Defendants respectfully submit that a combined oral argument may aid the decisional process.[1]

Dated: July 10, 2026
      Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL
  & JONES LLP

By: */s/ Peter J. Keane*
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

WILMER CUTLER PICKERING
  HALE AND DORR LLP

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363

---

[1] Pursuant to the Order Approving Stipulation for Extension of Certain Briefing Deadlines Related to Trustee's Motion to Compel and Trive Defendants' Cross Motion to Compel [Adv. Docket No. 221], the Trive Defendants' reply deadline on the Cross-Motion to Compel is July 23, 2026. Because briefing is now complete on the Trustee's Motion to Compel and the Trive Defendants are seeking combined oral argument, the Trive Defendants have filed this request early with respect to the briefing on the Cross-Motion to Compel.

2

DE:4935-5607-5447.2 85008.00001

joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani*

3