**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | No. 23-10756 (KBO) |
| *Debtor*. | |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding |
| *Plaintiff*, | No. 24-ap-50130 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF CHARLES C. BRIDGE IN SUPPORT OF
THE TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL [D.I. 211]**

I, Charles C. Bridge, an attorney duly admitted to practice law in the State of New York and the Commonwealth of Massachusetts, declare under penalty of perjury as follows:

1. I am a Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, which is counsel for Trive Capital Management, LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants") in the above-captioned matter. I make this declaration in support of the *Trive Defendants' Cross-Motion to Compel*, filed on June 18, 2026 [D.I. 211].

2. Attached as **Exhibit 59** is a true and accurate copy of a document bearing the bates stamp range CION_0073459 – 460.

3.      Attached as **Exhibit 60** is a true and accurate copy of a document bearing the bates stamp range CION_0073461 – 462.

4.      Attached as **Exhibit 61** is a true and accurate copy of a document bearing the bates stamp range HOULIHAN (TRIVE)_006023 – 035.

5.      Attached as **Exhibit 62** is a true and accurate copy of a document bearing the bates stamp range HOULIHAN (TRIVE)_006533 – 6543.

6.      Attached as **Exhibit 63** is a true and accurate copy of a document bearing the bates stamp range HOULIHAN (TRIVE)_006609 – 610.

7.      Attached as **Exhibit 64** is a true and accurate copy of a document bearing the bates stamp range HOULIHAN (TRIVE)_007097 – 107.

8.      Attached as **Exhibit 65** is a true and accurate copy of a document bearing the bates stamp range BCPARTNERS_0245680 – 681.

9.      Attached as **Exhibit 66** is a true and accurate copy of a document bearing the bates stamp range HAMILTONLANE_0012954 – 955.

10.      Attached as **Exhibit 67** is a true and accurate copy of a document bearing the bates stamp range MARATHON_0008776 – 778.

11.      Attached as **Exhibit 68** is a true and accurate copy of a document bearing the bates stamp range MARATHON_0008798 – 800.

12.      Attached as **Exhibit 69** is a true and accurate copy of a document bearing the bates stamp range HAMILTONLANE_0011623 – 625.

13.      Attached as **Exhibit 70** is a true and accurate copy of a document bearing the bates stamp range MONARCH_0020479 – 481.

14.    Attached as **Exhibit 71** is a true and accurate copy of a document bearing the bates stamp range Trive_00010152 – 153.

15.    Attached as **Exhibit 72** is a true and accurate copy of a document bearing the bates stamp range Trive_209737 – 738.

16.    Attached as **Exhibit 73** is a true and accurate copy of a letter from the Trive Defendants' counsel to Plaintiff's counsel, dated October 21, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated:  July 23, 2026
        New York, New York

                                        _/s/ Charles C. Bridge_____
                                        Charles C. Bridge