# Exhibit 59

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 9 | Date Range: 9/17/2021 |

## Outline of Conversations

 **Untitled** • 9 messages on 9/17/2021 • Ivelin Dmitrov (+12072990488) • Ivelin Dmitrov (12072990488) • Ivelin Dmitrov (2072990488) • Me (+17329399255) • UnknownName (UnknownIdentifier)

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

### 💬 Untitled

**UnknownName (UnknownIdentifier)**      9/17/2021, 6:20 PM

So we passed on the uni deal macquarie was out with on lucky bucks. Holdco is obviously different risk/return so we think that might be better. Houlihan just pinged me on what appears to be the holdco. If you guys are going to look to sell some exposure I'll tread lightly on the NDA with them.

**Ivelin Dmitrov (+12072990488)**      9/17/2021, 6:23 PM

Yeah good point

**Ivelin Dmitrov (+12072990488)**      9/17/2021, 6:24 PM

What would be the appetite if you get there

**Ivelin Dmitrov (+12072990488)**      9/17/2021, 6:24 PM

We'd have prob about 20ish extra

**Ivelin Dmitrov (+12072990488)**      9/17/2021, 6:24 PM

We're taking down 125

**UnknownName (UnknownIdentifier)**      9/17/2021, 6:28 PM

Let me figure that out . If we wanted up to 25 you think you have it for us ?

**Ivelin Dmitrov (+12072990488)**      9/17/2021, 6:30 PM

Yeah the fund is flexible, I have one LP for 35 and one for 20, so the fund underwriting 70. You could get some from us and some from HL too and fill up size

**UnknownName (UnknownIdentifier)**      9/17/2021, 6:34 PM

OK. So I'll get the nda signed when they shoot it over

**UnknownName (UnknownIdentifier)**      9/17/2021, 6:37 PM

I'll see how the nda is phrased.  Because if we only want 15 say, I'd rather derisk you than take from HL

CONFIDENTIAL