# Exhibit 60

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 15 | Date Range: 2/1/2022 |

## Outline of Conversations

 **Untitled** · 15 messages on 2/1/2022 · Ivelin Dmitrov (+12072990488) · Ivelin Dmitrov (12072990488) · Ivelin Dmitrov (2072990488) · Me (+17329399255) · UnknownName (UnknownIdentifier)

 CION_0073461

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **Untitled**

| | | |
|---|---|---|
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 7:25 AM |
| | Hey so sorry got a legal call at 5pm that I have to be on, can we try next Tuesday, so sorry again | |
| UU | **UnknownName (UnknownIdentifier)** | 2/1/2022, 7:59 AM |
| | No worries.  Next week is fine | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:10 PM |
| | Hey | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:10 PM |
| | Did you get notified | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:10 PM |
| | About monarch coming into lucky bucks | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:10 PM |
| | Officially? | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:11 PM |
| | Just saw that they actually closed and funded | |
| UU | **UnknownName (UnknownIdentifier)** | 2/1/2022, 4:11 PM |
| | I got the email from Martino in the first week of Jan. But didn't get confirmation when it funded | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:11 PM |
| | I at least didn't hear about it | |
| UU | **UnknownName (UnknownIdentifier)** | 2/1/2022, 4:11 PM |
| | When did it fund | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:11 PM |
| | Would have thought the agent had to notify us | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:11 PM |
| | Last week I guess | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:12 PM |
| | I'm checking with K&E | |
| ID | **Ivelin Dmitrov (+12072990488)** | 2/1/2022, 4:12 PM |
| | Not a huge deal but annoying | |
| UU | **UnknownName (UnknownIdentifier)** | 2/1/2022, 4:12 PM |
| | I assumed it happened. Ok let me know. We just did our val and represented 7.5x | |

CONFIDENTIAL