# Exhibit 62

| | |
|---|---|
| **From**: | Martino, Anthony [AMartino@HL.com] |
| **Sent**: | 8/27/2021 11:04:36 AM |
| **To**: | Terwilliger, Mike [Mike.Terwilliger@bcpartners.com] |
| **Subject**: | RE: Lucky Bucks - CIP and Model (BC Partners) |
| **Attachments**: | image001.gif; image002.png; image003.gif |

Ok.  We did hear yesterday from another party who is also interested in leading.  They are having this call with management early next week.

**Anthony Martino**
Managing Director — Global Co-Head Capital Markets



245 Park Avenue
New York, NY 10167
212.497.4271 **Work**
646.334.0761 **Mobile**
AMartino@HL.com

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Friday, August 27, 2021 11:03 AM
**To:** Martino, Anthony <AMartino@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Ivelin will follow-up this morning. We are testing interest among our partners for lead status.

**From:** Martino, Anthony <AMartino@HL.com>
**Sent:** Friday, August 27, 2021 10:59 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Mike,

I realize that we are about to get on the call with management.  What was the result of your IC yesterday?

Happy to discuss after this call.

**Anthony Martino**
Managing Director — Global Co-Head Capital Markets



245 Park Avenue
New York, NY 10167
212.497.4271 **Work**

HOULIHAN (TRIVE)_006533

646.334.0761 **Mobile**
AMartino@HL.com

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, August 26, 2021 11:46 AM
**To:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Tomorrow at 11am works well on our end. Very much appreciate you finding us time with management.

**From:** Martino, Anthony <AMartino@HL.com>
**Sent:** Thursday, August 26, 2021 11:41 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

11am ET works for management tomorrow.  Please let us know as soon as possible if this works for you.

Thanks.


**Anthony Martino**
Managing Director – Global Co-Head Capital Markets

 HOULIHAN LOKEY

245 Park Avenue
New York, NY 10167
212.497.4271 **Work**
646.334.0761 **Mobile**
AMartino@HL.com




**From:** Martino, Anthony
**Sent:** Thursday, August 26, 2021 11:29 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

Would 11am ET or Noon ET tomorrow work for an hour call with management?  We are confirming, but think that might work.

CONFIDENTIAL

Anthony Martino
Managing Director – Global Co-Head Capital Markets

 HOULIHAN LOKEY

245 Park Avenue
New York, NY 10167
212.497.4271 **Work**
646.334.0761 **Mobile**
AMartino@HL.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, August 26, 2021 10:44 AM
**To:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Yes, of course. I am free now until noon. Please try my cell at your convenience, 202-246-9113.

Regards,

---

**From:** Martino, Anthony <AMartino@HL.com>
**Sent:** Thursday, August 26, 2021 10:33 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Mike are you available for a quick conversation?

Anthony Martino
Managing Director – Global Co-Head Capital Markets

 HOULIHAN LOKEY

245 Park Avenue
New York, NY 10167
212.497.4271 **Work**
646.334.0761 **Mobile**
AMartino@HL.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, August 26, 2021 10:16 AM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

CONFIDENTIAL

**This message is from an external sender.**

Steve,

Thank you very much for setting up the call with Trive. Our meeting enhanced our understanding of the company as well as the regulatory backdrop.

We are discussing the opportunity as a team this afternoon and can provide feedback this evening or early tomorrow. Frankly, I anticipate we will want to proceed with further diligence and would welcome the chance to speak with management. Can you provide a rough overview of timing for the deal?

Regards,

Mike Terwilliger

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Thursday, August 26, 2021 9:52 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Mike – hope you're having a nice week and thanks, again, for joining the meeting with Trive on Monday. We are checking in on the status of your internal discussions and review. In terms of next steps, once we have your feedback and provided it makes sense, we would look to set your team up with a meeting with management.

Let us know.

Thanks,

**Steve Yan**
Director

**HOULIHAN  LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, August 23, 2021 5:16 PM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Steven,

HOULIHAN (TRIVE)_006536

Thank you for the call this evening and we appreciate the incremental materials. We have reviewed the revised question list and made some modest changes below. Please feel free to pass along to Trive.

Regards,

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 5:47 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] FW: Lucky Bucks - CIP and Model (BC Partners)

Mike / Jason – thanks again for the time over the phone. I culled out/updated some of the items we discussed below. Can you please take a look at the revised list and confirm this works? We'd like to get Trive the list as soon as practicable.

Also, please see attached for the 1L docs, maintenance capex data and a valuation deck.

Thanks,

**Steve Yan**
Director

**HOULIHAN  LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, August 23, 2021 3:27 PM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Steve,

Thank you, we look forward to our call. Please see below for a list of questions. We look forward to our conversation tomorrow.

Trive questions
Deal/Company Specific:

Regulatory:
- What prevents the state from increasing their % of the winning?
  - What incentive does the state *not* have to increase towards the Illinois level?
- What is the status of Senate bill SB 397?
  - Who pushed for it and what prevents from being revisited?
- Let's say GA passed legalized gaming tomorrow, what would happen?
  - What is the time frame for GA at the earliest being able to pass gaming rules?

HOULIHAN (TRIVE)_006537

○ How much $ does the state garner from COAM now?
■ Can you walk me through the state's effective tax rate please?
○ What would happen if payouts in cash or cash cards or gift certificates?
■ From an operator standpoint, is no cash collection objectively good or bad?
■ How do you assess the mobile gaming threat in the state?
○ All states are looking for new sources of income, why not allow iGaming?
○ Mobile gaming is expressly regulated at the state level?
■ Is increasing the number of machines per location something contemplated and would it be meaningful benefit to operators?
○ If you added more machines, that would reduce WPUD but increase total Revenue presumably? Any incremental costs for the terminal operators?
■ If I am not mistaken, the state of Illinois has added new licenses to expand the market. When has GA issued new licenses and do we think that will happen in the future?
○ Would that be a threat (opening up new competitors) or an opportunity for Lucky Bucks (given ability to add new locations)?

Miscellaneous:
■ How will future acquisitions be funded?
○ 11 targets in the pipeline as of June 21, how much capital would that require and order of magnitude EBITDA opportunity?
■ Was there an element of a one-time COVID benefit?
○ Other forms of entertainment were not available?
○ At the time, fewer other avenues for discretionary spending
○ What about potential impact of stimulus rolling off?
■ Discuss ROI of a new machine acquisition
○ How much of a discount do you get as scale-buyer?
○ What is the incremental cash flow from a new machine?
○ Why aren't all the players in the market doing this?
○ The slides mention 24 different types of games. Is there a dynamic where certain games work better in certain locations?
■ What is your capacity to, or interest in, entering new markets?
○ If I am not mistaken, these terminals are video poker and blackjack. Are there other potential areas to expand into?
○ Are slots treated completely differently?
○ Are there adjacencies to the machine business or other verticals you could enter?
▫ Sports gaming kiosks had been mentioned in the slides
■ Can you help me understand the route optimization and how that boosted your Win per Unit per Day?
○ Do these machines require frequent services and on-line time a differentiator?
▫ What is the approximate utilization of your machines vs. your competitors?
■ Slides mention lower customer acquisition and retention costs, how do you acquire customers? Are you allowed to advertise?
■ For renewals, what would be the reason for a non-renewal?
○ What incentives can be offered and what are you the points of negotiation?
○ What are the key dynamics you use as differentiator versus competitors?
■ Slide 33, why is WPUD per state low in GA as well as Rev per Adult lower than other states?

Competitive Dynamics/Valuation:
■ At their investor day, ACEL highlighted GA as a growth market.
○ What impact do you expect they will have in your market?
■ If I am not mistaken, ACEL shares 1% of revenue with Scientific Gaming for developing and maintaining a communication system
○ Does that provide an operational advantage to ACEL?
○ Why has Lucky Bucks not pursued something similar?

CONFIDENTIAL

- ○ What sort of data analytics do you use?
- ▪ Discuss valuation
- ▪ Why are the traditional gaming companies (WYNN, etc.) not in this business?
- ▪ What is Trive's exit and potential timing?

Model-related:
- ▪ EBITDA add-backs,
- ○ #11, what is the settlement, can you walk us through that?

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 11:10 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Thanks Mike. We will be in touch with a zoom invite for 11:30-12:30pm ET tomorrow. Please send your discussion topics list today – thanks again.

Steve Yan
Director

HOULIHAN LOKEY
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, August 23, 2021 10:03 AM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Yes, thank you. That works well on our end.

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 10:54 AM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Jason and team –

Are you available for a one-hour call with Trive tomorrow between 11:30-1 EST? Please let us know. Also, can you please provide a discussion topics list as soon as possible today?

Thanks,

**Steve Yan**
Director

HOULIHAN LOKEY
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Monday, August 23, 2021 8:53 AM
**To:** Yan, Steve <SYan@HL.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Good morning Steve,

Would it be possible to set up some time to discuss Lucky Bucks with Thrive tomorrow (Tues) morning? As Ivelin has indicated, we are familiar with the story but would appreciate some time to dig a bit deeper as we move through our internal review process.

Best,

Jason

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 8:24 AM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Thanks Ivelin

**Steve Yan**
Director

HOULIHAN LOKEY
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Monday, August 23, 2021 6:43 AM
**To:** Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

HOULIHAN (TRIVE)_006540

Hey guys – adding Mike and Jason from the BC team who are working on the opportunity on our end, and will reach out with follow-up questions as we progress our internal discussions – thanks



**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

---

**From:** Mandel, Anna <AMandel@HL.com>
**Sent:** Wednesday, August 18, 2021 9:23 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** [EXTERNAL] Lucky Bucks - CIP and Model (BC Partners)

Ivelin,

Thank you for your interest in the Lucky Bucks financing opportunity. As a follow up, please find attached the CIP and model for your review.

Once you've had a chance to review the materials, please let us know your availability for a call to discuss process and/or the business in greater detail.

Best,
Anna

**Anna Mandel**
Financial Analyst



245 Park Avenue
New York, NY 10167
+1.212.497.7895 **Direct**
+1.973.270.7518 **Mobile**
amandel@hl.com

HL.com

Please consider the environment before printing.

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or

HOULIHAN (TRIVE)_006541

disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by

HOULIHAN (TRIVE)_006542

the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.