# Exhibit 63

**From:**       Martino, Anthony [AMartino@HL.com]
**Sent:**       8/30/2021 1:42:19 PM
**To:**         Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**Subject:**    Re: [EXTERNAL] Lucky Bucks

I thought we would've had an answer last week with respect to whether or not you want to lead or follow?  please let me know as soon as you can. I realize you're at an offsite but we're trying to keep everyone in lockstep.

Anthony Martino
Managing Director —  Co-Head Capital Markets
(212) 497-4271 (Work)
(646) 334-0761 (Cell)
AMartino@HL.com

On Aug 30, 2021, at 1:29 PM, Terwilliger, Mike <Mike.Terwilliger@bcpartners.com> wrote:

**This message is from an external sender.**

Antonio, I hope all is well and that you enjoyed your weekend.

We have an offsite today, so hard to get peoples focus. That said, this is a priority and we are 100% on top of this.

Sent from my iPhone

On Aug 30, 2021, at 11:25 AM, Martino, Anthony <AMartino@hl.com> wrote:

Mike,

I hope you had a nice weekend.  Where is BC regarding your Committee process and with respect to being a lead or a follower?

We are hoping to review the deals from groups this week and potentially pick a path going forward.

Best,

**Anthony Martino**
Managing Director – Global Co-Head Capital Markets

<image001.gif>

245 Park Avenue
New York, NY 10167
212.497.4271 **Work**
646.334.0761 **Mobile**
AMartino@HL.com

CONFIDENTIAL                                                                                          HOULIHAN (TRIVE)_006609

Please consider the environment before printing.

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

                                                                                                                                                                        HOULIHAN (TRIVE)_006610