# Exhibit 64

| | |
|---|---|
| **From:** | Diorio, Dan [DDiorio@HL.com] |
| **Sent:** | 9/20/2021 12:09:30 PM |
| **To:** | Terwilliger, Mike [Mike.Terwilliger@bcpartners.com] |
| **CC:** | Yan, Steve [SYan@HL.com]; Mandel, Anna [AMandel@HL.com] |
| **Subject:** | RE: Lucky Bucks - CIP and Model (BC Partners) |

Mike,

Hope you had a good weekend. The members of the facility referenced below are Summit, Prudential and Michael Dell's family office. We'll also circle back with responses to your broader diligence list once complete.

Best,

**Dan Diorio**
Vice President

HOULIHAN LOKEY
212.497.4227 **Work**
203.470.2748 **Mobile**
ddiorio@hl.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Friday, September 17, 2021 10:00 AM
**To:** Diorio, Dan <DDiorio@HL.com>
**Cc:** Yan, Steve <SYan@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Thank you,

As a follow up, in Dec 2020, United Gaming announced "a new senior secured $250-million multi-draw credit facility (the "Credit Facility") with a New York-based investment group acting as agent." Do we have any color on who this NY investment group is?

Regards,

---

**From:** Diorio, Dan <DDiorio@HL.com>
**Sent:** Thursday, September 16, 2021 10:32 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Cc:** Yan, Steve <SYan@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Mike,

The two players referenced below are United Gaming (#2) and Lucky Fortune (#3). We'll reach back out once we have compiled responses to the broader list sent across this afternoon.

Best,

**Dan Diorio**
Vice President

HOULIHAN LOKEY

HOULIHAN (TRIVE)_007097

212.497.4227 **Work**
203.470.2748 **Mobile**
ddiorio@hl.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, September 16, 2021 2:40 PM
**To:** Diorio, Dan <DDiorio@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Dan, good afternoon—a small clarifying question. During our call, Trive discussed the #2 player in the market (roughly LB's size) and the #3 player in the market (roughly 50% of LB's size). Who are those #2 and #3 players?

---

**From:** Diorio, Dan <DDiorio@HL.com>
**Sent:** Wednesday, September 15, 2021 10:47 PM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Clare Kim <clare.kim@bcpartners.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Jason,

Attached are an initial set of responses to your diligence questions. Note only two remain outstanding and we will follow up once those are complete. Please let us know if you have any questions or if there's anything else we can do to assist.

Best,

**Dan Diorio**
Vice President

HOULIHAN LOKEY
212.497.4227 **Work**
203.470.2748 **Mobile**
ddiorio@hl.com

---

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Wednesday, September 15, 2021 11:05 AM
**To:** Yan, Steve <SYan@HL.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Good morning Steve,

Following up on the questions we sent over late last week, could you kindly provide an ETA?

Best,

Jason

---

CONFIDENTIAL

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, September 13, 2021 10:41 AM
**To:** Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Thanks Jason – we will be back to you with responses.

**Steve Yan**
Director

**HOULIHAN  LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Monday, September 13, 2021 9:39 AM
**To:** Yan, Steve <SYan@HL.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Thank you, Steve. Apologies, but would like to tack one more onto the list. Can you kindly provide some color on the process that saw an increase in the GLC tax rate from 9% to 10%, and what the resulting impact on the business was?

Thank you,

Jason

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Friday, September 10, 2021 6:21 PM
**To:** Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>; Clare Kim <clare.kim@bcpartners.com>
**Subject:** [EXTERNAL] Re: Lucky Bucks - CIP and Model (BC Partners)

Thanks Jason - we will revert with written responses and some times for a call to discuss any requests, as applicable

**Steve Yan**
Director

**HOULIHAN  LOKEY**
312.462.6488 **Work**
312.420.8995 **Mobile**

SYan@HL.com

HOULIHAN (TRIVE)_007099

On Sep 10, 2021, at 5:06 PM, Young, Jason <Jason.Young@bcpartners.com> wrote:

**This message is from an external sender.**

Hi Steve,

Sorry to drop this list on you late on a Friday, but we had some follow up questions come up during diligence that we'd love to get your thoughts on. See below, happy to jump on the phone early next week to discuss.

- Can you confirm the TEV of purchase price from Trive deal in 2020?
- Regulatory
- Have any of the 45 states not doing COAM tried but failed to get approval to introduce COAM?
- Are there any predatory lending issues or preying on parts of society issues that create regulatory risk for the credit?
- What are precedents around the effect of legalization of casino gambling on incumbent distributed gaming industries?
- Regarding the recent vote in GA house to decide against legalization of gambling – who proposed this bill (am I right to think Larry Walker?) and what was the vote count on this issue?
- C-store relationships
- Any analysis around positive traffic effect on c-stores/gas stations who have the slots?
- Machines
- To confirm, Lucky Bucks purchases the machines for $12k and owns them outright correct?
- How does $12k to $16k price compare to ASP of a slot machine IGT sells?
- What does IGT say about distributed gaming market in its financials and expectations around long-term price increases?
- What fraction of IGT's revenue is from these machines as opposed to machines in casinos?
- What has been the average purchase price across the 2977 COAMs Lucky Bucks has purchased?
- What is IGT's gross margin on the sale?
- Is IGT required for any maintenance / upgrades?
- The 3-5% capex as % of revenue – is this on hardware or some type of contract with IGT?
- Hope scholarship
- Annual amt of money doled out for hope scholarship
- Annual amount of cash flow to state from its share of the COAMs
- Effect of rising cost of college on the income statement of the hope scholarship program
- Cohort analysis
- If rev/transaction is 25c, what is rev/yr/user (ie how much is driven by repeat activity from individual customers)
- Who is United Gaming?

Best,

Jason

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 5:47 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Cc:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Mandel, Anna <AMandel@HL.com>
**Subject:** [EXTERNAL] FW: Lucky Bucks - CIP and Model (BC Partners)

Mike / Jason – thanks again for the time over the phone. I culled out/updated some of the items we discussed below. Can you please take a look at the revised list and confirm this works? We'd like to get Trive the list as soon as practicable.

Also, please see attached for the 1L docs, maintenance capex data and a valuation deck.

Thanks,

**Steve Yan**
Director

**HOULIHAN LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, August 23, 2021 3:27 PM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Steve,

Thank you, we look forward to our call. Please see below for a list of questions. We look forward to our conversation tomorrow.

Trive questions
Deal/Company Specific:

Regulatory:
- What prevents the state from increasing their % of the winning?
  - What incentive does the state *not* have to increase towards the Illinois level?
- What is the status of Senate bill SB 397?
  - Who pushed for it and what prevents from being revisited?
- Let's say GA passed legalized gaming tomorrow, what would happen?
  - What is the time frame for GA at the earliest being able to pass gaming rules?
  - How much $ does the state garner from COAM now?
- Can you walk me through the state's effective tax rate please?
  - What would happen if payouts in cash or cash cards or gift certificates?
- From an operator standpoint, is no cash collection objectively good or bad?
- How do you access the mobile gaming threat in the state?
  - All states are looking for new sources of income, why not allow iGaming?
  - Mobile gaming is expressly regulated at the state level?
- Is increasing the number of machines per location something contemplated and would it be meaningful benefit to operators?
  - If you added more machines, that would reduce WPUD but increase total Revenue presumably? Any incremental costs for the terminal operators?
- If I am not mistaken, the state of Illinois has added new licenses to expand the market. When has GA issued new licenses and do we think that will happen in the future?
  - Would that be a threat (opening up new competitors) or an opportunity for Lucky Bucks (given ability to add new locations)?

HOULIHAN (TRIVE)_007101

Miscellaneous:
- How will future acquisitions be funded?
  - 11 targets in the pipeline as of June 21, how much capital would that require and order of magnitude EBITDA opportunity?
- Was there an element of a one-time COVID benefit?
  - Other forms of entertainment were not available?
  - At the time, fewer other avenues for discretionary spending
  - What about potential impact of stimulus rolling off?
- Discuss ROI of a new machine acquisition
  - How much of a discount do you get as scale-buyer?
  - What is the incremental cash flow from a new machine?
  - Why aren't all the players in the market doing this?
  - The slides mention 24 different types of games. Is there a dynamic where certain games work better in certain locations?
- What is your capacity to, or interest in, entering new markets?
  - If I am not mistaken, these terminals are video poker and blackjack. Are there other potential areas to expand into?
  - Are slots treated completely differently?
  - Are there adjacencies to the machine business or other verticals you could enter?
  - Sports gaming kiosks had been mentioned in the slides
- Can you help me understand the route optimization and how that boosted your Win per Unit per Day?
  - Do these machines require frequent services and on-line time a differentiator?
  - What is the approximate utilization of your machines vs. your competitors?
- Slides mention lower customer acquisition and retention costs, how do you acquire customers? Are you allowed to advertise?
- For renewals, what would be the reason for a non-renewal?
  - What incentives can be offered and what are you the points of negotiation?
  - What are the key dynamics you use as differentiator versus competitors?
- Slide 33, why is WPUD per state low in GA as well as Rev per Adult lower than other states?

Competitive Dynamics/Valuation:
- At their investor day, ACEL highlighted GA as a growth market.
  - What impact do you expect they will have in your market?
- If I am not mistaken, ACEL shares 1% of revenue with Scientific Gaming for developing and maintaining a communication system
  - Does that provide an operational advantage with ACEL?
  - Why has lucky bucks not pursued something similar?
  - What sort of data analytics do you use?
- Discuss valuation
- Why are the traditional gaming companies (WYNN, etc.) not in this business?
- What is Trive's exit and potential timing?

Model-related:
- EBITDA add-backs,
  - #11, what is the settlement, can you walk us through that?

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 11:10 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Thanks Mike. We will be in touch with a zoom invite for 11:30-12:30pm ET tomorrow. Please send your discussion topics list today – thanks again.

**Steve Yan**
Director

**HOULIHAN LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, August 23, 2021 10:03 AM
**To:** Yan, Steve <SYan@HL.com>; Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

---

Yes, thank you. That works well on our end.

---

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 10:54 AM
**To:** Young, Jason <Jason.Young@bcpartners.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Jason and team –

Are you available for a one-hour call with Trive tomorrow between 11:30-1 EST? Please let us know. Also, can you please provide a discussion topics list as soon as possible today?

Thanks,

**Steve Yan**
Director

**HOULIHAN LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

---

**From:** Young, Jason <Jason.Young@bcpartners.com>
**Sent:** Monday, August 23, 2021 8:53 AM
**To:** Yan, Steve <SYan@HL.com>; Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

HOULIHAN (TRIVE)_007103

Good morning Steve,

Would it be possible to set up some time to discuss Lucky Bucks with Thrive tomorrow (Tues) morning? As Ivelin has indicated, we are familiar with the story but would appreciate some time to dig a bit deeper as we move through our internal review process.

Best,

Jason

**From:** Yan, Steve <SYan@HL.com>
**Sent:** Monday, August 23, 2021 8:24 AM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>; Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** [EXTERNAL] RE: Lucky Bucks - CIP and Model (BC Partners)

Thanks Ivelin

**Steve Yan**
Director

**HOULIHAN LOKEY**
+1.312.462.6488 **Work**
+1.312.420.8995 **Mobile**
syan@hl.com

**From:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Sent:** Monday, August 23, 2021 6:43 AM
**To:** Mandel, Anna <AMandel@HL.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Diorio, Dan <DDiorio@HL.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Young, Jason <Jason.Young@bcpartners.com>
**Subject:** RE: Lucky Bucks - CIP and Model (BC Partners)

**This message is from an external sender.**

Hey guys – adding Mike and Jason from the BC team who are working on the opportunity on our end, and will reach out with follow-up questions as we progress our internal discussions – thanks

<image001.png>
**BC Partners Advisors L.P.**

**Ivelin M. Dimitrov, CFA**
650 Madison Avenue, 23rd Floor | New York, NY 10022
tel: (646) 768-1691 | cell: (207) 299-0488
ivelin.dimitrov@bcpartners.com

**From:** Mandel, Anna <AMandel@HL.com>
**Sent:** Wednesday, August 18, 2021 9:23 PM
**To:** Dimitrov, Ivelin <Ivelin.Dimitrov@bcpartners.com>
**Cc:** Martino, Anthony <AMartino@HL.com>; Yan, Steve <SYan@HL.com>; Diorio, Dan <DDiorio@HL.com>
**Subject:** [EXTERNAL] Lucky Bucks - CIP and Model (BC Partners)

HOULIHAN (TRIVE)_007104

Ivelin,

Thank you for your interest in the Lucky Bucks financing opportunity. As a follow up, please find attached the CIP and model for your review.

Once you've had a chance to review the materials, please let us know your availability for a call to discuss process and/or the business in greater detail.

Best,
Anna

**Anna Mandel**
Financial Analyst

<image002.gif>

245 Park Avenue
New York, NY 10167
+1.212.497.7895 **Direct**
+1.973.270.7518 **Mobile**
amandel@hl.com

HL.com
<image003.gif>

Please consider the environment before printing.

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

HOULIHAN (TRIVE)_007106

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

CONFIDENTIAL