# Exhibit 65

# Document Filed Under Seal