# Exhibit 66

Appointment

| | |
|---|---|
| **From:** | Emily Lozada [elozada@hamiltonlane.com] |
| **Sent:** | 8/10/2023 8:47:04 PM |
| **To:** | Nayef Perry [nperry@hamiltonlane.com]; Bill Toner [btoner@hamiltonlane.com]; Olivia Traynor [otraynor@hamiltonlane.com]; Terwilliger, Mike [Mike.Terwilliger@bcpartners.com] |

| | |
|---|---|
| **Subject:** | LB Catch-up |
| **Location:** | https://hamiltonlane.zoom.us/j/96445444366 |

| | |
|---|---|
| **Start:** | 8/11/2023 2:00:00 PM |
| **End:** | 8/11/2023 2:30:00 PM |
| **Show Time As:** | Busy |

**Recurrence:**    (none)

Emily Lozada is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://hamiltonlane.zoom.us/j/96445444366

Meeting ID: 964 4544 4366

---

One tap mobile
+13092053325,,96445444366# US
+13126266799,,96445444366# US (Chicago)

---

Dial by your location
- +1 309 205 3325 US
- +1 312 626 6799 US (Chicago)
- +1 646 931 3860 US
- +1 929 436 2866 US (New York)
- +1 301 715 8592 US (Washington DC)
- +1 305 224 1968 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 669 444 9171 US
- +1 669 900 6833 US (San Jose)
- +1 689 278 1000 US
- +1 719 359 4580 US
- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 346 248 7799 US (Houston)
- +1 360 209 5623 US
- 877 853 5257 US Toll-free
- 888 475 4499 US Toll-free

CONFIDENTIAL

Meeting ID: 964 4544 4366

Find your local number: https://hamiltonlane.zoom.us/u/a9Wh35fzO

---

Join by SIP
• 96445444366@zoomcrc.com

---

Join by H.323
• 162.255.37.11 (US West)
• 162.255.36.11 (US East)
• 221.122.88.195 (China)
• 115.114.131.7 (India Mumbai)
• 115.114.115.7 (India Hyderabad)
• 213.19.144.110 (Amsterdam Netherlands)
• 213.244.140.110 (Germany)
• 103.122.166.55 (Australia Sydney)
• 103.122.167.55 (Australia Melbourne)
• 209.9.211.110 (Hong Kong SAR)
• 64.211.144.160 (Brazil)
• 69.174.57.160 (Canada Toronto)
• 65.39.152.160 (Canada Vancouver)
• 207.226.132.110 (Japan Tokyo)
• 149.137.24.110 (Japan Osaka)

Meeting ID: 964 4544 4366

HAMILTONLANE_0012955