# Exhibit 67

# Document Filed Under Seal