# Exhibit 68

Message
_____

**From:**      Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**Sent:**      1/5/2023 9:20:42 AM
**To:**        Patrick Fallon [Patrick.Fallon@monarchlp.com]; Nate Johnson [njohnson@marathonfund.com]
**Subject:**   RE: [EXTERNAL] LB


We have salvaged the PWP and CBRE team this morning. Our 63% will eat the delta of PWP's minimum fees.  We will get docs to finalize advisors as soon as possible.


**From:** Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Sent:** Thursday, January 5, 2023 8:51 AM
**To:** Nate Johnson <njohnson@marathonfund.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: [EXTERNAL] LB

Are we set up?  Can we get the advisors NDAs and get a kick off call on the calendar.

Patrick Fallon
Monarch Alternative Capital LP
+1-212-554-1757

**From:** Patrick Fallon
**Sent:** Wednesday, January 4, 2023 8:41 PM
**To:** Nate Johnson <njohnson@marathonfund.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** RE: [EXTERNAL] LB

My expectation is that those will be the fees anyway since we will have to bring on GLC.  I don't want PWP thinking they are making more when they can't deliver the correct services.  This is also contingent on Scion and Hamilton Lane joining the group formally and signing the engagement letter.  I don't want to hold of the process for them to actually sign but I will take your word that they will sign in the next couple of days.

Patrick Fallon
Monarch Alternative Capital LP
+1-212-554-1757

**From:** Nate Johnson <njohnson@marathonfund.com>
**Sent:** Wednesday, January 4, 2023 8:37 PM
**To:** Patrick Fallon <Patrick.Fallon@monarchlp.com>; Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Subject:** Re: [EXTERNAL] LB

[External Sender]
Mike - this is not what we expected following our call last night. We are nonetheless out of time. My vote is also for Rothschild. Please move this process forward and ensure that we have someone engaged by noon tomorrow one way or another.

Get Outlook for iOS

**From:** Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Sent:** Wednesday, January 4, 2023 7:12:26 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Nate Johnson <njohnson@marathonfund.com>
**Subject:** RE: [EXTERNAL] LB

CONFIDENTIAL                                                                      MARATHON_0008798

We are out of time.  The company is out of cash at the end of the month.  This is costing us money now.

My vote is to go with CBRE since they will add more value in the next three weeks.  If you are outvoting us via your proxy for Scion Hamilton Lane, I would suggest you have them sign the engagement letters with us and we can sign up PWP.  Completely ridiculous outcome.

Patrick Fallon
Monarch Alternative Capital LP
+1-212-554-1757

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Wednesday, January 4, 2023 6:42 PM
**To:** Nate Johnson <njohnson@marathonfund.com>; Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Subject:** Fwd: [EXTERNAL] LB

[External Sender]
We're still fighting here, but sharing PWP's latest minimum fee.

Begin forwarded message:

**From:** Alexander Tracy <atracy@pwpartners.com>
**Date:** January 4, 2023 at 6:31:35 PM EST
**To:** "Terwilliger, Mike" <Mike.Terwilliger@bcpartners.com>
**Subject: [EXTERNAL] LB**

Mike,

As discussed, we went back internally to push on this and can get to $1m / $1.5m / $2.5m on A&E / LM / restructuring, respectively.  Let us know if that works.

Alex

**ALEXANDER TRACY**
*Partner*

**PERELLA WEINBERG PARTNERS**
767 Fifth Avenue
New York, NY 10153
T:  +1 (646) 680-8199
M: +1 (917) 589-5293
atracy@pwpartners.com

Partners have limited liability status

Disclaimer

Please see our updated privacy policies (https://www.pwpartners.com/privacy) as well as important information regarding email disclosures (https://www.pwpartners.com/email-disclosures)

Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20

MARATHON_0008799

7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

NOTICE: This e-mail, including attachments, is intended for the exclusive use of the person to whom it is addressed and may contain confidential information. Such information also may be legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.

This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, the information in this e-mail by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

NOTICE: This e-mail, including attachments, is intended for the exclusive use of the person to whom it is addressed and may contain confidential information. Such information also may be legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

CONFIDENTIAL

MARATHON_0008800