# Exhibit 69

Message

---

**From:** Terwilliger, Mike [Mike.Terwilliger@bcpartners.com]
**Sent:** 5/30/2023 9:53:14 AM
**To:** Nayef Perry [nperry@hamiltonlane.com]
**CC:** Olivia Traynor [otraynor@hamiltonlane.com]; Emily Lozada [elozada@hamiltonlane.com]
**Subject:** RE: [EXT] B2G Data-room

**Caution: This email is from an external source. Please use caution with any links or attachments.**

It seems our emails crossed. 1pm works well. Secondly, Grant is meeting with Opco lenders today at 2pm. Please let me know if you'd like to participate as well.

**From:** Nayef Perry <nperry@hamiltonlane.com>
**Sent:** Tuesday, May 30, 2023 9:52 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Cc:** Olivia Traynor <otraynor@hamiltonlane.com>; Emily Lozada <elozada@hamiltonlane.com>
**Subject:** [EXTERNAL] RE: [EXT] B2G Data-room

Hi Mike,

Apologies for the delay as I was on the road. Olivia may have reached out but is out this week.

Are you available today: 1-1:30pm, 3:30-4:30pm?

Best,

Nayef

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Thursday, May 25, 2023 6:03 PM
**To:** Nayef Perry <nperry@hamiltonlane.com>
**Cc:** Olivia Traynor <otraynor@hamiltonlane.com>; Ryan Nassib <rnassib@hamiltonlane.com>
**Subject:** RE: [EXT] B2G Data-room

**Caution: This email is from an external source. Please use caution with any links or attachments.**

Nayef-

Please let me know if you have time for a quick LB update.

Regards,

**From:** Nayef Perry <nperry@hamiltonlane.com>
**Sent:** Tuesday, April 25, 2023 11:08 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Cc:** Olivia Traynor <otraynor@hamiltonlane.com>; Ryan Nassib <rnassib@hamiltonlane.com>
**Subject:** [EXTERNAL] RE: [EXT] B2G Data-room

CONFIDENTIAL

Hi Mike – please add the Cc'ed group here on the HL side. Thank you

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Tuesday, April 25, 2023 9:52 AM
**To:** Patrick Fallon <Patrick.Fallon@monarchlp.com>; njohnson@marathonfund.com; Joseph Elsabee <jelsabee@cioninvestments.com>; Nayef Perry <nperry@hamiltonlane.com>
**Subject:** [EXT] B2G Data-room

**Caution:** This email is from an external source. Please use caution with any links or attachments.

Gentlemen-

Our investigative service, B2G, will set-up a data-room to enable us to access their research thus far. B2G will provide a comprehensive "prosecutorial report" at the end of their efforts, but we can review their source materials. Please let me know names and email for whom on your teams would like to access. For emphasis, we need to ensure this information remains tightly held within our group.

Happy to speak directly if needed.

Regards,

BC PARTNERS

**Mike Terwilliger, CFA**
BC Partners Advisors L.P.
650 Madison Avenue, 23rd Floor
New York, NY 10022
tel: (212) 891-5042 | cell: (917) 526-1749
Mike.Terwilliger@bcpartners.com

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

**Disclaimer**

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions

CONFIDENTIAL

presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.


## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

HAMILTONLANE_0011625