# Exhibit 70

Message
_____

**From:**  Nate Johnson [njohnson@marathonfund.com]
**Sent:**  9/11/2023 12:14:33 PM
**To:**   Wayne, Steven (Operating Advisor) [steven.wayne.oa@bcpartners.com]; Terwilliger, Mike
    [Mike.Terwilliger@bcpartners.com]; Patrick Fallon [Patrick.Fallon@monarchlp.com]
**CC:**   Schafer, Patrick [Patrick.Schafer@bcpartners.com]
**Subject:** RE: [EXTERNAL] Re:


[External Sender]
Fine here

_____

**From:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>
**Sent:** Monday, September 11, 2023 12:11 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Patrick Fallon <Patrick.Fallon@monarchlp.com>; Nate Johnson <njohnson@marathonfund.com>
**Cc:** Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:** RE: [EXTERNAL] Re:


Works for me.

_____

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, September 11, 2023 11:38 AM
**To:** Patrick Fallon <Patrick.Fallon@monarchlp.com>; Nate Johnson <njohnson@marathonfund.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:** RE: [EXTERNAL] Re:


Yes, I can make that work. Everyone else?

_____

**From:** Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Sent:** Monday, September 11, 2023 11:09 AM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Nate Johnson <njohnson@marathonfund.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:** Re: [EXTERNAL] Re:


Could we do 8am on Wednesday?

Patrick Fallon
Monarch Alternative Capital LP
+1-212-554-1757

_____

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Monday, September 11, 2023 9:59:19 AM
**To:** Nate Johnson <njohnson@marathonfund.com>; Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:** RE: [EXTERNAL] Re:


[External Sender]
Thank you, Nate.

CONFIDENTIAL                          MONARCH_0020479

Patrick Fallon, any availability to connect briefly on this?

**From:** Nate Johnson <njohnson@marathonfund.com>
**Sent:** Friday, September 8, 2023 6:38 PM
**To:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>; Patrick Fallon <Patrick.Fallon@monarchlp.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:** [EXTERNAL] Re:

I can catch up Monday afternoon or Wednesday morning

Get Outlook for iOS

**From:** Terwilliger, Mike <Mike.Terwilliger@bcpartners.com>
**Sent:** Friday, September 8, 2023 4:53:30 PM
**To:** Patrick Fallon <Patrick.Fallon@monarchlp.com>; Nate Johnson <njohnson@marathonfund.com>
**Cc:** Wayne, Steven (Operating Advisor) <steven.wayne.oa@bcpartners.com>; Schafer, Patrick <Patrick.Schafer@bcpartners.com>
**Subject:**

Patrick and Nate, we'd love to have a brief conversation next week about the potential "separate peace" with uncertain members of LB management; this could create some dissention in the ranks. No need for advisors, but I would value your perspective.

Let me know what works best on your end.

Regards,

BC PARTNERS

**Mike Terwilliger, CFA**
BC Partners Advisors L.P.
650 Madison Avenue, 23rd Floor
New York, NY 10022
tel: (212) 891-5042 | cell: (917) 526-1749
Mike.Terwilliger@bcpartners.com

Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, the information in this e-mail by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

---

NOTICE: This e-mail, including attachments, is intended for the exclusive use of the person to whom it is addressed and may contain confidential information. Such information also may be legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.

## Disclaimer

This email is confidential and may be privileged or otherwise protected from disclosure. It may be read, copied and used only by the intended recipient. If you have received it in error, please notify the sender immediately by reply e-mail (or telephone +44 (0) 20 7009 4800) and then delete this message from your system; you are kindly requested not to copy or use it for any purpose or disclose its contents to any person. Email is not a secure method of communication, and emails may be interfered with or intercepted, or contain defects, and may not be successfully replicated on other systems. BC Partners do not warrant that this e-mail, and any attachments, are virus free. You should take full responsibility for virus checking. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of BC Partners LLP. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell investments of any type. BC Partners LLP is authorised and regulated by the Financial Conduct Authority.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**.

MONARCH_0020481