# Exhibit 71

| | |
|---|---|
| **From:** | Conner Searcy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=276B1B97FFEC410B9BD77B4878B0BA2E-CONNERSEARC] |
| **Sent:** | 12/11/2020 1:48:56 PM |
| **To:** | Shravan Thadani [shravanthadani@trivecapital.com] |
| **Subject:** | Fwd: COAM Gift Card Update - Non-Responding Location License Holder Participants |

Conner Searcy
Trive Capital
214.686.0440 cell
connersearcy@trivecapital.com

Begin forwarded message:

**From:** Michael Parham <MPARHAM@galottery.org>
**Date:** December 11, 2020 at 1:42:34 PM EST
**To:** COAM Reporting <COAMReporting@galottery.org>
**Subject: COAM Gift Card Update - Non-Responding Location License Holder Participants**

Dear Master License Holder,

The purpose of this email is to provide you with an update on the current events involving your participating location(s) and the Coin Operated Amusement (COAM) Gift Card Pilot Program.

Your participating location(s) should have already received the COAM Gift Card Program Participation email at their primary email address on file with the Georgia Lottery Corporation (GLC) COAM Division. <u>Preliminary indicators of the roll-out are that many selected locations are not responding to the invitation to join the COAM Gift Card Pilot Program.</u> If your participating location(s) for the COAM Gift Card Program has received their Participation email but they have not registered as of today, the GLC COAM Division is asking you to please reach out to your participating location(s) and encourage them to register immediately so they can take advantage of this unique opportunity. If your participating
locations have not received the Participation email, please have them begin the registration process by going to the InComm website at https://www.incomm.com/gacoam-register and completing the COAM Gift Card Pilot Program page.
As participating location(s) register on-line and COAM Gift Cards are delivered to your participating location(s), the GLC will be distributing signage to the locations making the players aware of the COAM Gift Card as a prize redemption option. While we understand that space inside businesses is often at a premium, we encourage the displaying of the signage and awareness of the COAM Gift Card Program.

Soon, each of you will be provided with a supply of COAM Gift Card promotional decals which are very similar in size to our Play Responsibly decals. It will be the responsibility of the MLH to place one (1) promotional decal on each Class B COAM at your participating location(s). It is important to note, that if there is the need for any of the Class B COAMs to be replaced at the participating location, the COAM Gift Card promotional decal <u>MUST</u> be removed from the COAM before it may be placed into a non-participating location. MLHs will be provided with an overage supply of promotional decals specifically for this purpose.

Trive_00010152

As a reminder the COAM Gift Card Pilot Program's success depends largely on the COAM industry's efforts to support this endeavor. Letting the players and all employees at the location(s) know that the COAM Gift Card Program is available as a redemption option, will be essential during this roll-out phase. We encourage your continued support of your participating locations and hope that, in collaboration with the selected locations, the excitement for this unique opportunity is sustained.

Lastly, the GLC would like to highlight that this is a pilot program by definition, and the locations that have been chosen for the program are among a finite pool of participants.  While you may have additional locations that you feel would be suitable for the program, we are not making any additions to the participant pool. We sincerely appreciate your collaborative efforts with the COAM Gift Card Program, and we look forward to working with you in advancing the idea of a COAM Gift Card as a redemption option for players.

If you or your participating location(s) have any questions about the registration process, contact InComm for assistance at 1(800)571-1376 or send an email to gacoam@incomm.com.

Thank you for your support.

Georgia Lottery Corporation
COAM Division

CONFIDENTIAL

Trive_00010153