# Exhibit 72

| | |
|---|---|
| **From:** | Conner Searcy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=276B1B97FFEC410B9BD77B4878B0BA2E-CONNERSEARC] |
| **Sent:** | 2/25/2021 1:23:06 PM |
| **To:** | Shravan Thadani [shravanthadani@trivecapital.com] |
| **Subject:** | FW: CANCELLATION FORM 60933 |
| **Attachments:** | Macon Prime Coam #60933 - Cancellation Form.pdf |

**Conner Searcy**
**Trive Capital**
2021 McKinney Avenue
Suite 1200
Dallas, TX 75201
214.499.9722 tel
214.686.0440 cell
connersearcy@trivecapital.com
www.trivecapital.com

**From:** Reginald Tartt <RTartt@galottery.org>
**Sent:** Thursday, February 25, 2021 12:17 PM
**To:** John McCormack <john.mccormack@intralot.us>; 'Georgia MAC' <GeorgiaMAC@intralot.us>; 'Maureen.Matherne@intralot.us' <Maureen.Matherne@intralot.us>; 'anil@luckybucksga.com' <anil@luckybucksga.com>; Conner Searcy <connersearcy@trivecapital.com>; 'compliance@luckybucksga.com' <compliance@luckybucksga.com>; 'Tauheedah Dewitt' <tauheedah@luckybucksga.com>; Tony Kassam <tony@luckybucksga.com>
**Cc:** Chris Boncek <cboncek@galottery.org>; Tony B. Williams <tbwilliams@galottery.org>; Kristi Snellings <ksnellings@galottery.org>; Lisa Covin <lcovin@galottery.org>; Julie Barker <jbarker@galottery.org>; Chris Foss <cfoss@galottery.org>; Adel Mason <amason@galottery.org>; James Session <jsession@galottery.org>; Linda Walker <lwalker@galottery.org>; Zenovia Dewitt <zdewitt@galottery.org>; Jasmine Marshall <jmarshall@galottery.org>; LaShandra Mickel <lmickel@galottery.org>; MarQueita Boyd <mboyd@galottery.org>; Tiffany Walker <twalker@galottery.org>; Shameka Harris <sharris@galottery.org>; Melisa Vega-Avilez <mvega-avilez@galottery.org>
**Subject:** FW: CANCELLATION FORM 60933

All,

Based on the cancellation letter received, the machines have been disabled and Tauheedah with the MLH notified as of 2/25/2021 to remove COAMs.  This location is approved for decommission and removal.  The MLH must contact Intralot and follow proper decommission and removal protocol.  Failure to do so may result in a citation and or fine.

Thanks

**From:** Tiffany Walker <twalker@galottery.org>
**Sent:** Wednesday, February 17, 2021 2:44 PM
**To:** Reginald Tartt <RTartt@galottery.org>; Chris Boncek <cboncek@galottery.org>; Julie Barker <jbarker@galottery.org>; Chris Foss <cfoss@galottery.org>
**Cc:** RCA-COAM <RCA-COAM@galottery.org>
**Subject:** CANCELLATION FORM 60933

Confidential – Subject to Protective Order

**Tiffany Walker**
**Retailer Contracts Coordinator, RCA COAM**
Georgia Lottery Corporation
**O:** +1 (404) 215-5095  **F:** + 1 (404) 215-8897
twalker@galottery.org | www.galottery.com [gcc02.safelinks.protection.outlook.com]

Confidential – Subject to Protective Order