**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LUCKY BUCKS HOLDINGS LLC, | No. 23-10756 (KBO) |
| *Debtor*. | |
| MARC ABRAMS, In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee, | Adversary Proceeding |
| *Plaintiff*, | No. 24-ap-50130 (KBO) |
| v. | |
| TRIVE CAPITAL MANAGEMENT LLC, *et al.*, | |
| *Defendants*. | |

**ORDER AUTHORIZING THE SEALING OF CERTAIN PORTIONS OF**
**THE DECLARATION OF CHARLES C. BRIDGE IN SUPPORT OF**
**THE TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL**

Upon the *Trive Defendants' Motion to Seal Certain Portions of the Reply Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel and the Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel*, dated July 28, 2026 (the "Motion");[1] and due and sufficient notice of the Motion having been provided under the particular circumstances and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the parties; and the Court having determined the legal and factual bases set forth in the Motion establish just

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

cause for the relief granted herein; after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED.

2.      The Trive Defendants are authorized to file under seal Exhibits 65 and 67 to the Bridge Declaration.

3.      Exhibits 65 and 67 shall remain under seal until August 18, 2026.  If no objections to the public disclosure of Exhibits 65 and 67 are filed by such date, the Trive Defendants shall file unredacted versions of Exhibits 65 and 67 within three business days thereafter.  If one or more objections are filed by such date, Exhibits 65 and 67 shall remain under seal until further order of the Court.

4.      This Court shall retain jurisdiction to interpret and implement the provisions of this Order.

Dated: _____, 2026

_____
The Honorable Karen B. Owens
United States Bankruptcy Judge