**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>*Debtor*. | Chapter 7<br><br>No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>*Plaintiff*,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>*Defendants*. | Adversary Proceeding<br><br>No. 24-50130 (KBO)<br><br>**Re: Adv. D.I. 208, 209, 210, 211, 212, 213, 214, 222, 223, 224, 226, 231, and 232, 234, 235, and 236** |

**NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF'S MOTION TO COMPEL BRIEFING AND TRIVE DEFENDANTS' CROSS-MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that briefing is complete on: (a) the *Plaintiff's Motion to Compel* [Adv. D.I. 208] (the "Plaintiff's Motion to Compel") filed by Marc Abrams, in his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee (the "Plaintiff"); and (b) and *Trive Defendants' Cross-Motion to Compel* [Adv. D.I. 211] (the "Cross- Motion to Compel") filed by Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII Luck LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani (collectively, the "Trive Defendants")

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection with the Plaintiff's Motion to Compel and Cross-Motion to Compel.

| TAB | Document | D.I. |
|---|---|---|
| 1. | Plaintiff's Motion to Compel | 208 |
| 2. | Memorandum of Law in Support of Plaintiff's Motion to Compel | 209 |
| 3. | Declaration of Mario O. Gazzola in Support of Marc Abrams' Motion to Compel | 210 |
| 4. | Trive Defendants' Cross-Motion to Compel | 211 |
| 5. | [SEALED] Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel | 212 |
| 6. | [SEALED] Declaration in Support / Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Cross-Motion to Compel and In Opposition to the Trustee's Motion to Compel | 213 |
| 7. | Declaration of Shravan Thadani in Support of the Trive Defendants' Cross-Motion to Compel and the Trive Defendants' Opposition to the Trustee's Motion to Compel | 214 |
| 8. | Reply in Support of Plaintiff's Motion to Compel and Opposition to the Trive Defendants' Cross-Motion to Compel | 222 |
| 9. | Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel | 223 |
| 10. | [SEALED] Exhibit(s) Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel | 224 |
| 11. | Request for Oral Argument | 226 |
| 12. | [SEALED] Reply Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel | 231 |
| 13. | [SEALED] Declaration in Support Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel | 232 |
| 14. | Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel | 234 |
| 15. | [REDACTED VERSION] Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel | 235 |
| 16. | Trive Defendants' Motion to Seal Certain Portions of the Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel | 236 |

**PLEASE TAKE FURTHER NOTICE** that the Trive Defendants previously requested combined oral argument with respect to the Plaintiff's Motion to Compel and Cross-Motion to Compel [Adv. D.I. 226].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Karen B. Owens.

Dated: July 31, 2026
Wilmington, Delaware

Respectfully submitted,

PACHULSKI STANG ZIEHL
& JONES LLP

By: /s/ Peter J. Keane
Laura Davis Jones (No. 2436)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
(t) (302) 652-4100
(f) (302) 652-4400
ljones@pszjlaw.com
pkeane@pszjlaw.com

-and-

WILMER CUTLER PICKERING
HALE AND DORR LLP

Philip D. Anker (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
Charles C. Bridge (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com
charles.bridge@wilmerhale.com

Joel Millar (admitted *pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
joel.millar@wilmerhale.com

*Attorneys for Defendants Trive Capital Management LLC, Trive Capital Fund III LP, Trive Capital Fund III-A LP, TCFIII LUCK LP, TCFIII Luck SPV LP, TCFIII Luck Acquisition LLC, Southern Star Gaming, LLC, and Shravan Thadani*