**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>Plaintiff,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 24-50130 (KBO)<br><br>**Hearing: August 21, 2026, at 1:00 p.m. (ET)**<br>**Related Adversary Docket Nos. 208, 211, 226 & 238** |

**NOTICE OF REMOTE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND TRIVE'S CROSS-MOTION TO COMPEL**

This proceeding will be conducted remotely via Zoom on **August 21, 2026, at 1:00 P.M. (ET).** Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing** using the *eCourtAppearances* tool available on the Court's website.

**PLEASE TAKE NOTICE** that, on June 4, 2026, the Plaintiff's filed the *Plaintiff's Motion Compel* [Adv. Docket No. 208] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned adversary matter.

**PLEASE TAKE FURTHER NOTICE**, that on June 18, 2026, Defendant Trive Capital Management, LLC ("Trive Capital") filed the *Cross-Motion to Compel* [Adv. Docket No. 211] (the "Cross-Motion") with the Court in the above-captioned adversary matter.

**PLEASE TAKE FURTHER NOTICE**, that on July 10, 2026, Trive Capital filed the *Request for Oral Argument* [Adv. Docket No. 226] and on July 31, 2026, filed the *Notice of Completion of Briefing* [Adv. Docket No. 238] with the Court in the above-captioned adversary matter.

**PLEASE TAKE FURTHER NOTICE** a hearing on the Motion to Compel and the Cross-Motion, and the related pleadings, will take place on **August 21, 2026, at 1:00 p.m. (ET)** before The Honorable Chief Judge Karen B. Owens, United States Bankruptcy Court, District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated: August 12, 2026
Wilmington, Delaware

WHITEFORD, TAYLOR & PRESTON LLC

*/s/ Bradley P. Lehman*
William F. Taylor, Jr. (No. 2936)
Bradley P. Lehman (No. 5921)
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 357-3286
Email: wtaylor@whitefordlaw.com
blehman@whitefordlaw.com

-and-

QUINN EMANUEL URQUHART
& SULLIVAN LLP
Susheel Kirpalani (Admitted *pro hac vice*)
Andrew J. Rossman (Admitted *pro hac vice*)
Mario O. Gazzola (Admitted *pro hac vice*)
Olivia Probetts (Admitted *pro hac vice*)
295 5th Avenue
9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
mariogazzola@quinnemanuel.com
oliviaprobetts@quinnemanuel.com

*Counsel to the Chapter 7 Trustee*