**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY BUCKS HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10756 (KBO) |
| MARC ABRAMS,<br>In his capacity as Chapter 7 Trustee of Lucky Bucks Holdings LLC and as assignee,<br><br>Plaintiff,<br><br>v.<br><br>TRIVE CAPITAL MANAGEMENT LLC, *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 24-50130 (KBO) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED FOR HEARING ON AUGUST 21, 2026, AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CHIEF JUDGE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

This proceeding will be conducted remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before / one-hour prior to] the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

I. **CONTESTED MATTERS GOING FORWARD:**

1. Plaintiff's Motion to Compel [Adv. Docket No. 208; filed June 4, 2026]

   Related Documents:

   a. Memorandum of Law in Support of Plaintiff's Motion to Compel [Adv. Docket No. 209; filed June 4, 2026]

b. Declaration of Mario O. Gazzola in Support of Marc Abrams' Motion to Compel [Adv. Docket No. 210; filed June 4, 2026]

c. Reply in Support of Plaintiff's Motion to Compel and Opposition to the Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 222; filed July 9, 2026]

d. Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel **(Redacted Version)** [Adv. Docket No. 223; filed July 9, 2026]

e. Declaration of Mario O. Gazzola in Support of Plaintiff's Reply in Support of Its Motion to Compel and Opposition to the Trive Defendants' Cross Motion to Compel **(SEALED)** [Adv. Docket No. 224; filed July 9, 2026]

f. Trive Capital Management, LLC's Request for Oral Argument [Adv. Docket No. 226; filed July 10, 2026]

g. Notice of Completion of Briefing Regarding Plaintiff's Motion to Compel Briefing and Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 238; filed July 31, 2026]

Status: This matter is going forward.

2. Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 211; filed June 18, 2026]

Related Documents:

a. Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel **(SEALED)** [Adv. Docket No. 212; filed June 18, 2026]

b. Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Cross-Motion to Compel and In Opposition to the Trustee's Motion to Compel **(SEALED)** [Adv. Docket No. 213; filed June 18, 2026]

c. Declaration of Shravan Thadani in Support of the Trive Defendants' Cross-Motion to Compel and the Trive Defendants' Opposition to the Trustee's Motion to Compel [Adv. Docket No. 214; filed June 18, 2026]

d. Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel and in Opposition to the Trustee's Motion to Compel **(Redacted Version)** [Adv. Docket No. 217; filed June 24, 2026]

e. Declaration of Ross E. Firsenbaum in Support of the Trive Defendants' Cross-Motion to Compel and In Opposition to the Trustee's Motion to Compel **(Redacted Version)** [Adv. Docket No. 218; filed June 24, 2026]

f. Trive Capital Management, LLC's Request for Oral Argument [Adv. Docket No. 226; filed July 10, 2026]

g. Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel **(SEALED)** [Adv. Docket No. 231; filed July 23, 2026]

h. Declaration in Support Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel **(SEALED)** [Adv. Docket No. 232; filed July 23, 2026]

i. Memorandum of Law in Support of the Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 234; filed July 28, 2026]

j. Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel **(Redacted Version)** [Adv. Docket No. 235; filed July 28, 2026]

k. Trive Defendants' Motion to Seal Certain Portions of the Declaration of Charles C. Bridge in Support of the Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 236; filed July 28, 2026]

l. Notice of Completion of Briefing Regarding Plaintiff's Motion to Compel Briefing and Trive Defendants' Cross-Motion to Compel [Adv. Docket No. 238; filed July 31, 2026]

Status: This matter is going forward.

Dated: August 19, 2026
Wilmington, Delaware

WHITEFORD, TAYLOR & PRESTON LLC

*/s/ Bradley P. Lehman*

William F. Taylor, Jr. (No. 2936)
Bradley P. Lehman (No. 5921)
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 357-3286
Email: wtaylor@whitefordlaw.com
blehman@whitefordlaw.com

-and-

QUINN EMANUEL URQUHART
& SULLIVAN LLP
Susheel Kirpalani (Admitted *pro hac vice*)
Andrew J. Rossman (Admitted *pro hac vice*)
Mario O. Gazzola (Admitted *pro hac vice*)
Olivia Probetts (Admitted *pro hac vice*)
295 5th Avenue
9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
mariogazzola@quinnemanuel.com
oliviaprobetts@quinnemanuel.com

*Counsel to the Chapter 7 Trustee*